UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 13 CR 572 |
| | ) | |
| -v- | ) | Judge Elaine E. Bucklo |
| | ) | |
| PRINCE ASIEL BEN ISRAEL and | ) | FILED *EX PARTE, IN CAMERA* |
| C. GREGORY TURNER, | ) | AND <u>UNDER SEAL</u> THROUGH |
| also known as "Greg Turner" | ) | THE CLASSIFIED INFORMATION |
| | ) | SECURITY OFFICER |

**(U) GOVERNMENT'S SUPPLEMENT TO ITS**
***EX PARTE, IN CAMERA* MOTION**
**FOR A PROTECTIVE ORDER PURSUANT TO**
<u>**CIPA SECTION 4 AND FED. R. CRIM. P. 16(d)(1)**</u>