1               IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ILLINOIS
2                    EASTERN DIVISION

3  UNITED STATES OF AMERICA,       )   No. 2013 CR 572
              Plaintiff,   )   September 29, 2014
4                    )   9:10 a.m.
         v.           )
  C. GREGORY TURNER,         )
5             Defendant.   )

6         TRANSCRIPT OF PROCEEDINGS - TRIAL
         BEFORE THE HON. ELAINE E. BUCKLO
7                 VOLUME I
  APPEARANCES:
8
  On behalf of Plaintiff:  MR. BARRY JONAS
9                      MS. GEORGIA N. ALEXAKIS
                      ASSISTANT UNITED STATES ATTORNEY
10                  219 South Dearborn Street, 5th floor
                      Chicago, Illinois 60604
11                  (312) 353-5300

12                  MR. DAVID RECKER
                      US DEPARTMENT OF JUSTICE
13                  COUNTERESPIONAGE SECTION
                      600 E Street N.W., 10th floor
14                  Washington, D.C. 20004
                      (202) 233-2261
15
  On behalf of Defendant:  MR. JAMES D. TUNICK
16                  LAW OFFICES OF JAMES D. TUNICK
                      30 North LaSalle Street, Suite 2140
17                  Chicago, Illinois 60602
                      (312) 580-1839
18
                  MR. MICHAEL I. LEONARD
19                  LEONARD LAW OFFICES, INC.
                      230 North LaSalle Street, suite 1620
20                  Chicago, Illinois 60601
                      (312) 380-6559
21

22

23                MICHAEL P. SNYDER, FCRR
                Official Court Reporter
24             United States District Court
      219 South Dearborn Street, Room 2244A
25            Chicago, Illinois 60604
              (312) 435-5563

      MICHAEL P. SNYDER, Official Court reporter

1          (Proceedings in open court.  Venire out.)

2          THE COURT:  Okay.  They've gone down to get the

3     jurors.  I'm not sure where our CSO is.  He should have been

4     here.

09:20:06    5          Anyway, I got your proposed witness list.  Any issues

6     about that?  I mean, all I say anyway is, or whose names you

7     may hear, but --

8          MR. JONAS:  No issues right now, Your Honor.

9          THE COURT:  Okay.  And the voir dire, some of it is a

09:20:23   10     little repetitious.  I will try to ask questions in a neutral

11     way.

12          MR. JONAS:  Judge, one objection.  That was one of our

13     positions, is that there was repetition in the questions.

14          But also the question of would you want someone like

09:20:36   15     you serving on the jury if this was your case.  I think it's

16     completely inappropriate.

17          THE COURT:  You know, I don't always do it, but years

18     ago I got that thing from Judge Moran.  There's some version of

19     that that I think a number of, many of us do ask.  I do

09:21:00   20     sometimes.

21          What I usually say is something like, well, I've tried

22     to ask you questions to determine whether you can be fair, but,

23     of course, you know, we don't know -- I haven't asked it

24     lately -- exactly what you know.

09:21:23   25          Well, actually I think Judge Moran, that was actually

MICHAEL P. SNYDER, Official Court reporter

1  the question he would ask.  He would ask would you be

2  comfortable having somebody with your frame of mind sitting

3  here on this jury?

4         MR. JONAS:  It just seems like an unusual question to

09:21:38    5  ask, but --

6         THE COURT:  I don't believe anybody ever raised their

7  hand.  I think the hope is that if somebody is sitting there

8  secretly saying "I've already made up my mind one way or the

9  other," that, even if they don't raise their hand, they'll

09:22:02   10  understand they really do have to put aside their own biases.

11        MR. JONAS:  Right.  And I think some of the other

12  questions go to that as well, but we leave it to your

13  discretion, Judge.

14        THE COURT:  All right.  The only other issue I see is,

09:22:15   15  well, the order that actually was entered said that something

16  that the motion to exclude was granted.  Of course it was

17  denied.  It will be corrected.

18        MR. LEONARD:  You got our hopes up, Judge.

19        THE COURT:  Oh, please.  You knew that.

09:22:35   20        MR. LEONARD:  No, when I read the order.  I knew you

21  ruled.  I'm just joking.  When I read the order this morning.

22        MR. JONAS:  And, Your Honor, there was that notice

23  that was filed.

24        THE COURT:  There is this motion about -- you know,

09:22:46   25  this next month I will have been a district judge here for 20

MICHAEL P. SNYDER, Official Court reporter

1    years.  I've never had people decide to go give a press

2    conference, so I -- in the middle of a trial.

3         It does seem like that it probably only contributed

4    to, press coverage that's going to make it, may make it more

09:23:18    5    difficult to get an impartial jury.  I'm not sure whether I can

6    prohibit you from talking to the press at all.  Frankly, I'm

7    going to try to figure that out.

8         But before you do it again, I want to know about it,

9    because I may, and I do feel like that, it appears that it

09:23:44    10   might have been designed to make sure they knew who you were

11   talking about.  It sounds like they did, anyway.  And I do

12   think, and really not just because of that, that in terms of

13   trying to make sure whatever the evidence is that should be

14   heard is heard and any other evidence isn't.

09:24:04    15   Any more, any motions until the end of the trial with

16   respect to the exclusion of witnesses or exclusion of evidence

17   need to be under seal so we can deal with it here, and we'll

18   make those motions pointless.

19   MR. JONAS:  And, Your Honor, the whole point that we

09:24:31    20   filed the notice is we believe information they released was in

21   violation of the protective order.  It raises a concern that

22   there could be other orders that they are going to violate, and

23   I just, to make a point, in their witness list they noticed up

24   Todd Moss.

09:24:44    25   THE COURT:  I noticed that.

MICHAEL P. SNYDER, Official Court reporter

1      MR. JONAS:  They haven't provided us with an expert

2  witness notice regarding Mr. Moss.  I'm assuming they are not

3  calling him as an expert.  The only other plausible explanation

4  is the selective prosecution argument they raised, which Your

09:24:57   5  Honor told them they cannot raise before the jury.  So that

6  just raises our concern that they are going to try to skirt

7  your other orders.

8      THE COURT:  Don't.

9      MR. LEONARD:  We won't, Judge.  He was just identified

09:25:08  10  in an abundance of caution.

11      THE COURT:  I can't really imagine for what purpose

12  you could call him.  And I can't, as far as I know, there isn't

13  any context in this trial where his name will come up.  The

14  other, I don't know.  Sometimes people's names are going to

09:25:23  15  come up even though they are not going to be a witness, but I

16  can't think how his name would come up in this trial.

17      MR. LEONARD:  He probably won't be mentioned, but, you

18  know, if evidence comes out -- we are not going to violate your

19  orders.  If evidence were to come out that would support a

09:25:36  20  defense or reraise the issue of selective prosecution, we don't

21  want to be barred from calling appropriate witnesses.  We don't

22  intend to talk about Mr. Moss unless you change your ruling or

23  something else happens during the trial.

24      MR. JONAS:  Your Honor, there is absolutely no reason

09:25:50  25  any evidence should come out regarding selective prosecution,

MICHAEL P. SNYDER, Official Court reporter

1    and if the defense thinks they are going to elicit some, we

2    would ask for a sidebar first.

3         THE COURT:  Well, there won't be any.  Okay.

4         MR. JONAS:  And just one final, I want to make sure we

09:26:01  5    are all agreed that there's not going to be any argument

6    regarding jury nullification, specifically sentencing, put

7    yourselves in the shoes of the defendant, anything of jury

8    nullification in this case.

9         MR. TUNICK:  Judge, I will defend this case on the

09:26:16  10   merits and with the law and the facts.  There is no jury

11   nullification.  We are going to -- nothing like that.

12        MR. JONAS:  And we appreciate that, Your Honor.

13        THE COURT:  Okay.

14        All right.  Well, as soon as they get up here.  There

09:26:37  15   were two other juries starting this morning.  Unfortunately, I

16   was hoping we would get the first jurors, but someone is

17   starting earlier.

18        MR. TUNICK:  Can we just go through the procedures?

19   We have I guess it's 14 in the box.

09:26:53  20        THE COURT:  Well, there's one over there.

21        MR. TUNICK:  We have 15.  And then we'll put everyone

22   in the box, and then we'll issue strikes?

23        THE COURT:  Actually, well, we just need to use all

24   our chairs.  Did I never go over that with you?  I'm sorry.

09:27:07  25        MR. TUNICK:  No, it's not your fault.

               MICHAEL P. SNYDER, Official Court reporter

1  THE COURT:  Although I haven't changed it in 20 years.

2  Okay.  No, I will, according to whatever, the computer list is

3  how everybody will be seated.  Go over the preliminary part.

4  They have this sheet of paper.  Every one of the 50 or however

09:27:26  5  many there are will go through their resume.

6  After that I will turn to, tell them our statement of

7  the case.  I was looking at paragraph 1 and 2, and they looked

8  a little repetitious.  I think I'll just do paragraph 2 unless

9  there's some reason.  We don't usually say 18 USC such and

09:27:47  10  such.  We just tell them what they are charged with.

11  MR. TUNICK:  Will they all be in order?

12  THE COURT:  Yes.  Oh, maybe that's what you're asking.

13  All right.  So the first person will come down here

14  and go that way.  Then we'll fill up the second row starting at

09:28:08  15  this end going that way.  Then we'll start on the front row in

16  the back going across to the aisle there, and then the second

17  row, however many rows there are, third row, then over here to

18  the right, fill up in those rows.  Then we may have, if we

19  have, still have a couple, we'll put them there at the very

09:28:39  20  back.  And if we still have a couple, we'll put them over here.

21  MR. TUNICK:  So we are not filling the box, we are

22  not -- we are just going to strike, and then No. 16 should be

23  right at this chair, I suspect, then?

24  THE COURT:  There should be 14.  No. 15 should be in

09:28:58  25  that chair.  16, 17, 18, 19, 20.  Okay.  And then when we get

MICHAEL P. SNYDER, Official Court reporter

1    all, as I said, then I will tell them about the case.  I'll ask

2    them if they know any of you.  Then we'll turn to questions

3    where I'll say "If your answer is anything other than a no,

4    raise your hand."

09:29:17    5    Some of them, you know, if they've ever been charged

6    with a criminal violation or, frankly, if they indicate

7    something that may, if they say they know anything about the

8    case or anything like that, I'm going to say, okay, I'll just

9    take your name, and I'll talk to you at sidebar.  And we'll go

09:29:37    10    through all of that, and then undoubtedly we will have a number

11    of people.

12    And then, when we are all done with all of the

13    questions, then I'll excuse them to the hallway.  By then we

14    probably will know from sidebar who is being excused for cause,

09:30:11    15    but we'll see.

16    We'll have to decide how to treat people who say they,

17    that it would be a big burden on them to be here next week.

18    Frankly, the only other issue I anticipate is the fact that

19    there has now been quite a bit of publicity about the case, and

09:30:33    20    we'll just have to decide what to do.

21    If I have plenty of jurors, I may decide to give you

22    people more strikes so that you -- we might as well use them

23    all up, but we'll see.

24    MR. TUNICK:  So do you anticipate us opening after

09:31:01    25    lunch then?

MICHAEL P. SNYDER, Official Court reporter

| | |
|---|---|
| 1 | THE COURT:  That's my hope. |
| 2 | MR. JONAS:  After selection. |
| 3 | THE COURT:  I do expect, by the way, just that you'll |
| 4 | have your, have witnesses here.  I do end, frankly, right at |
09:31:22 | 5 | 4:30 because we so often have jurors who have traveled large |

THE COURT:  That's my hope.

MR. JONAS:  After selection.

THE COURT:  I do expect, by the way, just that you'll
have your, have witnesses here.  I do end, frankly, right at
4:30 because we so often have jurors who have traveled large
distances.  But you can start adding considerable time to a
trial if you say, "Oh, well, I ran out of witnesses" at 3:30.
So I trust you're going to have witnesses.

MR. JONAS:  We do.

MR. TUNICK:  Who are the witnesses for today?

MR. JONAS:  The first witness is Andrea Gacci from the
Department of Treasury OFAC.  We are then going to, off memory,
Judge, we are going to be calling an FBI agent.  We'll be
calling Patrick Bowens, who is an FBI agent who is going to
talk about just the collection of the FISA material.  A
custodian of records from Yahoo in order to enter the, identify
the defendant's emails that we collected.  And then we expect a
T-Mobile custodian of records.  So the first witness will be
Andrea Gacci from the Treasury and then the custodians.

MR. TUNICK:  I have one question.  I know this may
sound silly, but am I allowed to say "FISA surveillance calls"
or do I have to say just "recorded conversations"?

MR. JONAS:  You can say "FISA surveillance calls."  We
can identify them like that.  It's just I'm assuming based upon
your prior ruling and our discussions that you're not going to

MICHAEL P. SNYDER, Official Court reporter

1    get into the applications, the orders.

2              MR. TUNICK:  No, no.  I just want to make sure --

3              THE COURT:  Then we'll have a juror saying "What's a

4    FISA surveillance call?"

09:42:40    5    MR. JONAS:  Government's exhibits, Your Honor.  Would

6    you like a set?

7              THE COURT:  Sure.

8              MR. JONAS:  (Tendering).

9              MR. LEONARD:  Just for jury selection, we'll have

09:43:05    10   somebody from my office sitting with Mr. Tunick.  Is that okay?

11   He's a lawyer.

12             THE COURT:  Sure.

13             We didn't finish this issue about the statement of the

14   case.  Is there any reason to do anything other than just to

09:44:38    15   use the second paragraph?  Obviously at the end of it we'll

16   change it to "In violation of US law."

17             MR. JONAS:  No, Judge, that's fine.

18             THE COURT:  How many do we have?

19             THE CLERK:  Very close to 55.  They are coming up in

09:44:58    20   batches.  Do you want me to seat them?

21             THE COURT:  I guess we might as well.  Maybe it will

22   be easier.

23             Do we have the list?  We have never done this, but

24   maybe it would be easier.  Well, we'd have to line them up

09:45:17    25   outside.  I don't know if we can do that.

              MICHAEL P. SNYDER, Official Court reporter

1    Maybe it would be better just to line them up outside.

2    MR. TUNICK:  And then they will correspond with the

3    list then, I assume?

4    THE COURT:  Yes.  We are going to try to line them up

09:48:37   5    out there according to the numbers just to make it easier

6    because they are going to be so crowded.

7    So we are trying to get the list.  Do you have a list?

8    THE MARSHAL:  She has a list out there, the lady.

9    THE COURT:  Do we now have all the jurors up here?

09:48:53   10    THE MARSHAL:  Yes, we do.

11    THE COURT:  Okay.  Let's line them up outside, and

12    then we won't have to reshuffle them once they get in.

13    (Pause.)

14    THE CLERK:  They are being lined up, Judge.  Here are

09:50:01   15    the lists.  And I can start bringing some in, but it's a long

16    line.

17    THE COURT:  If they are lined up, we can bring them

18    in.

19    (Venire in.)

09:52:45   20    THE COURT:  I would suggest, I don't want to make you

21    uncomfortable, but we may need to squeeze a little bit.

22    All right.  Ladies and gentlemen, you are here as

23    prospective jurors.

24    Oh, first of all we need to have you sworn, so if all

09:55:05   25    of you would stand to be sworn.


MICHAEL P. SNYDER, Official Court reporter

1          THE CLERK:  Raise your right hands, please.

2       (Venire sworn.)

3          THE COURT:  All right, thank you.

4          First of all, I am Judge Elaine Bucklo.  I will be

5    presiding over this trial.

6          I trust you're in the order that we called.  Okay,

7    this is good.  Lining up outside is probably a better idea.

8          Okay.  You are here as prospective jurors.  I want to

9    talk to you for just a minute about why your jury service is so

10   important.

11         First, we fought a revolution so you could sit here

12   today.  The American colonists went to courts where the King

13   and Parliament had restricted the colonists' right to a jury

14   trial in many kinds of cases, and that was one of the reasons

15   for July 4, 1776.  So your presence in this courtroom is a

16   living symbol of the birth of our nation.

17         Second, there is no country that entrusts as much to

18   juries as our country does.  The American way with juries

19   speaks to the world that we trust our citizens to decide

20   important cases, to do justice under law.  Jury service

21   demonstrates the faith of democracy that we are competent to

22   govern ourselves.

23         And, third, the faithful performance of jury service

24   is crucial to the persons in this lawsuit.  Even if our juries

25   were not the result of the American revolution and were not a

MICHAEL P. SNYDER, Official Court reporter

1    symbol of self-rule, your work here would still matter.

2           Now, this case has been brought by what is called an

3    indictment filed by the government against the defendant.  It

4    should be understood that an indictment is not evidence, and it

09:57:07    5    does not create any inference that the defendant is guilty of

6    what the government claims.

7           During the course of the trial, you will undoubtedly

8    at times hear some objections by the lawyers.  It is actually

9    their duty to do so when they think that it should be done, and

09:57:22    10   it is a help to the Court, and its purpose as part of our

11   system is to have the case heard on the issues and to keep out

12   irrelevant and immaterial matters.  As jurors, you should not

13   hold any objections against either the government or the

14   defendant or feel that either side is trying to improperly keep

09:57:39    15   evidence from you.

16          And do not hold it against either side that I either

17   uphold or overrule an objection.  But if a question is

18   unanswered because I uphold an objection, you must not draw any

19   inference or conclusion from the question itself as to what you

09:57:55    20   think the answer might have been.

21          Now, we are going to go about trying to make sure that

22   the jurors who are going to hear this case will be fair and

23   impartial and render a just verdict.  As the first step in that

24   process, we would like to find out a little bit about each of

09:58:10    25   you.  So I'm going to ask all of you to go through one by one,

MICHAEL P. SNYDER, Official Court reporter

09:58:32

1    I think you have a sheet, a piece of paper in front of you.  If

2    you'll use that, please, but basically start with your name,

3    make sure we have you in the right place, the neighborhood or

4    town in which you live, if you've moved in the last five, ten

5    years where you lived before.  I don't want any exact address,

6    but if you live in Lakeview, tell me you live in Lakeview.  If

7    you live in Aurora, you live in Aurora.

8           Your present employment or self-employment, telling me

9    the name of your employer and the business in which the

09:58:50

10   employer is engaged and what you do as part of that.  And,

11   again, especially if you've recently changed employment, I'd

12   like to know what you did before then.

13          What your education has been.  Whether you are

14   married.  If your spouse is employed outside the home, what

09:59:08

15   kind of work your spouse does.  The ages of your children and,

16   if they are grown up, what kind of work they are doing.  What

17   newspapers and magazines you read regularly.  The same with TV

18   shows, radio shows.  What are your hobbies and major interests

19   outside of work?  The names of any organizations of which you

09:59:32

20   are a member, and whether you have previously served as a

21   juror.  If so, I'd like to know how long ago, what court,

22   whether it was a civil case, criminal case.

23          My experience is that when people stand we can hear

24   them better, so I'm going to ask as you give us your little

09:59:49

25   biography if you will just stand for this part of the jury

                MICHAEL P. SNYDER, Official Court reporter

1   selection.

2         Okay.  We should be beginning with Mr. Andreou.

3         VENIREMAN ANDREOU:  I reside in Arlington Heights and

4   have for the last 35 years or so.  I am retired.  Previously I

5   was an assistant Cook County state's attorney for 24 years.  I

6   retired from there.  I went back to grad school, and then I

7   taught criminal justice and law at St. Xavier University for

8   seven years, and I retired from that.  Also retired from the

9   military after 28 years active guard and reserve, and I'm now

10  totally retired.

11        I have a bachelor's and master's in criminal justice,

12  a law degree from Chicago Kent, not John Marshall.  I'm

13  married.  My wife is employed at TJ Maxx in sales.  Let's see.

14  We have a son who is 28 years old, recently married.  He does

15  background investigations on potential employees for various

16  types of organizations.

17        As far as newspapers, we receive the Tribune on

18  weekends, I occasionally read the Tribune and the Sun-Times,

19  Chicago Magazine, a few other magazines that are around the

20  house.  As far as TV, I tend to watch public television quite a

21  bit.  Hobbies and interests, I like to read, especially in the

22  area of history.  I'm a church member, though I'm not quite as

23  active as I used to be.  I'm also part of an organization that

24  is of retirees from the 85th Division Army Reserve in Arlington

25  Heights.  I have never served as a juror.


        MICHAEL P. SNYDER, Official Court reporter

16

1    THE COURT:  How long have you been retired from the
2  State's Attorney's office?

3    VENIREMAN ANDREOU:  I retired in 2002.

4    THE COURT:  Okay, thank you.

10:02:14   5    Go ahead.  If you would pronounce your name; then I
6  will probably get it right next time.

7    VENIREMAN COLLADO:  My name is Collado.  My name is
8  Louis Collado.  I am a resident of Chicago in the Lakeview
9  neighborhood.  I have lived there since 1990.  I am an
10:02:38  10  architect.  I'm the president of my company, STL Architects,
11  and I have been in that position since the company started 18
12  years ago.  I started the company.

13    What my education has been, do you mean like my
14  degrees?

10:02:58  15    THE COURT:  Yes.

16    VENIREMAN COLLADO:  I studied at Harvard University,
17  and I'm an architect trained in Madrid, Spain, as well.  I am
18  married.  My wife is an attorney.  Over the last ten years both
19  my wife and I have done the same thing.  I have three kids.
10:03:22  20  Two of them are in high school.  One is in public high school.
21  The other one is in private Catholic school.  And the other
22  one, my daughter is autistic.  She's 20 years old, and she
23  studies at a public school as well.

24    I read online, I am not subscribed to any particular
10:03:43  25  newspaper.  I do my own clipping.  I listen to National Public

MICHAEL P. SNYDER, Official Court reporter

1   Radio.  I do not watch any TV shows or anything like that.  I
2   watch documentaries or things of my liking.  I have many
3   hobbies.  I play many sports.  I play tennis, I ski.  I am a
4   member of the American Institute of Architects, the
5   Hispanic-American Construction Industry Association, and the
6   Chicago Architecture Foundation.  And I'm an active member of
7   Misericordia, an organization for developmental people with
8   disabilities.  I have never served as a juror.

9        THE COURT:  All right.  Is your wife a practicing
10  attorney?

11       VENIREMAN COLLADO:  Yes, she is.

12       THE COURT:  What kind of practice does she have?

13       VENIREMAN COLLADO:  She does consumer class action.
14  Let me see if I can say it.  Consumer class action defense.
15  She works for Burke, Warren, MacKay & Serritella.

16       THE COURT:  What is her name?

17       VENIREMAN COLLADO:  Victoria Collado.

18       THE COURT:  Okay, thank you.

19       Mr. Miller.

20       VENIREMAN MILLER:  My name is Joshua Miller.  I have
21  lived in Hyde Park for the past four years and New Lennox,
22  which is a suburb outside of Joliet before that.  I'm currently
23  employed by the University of Chicago as a software engineer.
24  I recently changed from a position at the University of Chicago
25  doing computational astrophysics.  I have a degree in or an

MICHAEL P. SNYDER, Official Court reporter

1  undergraduate degree in physics and computer science from the
2  University of Chicago.

3       I'm not married, but I live with my girlfriend, and
4  she is a social worker.  I have no children.  I don't really
5  subscribe to any major news outlets, but I also listen to
6  National Public Radio.  Hobbies include biking, reading,
7  scientific literature.  I'm not really part of any
8  organizations.  University of Chicago National Legal Scholar
9  Association.  And I've never been a juror.

10       THE COURT:  Thank you.
11       Miss Thiergart.
12       VENIREMAN THIERGART:  Yes, my name is Shea Thiergart.
13  I have lived in Lake Forest.  I am a homemaker, so I guess I
14  consider myself employed because I'm a taxi driver, a chef, a
15  cleaning lady, everything else.  My education, I have a
16  bachelor's in sports medicine and education.

17       I'm married.  My husband is self-employed.  I have two
18  children, ages 13 and 8.  Newspapers, it's a local town paper.
19  TV, radio shows, Fox News, CNN.  Hobbies, hobbies are whatever
20  sports or practices I have to be at with the children.  I don't
21  have much time for anything else.  And I've never been a juror
22  before.

23       THE COURT:  What kind of work does your husband do?
24  You say he's self-employed doing what?

25       VENIREMAN THIERGART:  He's a wholesaler to designers.

    MICHAEL P. SNYDER, Official Court reporter

1          THE COURT:  Thank you.

2          Mr. Brito.

3          VENIREMAN BRITO:  Yes.  My name is Arturo Brito.

4   Neighborhood, I grew up in Ravenswood, moved to Berwyn, moved

10:07:30   5   back to Ravenswood.  My present employer, I worked for a

6   restaurant, Sienna Tavern.  Prior to that I worked for Comcast.

7   I used to work for retail.  The majority of the time I just

8   worked for restaurants, more for like the restaurant industry

9   for the last ten years.  Education, I would say I did graduate

10:07:56   10  high school, some college.  Never got a degree.

11         I'm not married.  I'm engaged, but I do have two

12  children, age 8 and 6.  Newspapers, Tribune sometimes,

13  magazines, ESPN, Detail, GQ, a couple of artists.  I'm a

14  painter, so I read a lot of magazines for painting.  TV shows,

10:08:24   15  radio shows, public television, I do watch a lot of Netflix.

16         THE COURT:  I'm sorry.  You watch what?

17         VENIREMAN BRITO:  Netflix.  So I guess that counts as

18  TV shows.  I watch a lot of sports.  Hobbies, I do paint.  I

19  play basketball, baseball, soccer.  Any organizations, I just

10:08:47   20  don't go to church anymore.  Social, no.  And then I've never

21  served as a juror.

22         THE COURT:  Thank you.

23         Miss Rankin.

24         VENIREMAN RANKIN:  Jane Rankin.  I live in Evanston,

10:09:02   25  and I've lived there for ten years.  Northwestern University is

MICHAEL P. SNYDER, Official Court reporter

1  my employer.  I'm employed as a grants administrator, and I've

2  been there ten years.  I own -- I have a doctorate in

3  psychology.

4          I am married, and my husband is a professor in

5  communication studies at Northwestern University.  And he's

6  also been at Northwestern for ten years.  I have two children.

7  One is 30, one is 28.  One is looking for work in accounting.

8  The other is a graduate student.  I regularly read the New York

9  times and the Chicago Tribune, Smithsonian, AARP, a variety of

10 magazines.  I don't watch TV much at all.  Hobbies, gardening,

11 exercising.  I'm a member of a church, and that's it.  And I

12 have served on a jury in 1991 about.  That was a civil case

13 involving damages.

14         THE COURT:  Thank you.

15         Mr. Reynolds.

16         VENIREMAN REYNOLDS:  Steve Reynolds.  I've lived in

17 both Naperville and Cicero in the past ten years.  I'm an

18 account manager for Power Distributing.  That's a distributor

19 for Red Bull in the Chicagoland area.  My education, I have a

20 bachelor's degree in psychology from UIC.

21         I am not married.  I have a five-year old daughter who

22 just started kindergarten.  As far as newspapers, magazines,

23 it's just various online sources.  I don't really subscribe to

24 anything.  I listen to 670, The Score, a lot.  I watch a

25 variety of shows on TV.  Hobbies are like sports, movies,

MICHAEL P. SNYDER, Official Court reporter

1   music, things like that.  I am not religious.  And I have never

2   served on a jury.

3            THE COURT:  Thank you.

4            Miss Stanley.

5            VENIREMAN STANLEY:  I reside in Orland park.  I work

6   for them, so right now I've been there for 15 years, an

7   associate.  I have 14 years of school.  My husband is retired.

8   He was a purchasing agent in a steel company.

9            I have five children:  47, she's an occupational

10  therapist; 45, he's a trainer rep for Grainger; 43, she's a

11  social worker; 35, he is a supplier for a construction company;

12  and my youngest is 32, and she's a teacher in a high school.

13           I read the Sun-Times and the Southtown.  As far as TV,

14  I watch CNN.  My hobbies are my garden, and I like to walk.  I

15  don't belong to that many organizations.  And I served as a

16  juror about seven years ago at the Thompson Center.

17           THE COURT:  Civil case?

18           VENIREMAN STANLEY:  Yes.

19           THE COURT:  Okay, thank you.

20           Mr. Kim.

21           VENIREMAN KIM:  My name is Shin Kim.  I've been living

22  in Lincolnwood for the last ten years.  I worked for the

23  Collenber Company which makes lens or prisms.  I work there as

24  a optic technician.  And then I graduated associate college in

25  South Korea.

            MICHAEL P. SNYDER, Official Court reporter

1　　　　　　And my wife work at the dry cleaners.  I have, I am
2　married, and I have a wife and two kids who are 10 years old
3　and 12 years old.  I read Sun-Times once in a while, and then I
4　don't watch TV.  I like bicycling, hiking and golfing.  I go to
5　lake located in Northbrook.  And I never been on a, served as a
6　juror.
7　　　　　　THE COURT:  Okay.  Thank you.
8　　　　　　Miss Hartkopp.
9　　　　　　VENIREMAN HARTKOPP:  I'm Jennifer Hartkopp.  I lived
10　in North Aurora for the last 15 years.  I work for Monze Ames
11　International.  I do forecasting for products forecasting.
12　I've been there 19 years.  High school.
13　　　　　　I am not married.  I have two boys 15 and 12.
14　Newspapers, TV, just Yahoo and the local news at night.
15　Hobbies, all sports, all sports on TV or sports for my kids.
16　And no organizations.  And I have not served as a juror.
17　　　　　　THE COURT:  Thank you.
18　　　　　　Mr. Villegas.
19　　　　　　VENIREMAN VILLEGAS:  Hi.  My name is Antonio Villegas.
20　I lived in Elmhurst for the past nine years.  I am an
21　electrician for Avery-Dennison Corporation.  I've been there
22　for 15 years.  My education, I have a diploma in electrical
23　maintenance.
24　　　　　　I'm married.  Two kids, 21 and 14 years old.  I don't
25　have, I don't subscribe to any newspapers.  TV shows, not many

MICHAEL P. SNYDER, Official Court reporter

1    TV shows at all.  I watch football Sunday, that's it.  Hobbies

2    and interests, golf, soccer, football.  No organizations.  And

3    I've never served as a juror.

4               THE COURT:  Thank you.

5               Mr. Marks.

6               VENIREMAN MARKS:  My name is Carl Marks.  I live in

7    Gardner, Illinois.  I've been there 42 years.  Currently

8    unemployed.  I have been for six months.  I worked in the

9    chemical plant in maintenance.  I've got a high school

10   education.

11              I'm married.  My wife works at Walmart.  I've got two

12   kids, one 28, one 24.  My son works in a factory, and my

13   daughter is a secretary.  I don't subscribe to newspapers or

14   magazines.  I watch Channel 5 News and reruns.  I hunt and

15   fish.  I don't belong to any particular organizations, and I've

16   never served on a jury.

17              THE COURT:  Thank you.

18              Mr. Pimental.

19              VENIREMAN PIMENTAL:  Rodney Pimental.  I live in

20   Frankfort.  I work for BMO Harris Bank.  I've been there 38

21   years in the IT department.  High school graduate.

22              I am married.  My wife works as a dental receptionist

23   for the last six years.  Before that she was in the home.  I

24   have two children.  My son is 31.  He worked at Nancy's Pizza.

25   He's now unemployed.  My daughter is 28.  She's a teacher's

                    MICHAEL P. SNYDER, Official Court reporter

1  assistant.  I read the Sun-Times, and that's about it.  I watch

2  local news, sports on the radio and TV.  My hobbies are golf,

3  gardening.  I don't belong to any organizations, and I've never

4  served on a jury.

5          THE COURT:  Thank you.

6          Miss Kolze.

7          VENIREMAN KOLZE:  I'm Debbie Kolze.  I lived in Wood

8  Dale for the last 26 years.  I currently have two part-time

9  jobs.  One is I work at the Wood Dale Park District at the

10 front desk signing up kids for soccer, et cetera.  And the

11 other job I've had for over, about ten years.  That was also

12 part-time.  I teach restaurant people, chefs, restaurant

13 managers, et cetera, foods and the class that is required from

14 the State of Illinois to get the food sanitation certificate.

15 I also administer the test.  I have done that for, as I said,

16 about ten years.  My education is I have a bachelor's in foods

17 and nutrition and business administration.

18          I am married.  My husband has been working with the

19 Village of Bensenville going on 42 years, retire already, in

20 public works.  And our house is up for sale, so we've got two

21 offers this weekend.  Once it sells, we are moving to Arizona.

22          THE COURT:  I didn't hear you.  What did you say?

23          VENIREMAN KOLZE:  I said our house is up for sale.  We

24 got two offers this weekend, and once it sells, he retires and

25 we move to Arizona.  We have no children.  We have rescue dogs.

          MICHAEL P. SNYDER, Official Court reporter

1  Newspapers, we get the Daily Herald.  Magazines, you can't be

2  over 50 and not be a member of AARP, so we get AARP.  Also when

3  I'm on the bike at the fitness center, I look through Time and

4  People and whatever they have there.  Local TV and radio, I

10:18:51  5  specifically love the WGN morning news.  I think they are a lot

6  of fun.  I try to catch BBC every now and then because their

7  news is way different.

8  Hobbies, I like to ride my bike and read.

9  Organizations, right now I've probably for the last ten years

10:19:07  10  I've been a member of our townhouse association board.  I don't

11  know if that qualifies.  Other than that, not so much.  And

12  I've never been on a jury.

13  THE COURT:  Thank you.

14  Mr. Ramirez.

10:19:24  15  VENIREMAN RAMIREZ:  Good morning, Your Honor.  My name

16  is Jenaro Ramirez.  I live in the South Shore.  I used to live

17  in Pilsen.  I owned my own business for 12 years which was a

18  restaurant.  I owned that restaurant, paid off all my bills,

19  bought a house in South Shore.  I have a high school education.

10:19:40  20  I've been married for 16 years.  My wife is a

21  schoolteacher for kindergarten for eight years, and recently

22  she received her master's, and now she's a Special Ed teacher

23  for the same school now.  I have four kids, three girls, one

24  boy.  One 16-year-old who thinks he knows everything, I have a

10:20:01  25  14-year-old who goes to military academy in Phoenix who is now

MICHAEL P. SNYDER, Official Court reporter

1   into football, and two kids that go to elementary where my wife

2   is teaching.

3          I have no newspapers or magazines.  I don't believe in

4   them.  I think they cost too much.  TV, I only watch movies

10:20:20  5   that relate back to me when I grew up in the 80s, so I really

6   don't watch shows from now because I don't think they have what

7   they had back in the 80s.  My hobbies are getting my kids to

8   school now, because I'm a homemaker, as far as taking them to

9   school, getting them out, cook breakfast, cook dinner, try to

10:20:38  10   keep the house organized.

11          I belong to no organization, and I've never served as

12   a juror.  Thank you.

13          THE COURT:  Thank you.

14          Miss Finch.

10:20:47  15          VENIREMAN FINCH:  My name is Laura Finch.  I live in

16   Diamond, Illinois, since 2001.  I am not currently employed as

17   a full-time job.  I work sometimes as a substitute teacher at

18   my kids' school.  I have a bachelor's degree.

19          I'm married.  My husband is a union electrician.  I

10:21:07  20   have three kids, ten, nine and six.  As far as newspapers or

21   magazines, anything news related or people.  Hobbies, my kids

22   are in a lot of sports.  I'm running them to whatever sport

23   they are in.  I go to church sometimes.  I've never been on a

24   jury.

10:21:33  25          THE COURT:  Thank you, Your Honor.

MICHAEL P. SNYDER, Official Court reporter

1       Mr. Chavez.

2       VENIREMAN CHAVEZ:  Yes, my name is Jose Chavez.  I'm

3    from Romeoville, been there all my life.  I have two jobs.  My

4    primary job is work for Molex Corporation.  We are a connector

5    manufacturer.  And my part-time job is I'm an elected official

6    for the Village of Romeoville.  I've been doing that for six

7    years.  My education is an associate's degree in applied

8    science.

9       My wife is a registered nurse, works out of the house.

10   I have four children, twin boys are 21, a daughter that's 20,

11   and a son that's 10.  One of the twins serves as a hospital

12   corpsman in the US Navy, the other son is a senior at Lewis

13   University, my daughter is a junior at Lewis University in the

14   nursing program, and then my little guy is at a parochial

15   school.

16      Newspapers and magazines, I read just the Sun-Times,

17   Joliet Herald, local paper by the house.  Radio stations, CNN,

18   780, 670, WGN, just while I'm in the car driving around.

19   Hobbies, coach youth sports, I've been doing that for many

20   years, I enjoy that.  Organizations I belong to, I'm a member

21   of the Knights of Columbus.  I've been for 20 years.  And I've

22   never served on a jury before.

23      THE COURT:  You said you're an elected official.  What

24   is your title?

25      VENIREMAN CHAVEZ:  Village trustee, similar to an

MICHAEL P. SNYDER, Official Court reporter

1  alderman I guess in Chicago.

2          THE COURT:  Okay.  Thank you.

3          Mr. Bell.

4          VENIREMAN BELL:  Rowen Bell.  I live in Oak Park.

10:23:28  5  I've lived there for the last five years.  Prior to that I

6  lived in Bucktown.  I'm an actuary by profession.  Currently

7  work for Aetna, been there for two and a half years.  Prior to

8  that I worked for Blue Cross Blue Shield of Illinois, also as

9  an actuary.  I have two master's degrees from the University of

10:23:45  10  Chicago, one in mathematics, the other an MBA.

11          I'm divorced.  My children, I have three children ages

12  nine and six.  I subscribe to the New York Times, the

13  Economist, Business Week.  TV, radio, NPR, I watch MSNBC, I

14  watch a lot of sports on the TV, watch a few drama shows.

10:24:07  15          Hobbies and major interests, I sing in a choir and I

16  play bridge.  I am a member of the board of directors of the

17  Society of Actuaries.  And I have never served as a juror.

18          THE COURT:  Thank you.

19          VENIREMAN KING:  My name is Allison king.  I live in

10:24:26  20  Plainfield.  Prior to that I lived in Naperville.  I am

21  employed at DeVry University.  I do marketing and public

22  relations.  Prior to that I was at various advertising and

23  public relations agencies.  I have a bachelor's degree in

24  marketing, a minor in psychology from Illinois State.

10:24:41  25          I'm married.  My husband is self-employed.  He sells

MICHAEL P. SNYDER, Official Court reporter

1    medical equipment.  I have two children.  They are twins.  They

2    are four.  I read the Chicago Sun-Times and the Trib.  I don't

3    really watch TV.  My hobbies are interior design.  I'm not a

4    part of any organizations, and I have never served as a juror.

10:25:04    5          THE COURT:  Thank you.

6          Miss Palatnik.

7          VENIREMAN PALATNIK:  I'm Michelle Palatnik.  I live in

8    Glencoe, Illinois.  I've lived there 12 years.  I am currently

9    a homemaker.  Before that I was employed in marketing

10:25:23    10    communications for a national association.  I worked there for

11    12 years, but I haven't worked for 16.  I have a master's

12    degree in marketing communications and a bachelor's degree in

13    psychology.

14          I am married.  My spouse is employed in consulting in

10:25:48    15    business valuation.  He is also an expert witness in some court

16    cases.  I have three children, one 16-year-old, two that are

17    12.  For newspapers, I read our local newspaper, The Glencoe.

18    It's published by the Sun-Times.  TV, news shows, mostly ABC

19    News, Good Morning America.  Radio, AM 890, Eric and Cathy in

10:26:26    20    the morning.  Hobbies, silk painting, driving my children

21    around, trying to get my children to do their homework I guess

22    if you want to call that a hobby.  Organizations, I am a member

23    of our temple in Glencoe.  Let's see, what else?  Member of

24    Silk Painters International.

10:26:49    25          THE COURT:  The what?

MICHAEL P. SNYDER, Official Court reporter

1          VENIREMAN PALATNIK:  Silk Painters International, just

2     a hobby organization.  A long time ago I was in a sorority, but

3     I don't think that probably counts anymore.  And I have served

4     as a juror, let's see, about 1993 on a jury in Kane County for

10:27:09     5     a civil case and in 1997 as a grand juror at 26th and

6     California.

7          THE COURT:  Okay, thank you.

8          Miss Carlson.

9          VENIREMAN CARLSON:  Jodi Carlson.  I have lived in Elk

10:27:29     10    Grove for the majority of my life.  I lived in DeKalb for four

11    years.  I currently work for UKN, a nonprofit social service

12    agency that DCFS contracts with to do managed foster care

13    cases.  I'm an adoption worker, doing adoptions for kids in

14    DCFS care.  I have my bachelor's in psychology.

10:27:47     15         I am not married, no children.  I don't read the

16    newspaper or any magazines.  I watch some history shows on

17    prime time TV.  My hobbies are reading, sleeping.  I'm not

18    involved in any organizations, and I have never been a juror.

19         THE COURT:  All right, thank you.

10:28:01     20         Miss McCormick.

21         VENIREMAN McCORMICK:  I'm Anne McCormick.  I live in

22    Barrington.  I have for the past 22 years.  I'm a dental

23    assistant employed by Motes Dental, and I've been at that

24    position for 14 years.  I have a Bachelor of Arts degree.

10:28:29     25         I am divorced.  I have no children.  Magazines that I

1   read are National Geographic and Time.  I do not read
2   newspapers.  Radio, I listen to National Public Radio, and then
3   news I get from usually from Channel 11 news.  My hobbies are
4   show dogs, and I'm a member of the American Kennel Club and an
10:29:04   5   active member of the American Humane Society.  And I have never
6   served as a juror.
7           THE COURT:  Thank you.
8           Mr. Richardson.
9           VENIREMAN RICHARDSON:  My name is Steve Richardson.  I
10:29:17   10   live in Streeterville and have for the last 24 years or so.  My
11   wife and I are self-employed as realtors with Koenig Rubloff
12   Company.  I've got three plus years of college, no degrees.
13          No kids.  I don't read the paper or watch the news
14   regularly unless it's an election year.  Sometimes I watch
10:30:00   15   America's Got Talent with my wife.  Other than that, I don't
16   watch much TV.  We like to hike and walk and just exercise and
17   practice some yoga.  I'm not a member of any organizations, and
18   I've never served as a juror.
19          THE COURT:  Thank you.
10:30:28   20          Devone Chism.
21          VENIREMAN CHISM:  My name is Devone Chism.  I stayed
22   in Englewood my whole life.  I work for Cook DuPage
23   Transportation.
24          THE COURT:  I'm sorry, what neighborhood?
10:30:41   25          VENIREMAN CHISM:  Englewood.

MICHAEL P. SNYDER, Official Court reporter

1    I work for Cook DuPage Transportation as a driver.
2 Before that I worked for Allied Bar as a security.  My
3 education is high school.
4    I'm not married.  I don't have any kids.  Magazines,
5 ESPN.  TV shows, ESPN.  Hobbies, I like to cook, go to the gym
6 and spend time with my family.  I don't belong to any
7 organizations, and I never was a juror.
8    THE COURT:  Thank you.
9    Shauna Kolodkin.
10    VENIREMAN KOLODKIN:  I live in Naperville.  I
11 currently work at Printing Center in Lake Forest.  I am the one
12 and only salesperson of co-location into a newly opened data
13 center.
14    THE COURT:  Co-location?
15    VENIREMAN KOLODKIN:  Yeah, it's a highly secure
16 redundant facility that supplies with power so you co-locate
17 your server equipment in a space.
18    THE COURT:  All right.
19    VENIREMAN KOLODKIN:  I am married.  My husband works
20 at the same company as facilities manager.  Not too many
21 magazines, National Geographic occasionally.  Reality shows,
22 local national news.  I like really family outside of work.  I
23 have a 21-month-old.  Outside of work, really, family,
24 technology, current affairs.  And not a member of any
25 organizations, nor have I ever served on a jury.

MICHAEL P. SNYDER, Official Court reporter

1    THE COURT:  All right, thank you.

2    Mr. Kramer.

3    VENIREMAN KRAMER:  My name is Mark Kramer.  I live in

4    Downers Grove.  I've lived there for more than ten years.  I'm

10:32:31    5    the principal and district operations at Rich East High School

6    in Rich Township High School District 227.  I have two master's

7    degrees, one in industrial management and safety, one in

8    industrial leadership, and a superintendent, or educational

9    leadership and a superintendent endorsement.

10:32:50    10    I'm married.  My wife is a former instructional aid in

11    Naperville 203.  She works with Downes Syndrome and autistic

12    students.  She's taken two years off, we've rescued two

13    puppies.  One is an English lab and the other is a golden

14    retriever two and two and a half years, and she longs to go

10:33:14    15    back to the classroom.

16    I read the Law Bulletin.  My brother is the publisher.

17    CNN.  And I go to the internet whenever I want more detail.

18    History Channel when I get the remote, Home Rehab when my wife

19    has the remote.  Mountain biking.  We take short trips with the

10:33:35    20    dogs, usually with water.  I'm a member of the Illinois

21    Principals' Association, and I have never served on a jury.

22    THE COURT:  Thank you.

23    Miss Lynch-McGinester.

24    VENIREMAN LYNCH-McGINESTER:  My name is Bernadette

10:33:53    25    Lynch-McGinester.  I currently live in Markham for the past

MICHAEL P. SNYDER, Official Court reporter

1  four years.  Before that I lived on the south side of Chicago.

2  I currently work for Holiness Homes Division.  It's a senior

3  housing property.  I am a property manager there.  I've done

4  that for the past 30 years.  And before that I was a manager at

5  Brava restaurants in Chicago.  I have a bachelor's in business

6  management.

7        I'm married.  He currently works for a senior housing

8  property.  He's only been there for the past six months.

9  Before then he was injured and off work for four years, and

10  before then he worked at a chemical company called Daubert

11  Chemicals.  I have three children, 13, 11, and 3.  Magazines

12  and newspapers, I just glance through the internet for

13  information.  TV and radio, I record most of my shows that I

14  watch.  I watch them whenever I get a chance to.  Hobbies and

15  major interests revolves mostly around my children and my

16  church activities.

17        I am an active member of my church on the choir.  And

18  I'm also a part of an organization for my oldest son.  He's in

19  parochial school with Link Unlimited.  It's a scholarship

20  program that he does.  And I've never been on a jury.

21        THE COURT:  Thank you.

22        VENIREMAN HAYOSH:  My name is Elina Hayosh.  I live in

23  Lake Zurich.  I lived there for the past 20 years.  I am a

24  homemaker, and I work on computers part-time.  I also work at

25  Northwestern's Saturday program for children.  Up until the

MICHAEL P. SNYDER, Official Court reporter

1    birth of my son I was a software engineer.

2         THE COURT:  For some reason, even though this is not a

3    large room, the sound is not great in this room.  So everybody

4    back there, if you'll try to speak a tiny bit slower and loudly

5    enough, I'd really appreciate it, thank you, so he can get it

6    down and I can make sure I hear it.

7         VENIREMAN HAYOSH:  Should I restart?  Start over?

8         Okay.  My name is Elina Hayosh.  I live in Lake

9    Zurich.  I lived there for the past 20 years.  I'm a homemaker.

10   Up until the birth of my son who is 18 years old now, I was a

11   software engineer with Motorola.  I was there for about nine

12   years.  I work part-time as a math tutor, private math tutor

13   math and science, test prep work for high school students.  My

14   bachelor's degree is in electrical engineering.  My master's

15   degree is in gifted education.

16        I am married.  I've been married 21 years.  My husband

17   is a software engineer as well.  As of a week and a half ago

18   he's unemployed.  He used to work for Microsoft.  I have one

19   son.  He's 18 years old.  I read Chicago Tribune and Wall

20   Street Journal on a regular basis.  TV shows, I tend toward

21   sci-fi, British TV, so Dr. Who, stuff like that.  Hobbies, I

22   love to read, the arts, architecture and then geology, rocks

23   and minerals.  I'm a member of the Illinois Association for

24   Gifted Children.  I serve on the social committee of that

25   organization.  And I have served as a juror twice.  They were

MICHAEL P. SNYDER, Official Court reporter

1    both civil cases.  The first one was about 20 years ago.  The

2    second one was about 10 years ago.  The first one was in Cook

3    County, and the second one was in Lake County.

4              THE COURT:  Thank you.

5              Mr. Frohling.

6              VENIREMAN FROHLING:  Good morning, Your Honor.  My

7    name is Daniel Frohling.  I live in Winnetka, and I've lived

8    there for about ten years.  I'm an attorney.  I am partner of

9    the law firm of Loeb & Loeb here in Chicago.  Mostly I

10   represent plaintiffs in counseling and litigation on soft

11   intellectual property and marketing and advertising related

12   issues.  I have a Juris Doctorate degree.

13             I am married.  My wife is also a lawyer and does

14   trademark work.  She's employed by Kraft Foods.  I have four

15   children, one who is a senior in college at the University of

16   Illinois, and three younger children, one who is a 11 and twins

17   who are 10.

18             I read the New York Times and American Art Review.

19   Other than an occasional Bears loss, I don't watch television.

20   My hobbies are I take voice lessons and go to my children's

21   activities.  I belong to our local church.  I am cubmaster of

22   the local Cub Scout pack.  I have previously served as a juror.

23   It was about 20 years ago, and it was a child abuse case.

24             THE COURT:  All right, thank you.

25             VENIREMAN MORARU:  Good morning.  My name is Vladimir

MICHAEL P. SNYDER, Official Court reporter

1    Moraru.  Originally from Romania.  I live in Naperville for
2    more than ten years.  I work in Downers Grove from Marriott,
3    more than five years.  And before I worked for Chase downtown.
4    I have a master's in economics back in Romania.
5            I'm married.  My wife is retired.  I have two
6    children.  One is a chemist, the other one is a physicist.  I
7    read USA Today, I watch CNN, and I watch history and History
8    Channels regularly.  I like fishing and swimming.  I do not
9    belong to any organization.  I'm an atheist, and I haven't
10   served as a juror before.
11           THE COURT:  Thank you.
12           Mr. Barbera.
13           VENIREMAN BARBERA:  I am Brad Barbera.  I lived in
14   Clarendon Hills for the past two years.  Prior to that I lived
15   in Lake Geneva.  I'm self-employed as a management consultant.
16   I have an MBA from the University of Chicago and degrees in
17   chemical engineering and economics from Northwestern.
18           I am divorced.  I have two children, a boy 16 and a
19   girl 9.  I read Fast Company, Inc., Harvard Business Review and
20   Runners World.  I don't really watch TV or listen to radio.  I
21   am a runner, stair climber and chess player.  I volunteer for
22   the Product Development and Management Association.  I have
23   previously served as a juror in a murder case in Cincinnati 15
24   years ago roughly.
25           THE COURT:  Thank you.

             MICHAEL P. SNYDER, Official Court reporter

1    Miss Schroeder.

2    VENIREMAN SCHROEDER:  Hi, I'm Michelle Schroeder.  I

3    live in Warrenville.  I have for 25 years.  I just retired from

4    25 years with Chase Bank.  I was a banker.  I work part-time

5    now with autistic children.  I do respite for their families so

6    that they get a break.  I have a bachelor's degree and some

7    graduate school.

8    I'm married.  My husband is self-employed.  He's a

9    contractor.  We have three children.  The 35-year-old works for

10   Country Financial Companies, the 29-year-old is a barista, and

11   our youngest, who is 23, works for a zoo.  I read US World

12   News, magazines, mostly cooking magazines.  We watch TV shows

13   that we record, so some of the dramas that we record like some

14   of those kind of shows.  For hobbies, I love cooking and biking

15   and reading and music.  No organizations.  I was a juror about

16   15 years ago.  It was a criminal case, and we did not reach a

17   verdict.

18   THE COURT:  Thank you.

19   Go ahead.

20   VENIREMAN TANKASALA:  Good morning.  My name is Kumar

21   Tankasala.  I live in Plainfield, Illinois, and I've been there

22   for about six years.  Before that I was in Fargo, North Dakota.

23   I'm employed with Pro Technologies as software consultant for

24   the past three years.  I'm currently general manager and client

25   partner for them.  I have my master's in computer science.

MICHAEL P. SNYDER, Official Court reporter

1       My wife is also a doctor consultant.  She works in
2  downtown Chicago.  Before that she worked with Microsoft in
3  North Dakota.  I have a daughter and son.  My daughter is a
4  senior in Urbana, Champaign, and my son is a high school junior
5  in Naperville.  And I read Wall Street Journal and watch news
6  channels like CNN.  TV shows, predominantly I watch History
7  Channel or, what do you call, History or Discovery Channel are
8  the only two channels I watch.  I play tennis, and I do hiking.
9  I'm not a member of any organization.  And I also did not serve
10  as a juror.

11       THE COURT:  Thank you.

12       Miss Roberts.

13       VENIREMAN ROBERTS:  Hello.  My name is Valerie
14  Roberts.  I live in Chicago Heights just recently.  I lived in
15  Palos Hills for 23 years.  I am presently self-employed,
16  basically with affordable housing with my husband.  Education
17  is I have my bachelor's in business administration, certified
18  paralegal.

19       I'm married 30 years, and I have two children.  My
20  daughter is 28.  She's in New York with Loreal, and my son is
21  an IT security specialist at Baxter.  And as far as newspapers
22  and magazines, if I happen to see one laying around, I'll read
23  it.  TV shows, reruns, NCIS, Matlock, Murder She Wrote.  I'm
24  old school.  My hobbies are crafts, fitness.  I want to say
25  cooking, although I read the magazines.  I'm a member of Delta

1  Sigma Theta sorority, and I'm a choir member at New Faith

2  Baptist International.  And I served as a juror maybe 15 years

3  ago, a criminal gun possession.

4         THE COURT:  Thank you.

5         VENIREMAN LEE:  Hi.  My name is Haenah Lee.  I

6  currently live in Downers Grove, which I moved into three weeks

7  ago when I got married.  I have in the past ten years lived in

8  Aurora, all over Chicago, Hyde Park, Pilsen, also McHenry for a

9  year.  And I'm currently working for Weiss Memorial Hospital in

10 uptown.  I've worked there for the past two years as a

11 registered nurse.  Before that I worked at University of

12 Chicago, UIC as a nurse's assistant.  And my education is I

13 have a bachelor's in psychology and also nursing.

14         And my husband works as an optometrist in the south

15 suburbs, and before that he was a mechanical engineer, worked

16 for Motorola.  No children.  And I read online cnn.com and no

17 real newspapers, just local.  Local news, Fox News, and I

18 listen to radio regularly.  And my hobbies are cooking,

19 running, snowboarding, hiking, physical activities.  And also I

20 am in the leadership at the Church of the Beloved in

21 Streeterville.  And I have never served as a juror.

22         THE COURT:  What was that last part you said?

23         VENIREMAN LEE:  I'm in an active leadership role at

24 the Church of the Beloved in Streeterville.

25         THE COURT:  Okay, thank you.

MICHAEL P. SNYDER, Official Court reporter

10:45:26

10:45:50

10:46:21

10:46:54

10:47:13

1      Mr. Scott.

2      VENIREMAN SCOTT:  My name is Roland Scott.  I live on

3  the south side of Chicago.  I've been there for the last 44

4  years.  I work at a place in Melrose Park called Adeon

5  Graphics, Incorporated.  We do packaging for movies, cosmetics,

6  and I'm the shipping supervisor there.  My education is high

7  school level.

8      I am married.  I've been with my wife for 17 years.

9  She's a homemaker.  We have two children, an 11-year-old

10  daughter and a 9-year-old son.  Magazines, Guitar World.

11  Radio, WBBM.  Not too much TV.  By the time I get home my wife

12  or kids have the TV.  But in the morning I'll watch WGN news.

13      Hobbies, I play several different musical instruments.

14  I like to record those so I'll do like a one-man band type of

15  thing.  I am not with any organizations.  And I have served as

16  a juror two years ago in Cook County on a civil case.

17      THE COURT:  All right, thank you.

18      Miss Carragher.

19      VENIREMAN CARRAGHER:  Good morning, Your Honor.  I'm

20  Mary Carragher.  I live in Glencoe, Illinois.  I'm a lawyer.  I

21  work for Moglese International, which is a global packing

22  company.  We own Oreos and Triscuit and all the brands that you

23  probably have in your cabinet.  I worked the last two years,

24  I'm an advertising and intellectual property attorney there.  I

25  got my law degree from the University of Chicago, my

MICHAEL P. SNYDER, Official Court reporter

1    undergraduate degree from Loyola University.

2            I'm married.  My husband is self-employed.  He's a

3    mortgage broker.  I have three children, two in college.  My

4    daughter is a sophomore at Carlton College in Northfield,

5    Minnesota, and my son is a freshman at Loyola University.  And

6    I also have a 12-year-old.  We get the Tribune which I read

7    sometimes, I read the local newspaper.  I listen to News Radio

8    78 and NPR, and I like to watch the Daily Show.  I like to bike

9    ride.  I am a member of Sacred Heart Parish in Winnetka, and

10   I've never served on a jury.

11           THE COURT:  Thank you.

12           Miss Nasuta.

13           VENIREMAN NASUTA:  I'm Michelle Nasuta.  I live in

14   Romeoville, Illinois.  I currently work for Lauterbach & Amen,

15   an accounting company.  I figure out pension benefits for

16   police and fire retired.  I have been there for a year and a

17   half.  I have my bachelor's in accounting.

18           My husband has been in plumbing sales for the last

19   several years.  We have four children, 21, 20, 17 and 16.  I

20   don't read any newspapers or magazines regularly.  I watch

21   crime shows and reality shows on television.  I like spending

22   time with my family, and I like reading.  I don't belong to any

23   organizations, and two weeks ago I was in Will County for a

24   week.  I didn't serve on a trial.

25           THE COURT:  You --

     MICHAEL P. SNYDER, Official Court reporter

1    VENIREMAN NASUTA:  I was summoned for jury duty, and I

2  was there for a week.

3    THE COURT:  You were there for a week?

4    VENIREMAN NASUTA:  Yes.

10:50:59    5    THE COURT:  But you did not serve on a jury?

6    VENIREMAN NASUTA:  I didn't.

7    THE COURT:  Miss Grisham.

8    VENIREMAN GRISHAM:  Hello.  I'm Rosemarie Grisham.  I

9  have lived in Lakeview for the past 30 years.  I worked at

10:51:13  10  Bates Carey for the past year, which is an insurance coverage

11  litigation firm.  I specialize in -- I'm a legal assistant, and

12  I specialize in professional liability and hazardous waste

13  sites.  Before that I worked at Corboy & Demetrio doing

14  primarily medical malpractice law.  I was the legal assistant

10:51:39  15  who went to court on trial.  I have a bachelor's and master's

16  in journalism from Northwestern.

17    I'm not married, and I don't have any children.  I

18  read the Sun-Times, Sports Illustrated, Invention, AARP.  I

19  watch the TV news, try to catch a variety of their local news

10:52:01  20  channels.  I watch crime drama on TV.  Listen to oldies

21  stations on the radio.  I'm interested in local bands, local

22  music and sports.  I'm active in my church, a member of the

23  choir.  I'm also a member of the Royal Scottish Country Dance

24  Association.  And I've never served as a juror.

10:52:23  25    THE COURT:  Thank you.

MICHAEL P. SNYDER, Official Court reporter

1    Miss Naureckis.

2    VENIREMAN NAURECKIS:  My name is Lina Naureckis.  I

3  live in Stickney Township.  Currently I'm working as a

4  registered nurse in MacNeal Hospital.  Before I used to work at

10:52:40    5  LaGrange.  My education I have a bachelor's in business, and I

6  also have an associates in nursing in the United States.

7    I am divorced.  I don't have any children.  I do

8  subscribe to professional nursing magazines and I read those.

9  I do not watch any TV at all, and my hobbies are gardening,

10:53:00    10  exercising and crafts.  I don't belong to any professional

11  organization, and I never served as a juror.

12    THE COURT:  Thank you.

13    Miss Gregor.

14    VENIREMAN GREGOR:  My name is Amy Gregor.  I am a

10:53:15    15  first-grade teacher in Chicago Public Schools.  I have a

16  bachelor's degree in elementary education.

17    I'm married, and my husband works for a private wire

18  and cable business in the City.  I have a 19-month-old daughter

19  and one on the way.  And I don't really have time to watch TV.

10:53:34    20  If I do, it's something reality wise.  And just being a mom is

21  what I do right now.  And I've never served on a jury.

22    THE COURT:  What neighborhood of Chicago do you live

23  in?

24    VENIREMAN GREGOR:  Oh, I'm sorry.  Fulton River

10:53:51    25  District, River West.

MICHAEL P. SNYDER, Official Court reporter

1        THE COURT:  Okay.

2        Miss Sega.  Mr. Sega.

3        VENIREMAN SEGA:  I from Mundelein.  I live there about

4    26 plus years.  I am retired.  I am from Russia.  I have my

5    sister.  Newspapers, magazines, mainly travel magazine, country

6    magazine.  TV shows, Fox News for sure.  Hobbies, I like

7    traveling, also meeting and eating.  Name of organization, I

8    belong to Santa Maria Church in Mundelein.  And I have never

9    served as a juror.

10        THE COURT:  Thank you.

11        Miss Pietrzak.

12        VENIREMAN PIETRZAK:  Debra Pietrzak.  I live in

13    Bloomingdale.  I've been there for two about 22 years.  I work

14    for Portillo's Hot Dogs.  I've been there for 30 years in the

15    corporate office.  I'm the cash coordinator.  I've had a high

16    school education, some college.

17        I am divorced.  I have a five-year-old who keeps me

18    very busy.  I don't have time to read newspapers and magazines

19    regularly.  Sometimes I read the Daily Herald.  TV shows, I

20    usually watch the Disney Channel or McJunior, to be honest.

21    General Hospital if I can catch my reruns.  My hobbies are

22    basically taking care of my daughter, doing whatever she wants

23    to do.  Not a member of any organizations, and I have not

24    served as a juror.

25        THE COURT:  Thank you.

         MICHAEL P. SNYDER, Official Court reporter

1          Mr. Lambin.

2          VENIREMAN LAMBIN:  My name is Timothy Lambin.  I'm

3    from Naperville.  Previous to that I lived in Woodridge.  My

4    present employer is Bridgestone Firestone.  I'm an operations

5    manager.  My education is high school.  I'm currently studying

6    to get my bachelor's in supply chain management.

7          I'm married, I've got four kids, nine, seven, five,

8    and two.  I don't read much newspapers.  I pick up Money

9    magazine or Inc. sometimes.  TV, not much, whatever the wife is

10   watching on ABC.  Hobbies, I like to work on cars, build hot

11   rods in my spare time.  I don't belong to any organizations,

12   and I never served on a jury.

13         THE COURT:  Thank you.

14         Miss Avila.

15         VENIREMAN AVILA:  My name is Kimberly Avila.  I

16   currently live in Westchester.  In the past ten years I've

17   lived in Hawthorne Woods, Mesa, Arizona, and Oak Park,

18   Illinois.  I currently stay at home with my children.  Prior to

19   that, though, I worked at Alberto Culver as a financial analyst

20   and Sarah Lee Corporation.  I have an MBA degree.

21         I am married.  My husband is a self-employed graphic

22   designer.  I have two nieces that I care for, one where we were

23   guardian over, she's 21 years old, at the University of

24   California, Southern California in LA.  I have a nine-year-old

25   niece that goes to Triton, and I have three children five,

MICHAEL P. SNYDER, Official Court reporter

1　three and one.  I get my news from ABC.com, 7.  We have CNN on

2　the TV usually.  My hobby really is to bake.  I don't belong to

3　any organizations, and I have never been on a jury.

4　　　　　　THE COURT:  All right, thank you.

10:57:44　5　　　　　　VENIREMAN CHRISTOPHER:  My name is Melissa

6　Christopher.  I live in Beach Park, Illinois.  I have lived

7　there for the last ten years.  I currently work for Abve.

8　I have worked there for the last seven years as a clinical

9　research coordinator.  Before that I worked for Vista Hospital

10:58:13　10　in Waukegan as a nurse on a staff nurse on med surg floor.  I

11　have, I have an associate degree in nursing.  My husband also

12　works for Abve.  He's been there for 23 years.  He works in

13　hazardous waste disposal.  I have two kids.  My son is 11, my

14　daughter is 16.  And I don't read newspapers or magazines.  I

10:58:40　15　hardly watch TV.  I like to play volleyball outside of work.

16　No organizations.  And I served as a juror about 15 years ago.

17　It was a DUI case.

18　　　　　　THE COURT:  Thank you.

19　　　　　　Miss Wahl.

10:58:56　20　　　　　　VENIREMAN WAHL:  My name is Sherry Wahl.  I live in

21　Ukrainian Village, I've been there 18 years.  I am currently

22　self-employed.  I am an independent contractor.  I am an

23　interior designer, and I do my own homes for builders like MI

24　and Toll Brothers across the nation.  My husband is also

10:59:14　25　self-employed.  I have a bachelor's degree.  I don't really

MICHAEL P. SNYDER, Official Court reporter

follow the news. If I do get time, I watch Criminal Lives on
TV. My hobby is pretty much working. I'm a member of
professional organization ASIB, and I've been on a jury about
ten years ago. It was a simple case.

10:59:36   THE COURT: Thank you.

Miss Israel.

VENIREMAN ISRAEL: My name is Georgia Israel. I live
in Calumet City. Currently I'm a homemaker. High school with
some college.

10:59:50   I am married. My husband just came home from Kuwait.
He's a contractor. No children. Newspapers are Chicago
Tribune, Sun-Times. Some radio. Hobbies are sports.
Organizations, I belong to the House of Jacob Bible study
class. And I've never served as a juror.

11:00:14   THE COURT: Thank you.

Mr. Barahona.

VENIREMAN BARAHONA: Good morning, Your Honor. Good
morning, everybody. My name is Carlos Barahona. I lived in
the neighborhood of Rogers Park for the last 15 years.

11:00:29   Presently not employed. My profession is I'm an artist. My
education is an associate's degree.

I have never been married. I don't have any children,
but I feel like I do because I have a Yorkie, and he's like my
little boy. Newspapers and magazines, I try not to read

11:00:51   newspapers and magazines because sometimes I don't think they

MICHAEL P. SNYDER, Official Court reporter

49

1    are honest with people.  They will just tell you whatever they
2    want to tell you just to sell anything I guess.  I do not watch
3    TV.  I do listen to the radio every now and then for the music.
4    And I do go online on Google News.  That's just as far as my
5    news intake.

6          My hobbies include fixing my friends' Facebook and
7    YouTube accounts, linking them because my friends are not very
8    computer literate, but I help them out anyway.  The names of
9    the organizations that I am affiliated with, I try to help
10   immigrants become US citizens.  Then I serve as a volunteer for
11   Alderman Joe Morris in the 49th Ward, which is the
12   participating budget, which includes everybody, all the
13   constituents in Rogers Park.  They decide to vote on the
14   projects on the streets, what needs to be fixed, you know,
15   stuff with the parks, stuff like that.  And I've never served
16   as a juror before.

17          THE COURT:  Thank you.

18          Miss McCormick.

19          VENIREMAN McCORMICK:  Good morning, Your Honor.  My
20   name is Bonnie McCormick.  I live in Steger, Illinois.  I live
21   in the area where I was born and raised.  I have been, I am
22   presently in my home for the past 30 years.  I am presently and
23   have been for almost my entire career as a registered nurse
24   with the Sisters of St. Frances, so that's 39 and a half years,
25   barring six months where I came up here and worked for United

11:01:17
11:01:38
11:02:01
11:02:12
11:02:31

MICHAEL P. SNYDER, Official Court reporter

1 Health Care.

2       I am a widow. I have two daughters. My oldest

3 daughter is 42 and she's an accountant. My youngest daughter

4 is 36, and she is a stay-at-home mom. The newspapers I read is

5 the local newspaper, the Southtown, and the Sun-Times.

6 Magazines, food fashion, which I don't cook, but I love to read

7 them. And I like to read the Italian cultural magazine. TV

8 shows I like to watch, I watch the prime shows and dramas. I

9 like Channel 5 news. I listen to country and western music on

10 the radio.

11       My hobbies are I am highly involved with my

12 grandchildren. The organizations I belong to is, of course, my

13 parish, St. Gloria's, and the National Federation of the Blind,

14 because my youngest granddaughter is blind. I previously

15 served on a jury about ten years ago in this building, and it

16 was a criminal case, and it was a bank robbery.

17       Thank you.

18       THE COURT: Okay, thank you.

19       Mr. Nussbaum.

20       VENIREMAN NUSSBAUM: John Nussbaum. Crest Hill, but

21 from Morris, Illinois. Administrative controller Snowlift,

22 LLC, service industry, O'Hare International Airport. College.

23 Married. Children, five and four. WLS. Major interests would

24 be my wife, my children. History of the United States, Bible.

25 We are member -- actually, we attend Harvest Bible Chapel in

MICHAEL P. SNYDER, Official Court reporter

1    Joliet.  And no.

2                THE COURT:   Thank you.

3                Miss Tu.

4                VENIREMAN TU:   Hi.  My name is a Lisa Tu, and I live

11:04:35    5    in Lincolnshire, Illinois.  And I'm not employed at the moment.

6    I am a stay-at-home mom.  And I have a Bachelor of Science

7    degree in nursing.

8                I am married.  My husband works at Abbott Labs.  I

9    have three kids.  They are ages 13, 11, and 9.  I read the

11:04:54    10   Chicago Tribune and local news at night.  I enjoy biking,

11   hiking, music.  And I've never served as a juror before.

12               THE COURT:   Thank you.

13               Mr. Catanese.

14               VENIREMAN CATANESE:   My name is Paul Catanese.  I live

11:05:11    15   in Mundelein.  I'm self-employed as a home inspector.  I've got

16   some college classes.

17               I've been married, or I am married.  My wife works for

18   Grainger in Lake Forest.  I have a one-year-old and a

19   two-year-old.  Newspapers, Chicago Tribune.  TV, don't really

11:05:28    20   have time for that stuff.  I like to play hockey.  I don't

21   belong to any member, any organizations, and I have never

22   served as a juror.

23               THE COURT:   Thank you.

24               Mr. Stefancic.

11:05:41    25               VENIREMAN STEFANCIC:   I live in Wicker Park, Chicago.

MICHAEL P. SNYDER, Official Court reporter

1    I am not employed.  I'm a homemaker, an artist when I can get
2    time to paint.  I have some college.
3           I've been married for 20 years.  My wife works as
4    actuary for an employee benefits firm.  I have two children in
5    high school, 17 and 14.  Basically PBS, NPR for news.  That
6    covers the TV as well, I guess.  Hobbies, I read, we travel,
7    restaurants.  And we are active in our parish.  I have never
8    served on a jury before.
9           THE COURT:  Thank you.
10          Mr. Grantier.
11          VENIREMAN GRANTIER:  My name is Nathan Grantier.  I've
12   lived in Lincoln Park for three years, and before that I lived
13   for three years in Downers Grove, and then before that I grew
14   up and went to school in Pennsylvania.  I currently work for a
15   company in the oil and gas history.  I am a design engineer.  I
16   have a bachelor's degree in chemical engineering.
17          I am not married, no kids.  I don't read newspapers or
18   magazines.  I get my news from the internet.  I watch movies,
19   ESPN, Comedy Central.  I like to play sports, travel.  I've
20   done work with American Institute of Chemical Engineers and
21   Autism Speaks.  And I have never been on a jury before.
22          THE COURT:  Thank you very much.
23          All right.  Thank you all of you for telling us
24   something about yourselves.  I'm going to turn to the case.
25   This is called United States of America versus Gregory Turner.

                MICHAEL P. SNYDER, Official Court reporter

1      I'm going to ask counsel to introduce themselves and
2    people at their tables.
3           MR. JONAS:  Thank you, Your Honor.
4           Good morning, ladies and gentlemen.  My name is Barry
5    Jonas.  I am one of prosecutors in this case and an assistant
6    United States attorney.  I am going to let the other
7    prosecutors introduce themselves, but I want to introduce Sarah
8    Gallo.  She's a law student at Notre Dame.  She's an intern in
9    our office and will be helping us out.  Sitting next to her is
10   Steve Noldin.  He's an FBI agent, and he's also going to be
11   sitting at the table with us.
12          MS. ALEXAKIS:  Good morning, ladies and gentlemen.  My
13   name is Georgia Alexakis.  Like Mr. Jonas, I work for the
14   United States government as a prosecutor.
15          MR. RECKER:  Good morning, ladies and gentlemen.  My
16   name is David Recker.  I'm also a prosecutor on the case with
17   the Department of Justice.
18          MR. TUNICK:  Your Honor, thank you.
19          Good morning, ladies and gentlemen.  My name is James
20   Tunick.  I am one of the attorneys who represents Mr. Turner.
21          Stand up, Gregory.
22          And this is Gregory Turner.
23          THE DEFENDANT:  Good morning.
24          MR. LEONARD:  I'm Mr. Tunick's co-counsel.  My name is
25   Mike Leonard, and I represent Mr. Turner as well.

          MICHAEL P. SNYDER, Official Court reporter

1    THE COURT:  Thank you.

2    All right.  The indictment in this case alleges that

3    between 2008 and 2010 defendant Turner, along with a man named

4    Prince Asiel Ben Israel, acted as agents for the Republic of

11:08:47    5    Zimbabwe without prior notification to the United States

6    Attorney General as well as acting as agents of and providing

7    services to people that are called specially designated

8    nationals, Robert Mugabe, the President of Zimbabwe, Gideon

9    Gono, the head of Zimbabwean Reserve Bank and other Zimbabwe

11:09:09    10    officials, in violation of US law.  The defendant denies the

11    allegations and has pled not guilty to the charges.

12    First of all, does anybody know any of the people at

13    the table that you just been introduced to?

14    Oh, I should tell you, I'm now going to be asking lots

11:09:34    15    of questions in which, if your answer is other than no, raise

16    your hand.  Some of them will be questions where I'll want to

17    talk to you later at sidebar outside of the presence of

18    everybody else, and at any time if you are uncomfortable with a

19    question, you could say that I want to talk at sidebar.  Some

11:09:56    20    of them I hope that we can just go through with all of you

21    together.  So if you don't raise your hand, then the answer is

22    no.

23    All right.  Does anybody know anybody at counsel

24    tables, either of them?  Okay.

11:10:13    25    There are a number of people whose names you may hear

MICHAEL P. SNYDER, Official Court reporter

1      in this case or who may testify.  I'm going to go through them

2      all, and after that I'll ask if you know any of them.

3             Andrea Gacci, she's with the Department of Treasury,

4      Heather Hunt, Robert Harris, Richard Boykin, Alice Holmes

11:10:43  5   McKoy, Roland Burris, Steve Noldin, Johnny Ford, who is the

6      Mayor of Tuskegee, Alabama, Donne Trotter, a state senator,

7      Patrick Bowens, Darcella Smith, Amy Hewitt, Susan Johnson,

8      Marcia Morton, Alex Ligaretta, Walker Williams, Celestine

9      Palmer, Desire Campbell, Brady King, Carol Adams, Oscar Webb,

11:11:26  10  Sarah Martin, Frank Francois.

11             Does anybody believe they know any of those people?

12             I may as well say at the outset that there has been

13      some publicity about this case.  Does anybody think they heard

14      anything about it?

11:11:55  15             I'm going to just take your hands, and then I will

16      talk with you separately about what you heard and we'll talk

17      about it.

18             Okay.  Mr. Andreou.  Anybody else in the box?

19             Back there, it's always hard for me to tell what row

11:12:20  20  so, I'll do it by row.  First row in the back?  Second row in

21      the back.  I think I saw a hand.  Third row in the back.  Tell

22      me who it is.

23             THE CLERK:  Mr. Richardson.

24             THE COURT:  Okay.  The next row.  Anybody else on this

11:12:50  25  side?  Okay, how about over on this side?  Maybe it's easiest

MICHAEL P. SNYDER, Official Court reporter

56

1       if you just tell me your name.

2               VENIREMAN McCORMICK:  Hi.  Bonnie McCormick.

3               THE COURT:  Anyone else?  Okay, I'll talk to you later

4       about that.

11:13:13  5             All right.  This one I know there will be some people

6       with hands up, so I will take your names and I will talk to you

7       separately.

8               Have any of you or has anybody close to you,

9       particularly a member of your family, but if you've got

11:14:02 10     somebody else that you're really close to, I'd want to, where

11      it could possibly implicate your fairness, I'd want to know.

12      Have any of you or somebody close to you ever been arrested or

13      charged with a crime other than a traffic offense?  I'll just

14      take your names.

11:14:30 15             VENIREMAN KOLZE:  Debbie Kolze, DUI.

16              THE COURT:  Mr. Reynolds.  Anybody else in the box?

17              First row in the back?  Next row in the back?  Third

18      row in the back?  Tell me your names, please.  And next to you

19      also?

11:15:34 20             VENIREMAN GRISHAM:  Grisham.

21              THE COURT:  Anybody else on that side?  On this side?

22      Anybody else?  Okay.

23              Let me ask you separately whether any of you or

24      anybody close, really close to you have ever been questioned as

11:16:33 25     part of a criminal investigation by any federal, state or local

                MICHAEL P. SNYDER, Official Court reporter

1    law enforcement agency?

2           Have you, a member of your family, anybody very close

3    to you ever been the victim of a crime?

4           I think I'll just write down your names and ask you

5    about it separately.  Second row?  First row in the back?

6    Second row in the back?  Is that Miss lynch?

7           VENIREMAN LYNCH-McGINESTER:  Yes.

8           THE COURT:  Okay.  Anybody else on this side?  Fourth

9    row, Miss Grisham, No. 39.  Anybody on the right side?  Miss

10   Avila?

11          THE CLERK:  Deborah Pietrzak and No. 42.

12          THE COURT:  Second row there?  And Mr. Grantier.

13   Anybody else?  Okay.

14          This case will involve some witnesses from the United

15   States Department of Justice, the Federal Bureau of

16   Investigation, United States Department of Homeland Security

17   and the United States Department of Treasury.  Have any of you

18   had any experiences with or do you have any feelings regarding

19   the Department of Justice, the FBI, Homeland Security or

20   Treasury, its operations or agents, that might make it

21   difficult for you to fairly and impartially evaluate the

22   evidence and render a fair verdict in this case?  If your

23   answer is yes, I will definitely want to talk to you at

24   sidebar.

25          What is your name?

                MICHAEL P. SNYDER, Official Court reporter

1    VENIREMAN MORARU:  Vladimir Moraru.

2    THE COURT:  All right.  We'll talk to you later.

3    Who else?  Oh.

4    VENIREMAN RICHARDSON:  No, I wondered, can I stand?  I

5    can't sit for very long.  It hurts my back.

6    THE COURT:  Sure.

7    VENIREMAN RICHARDSON:  Thank you.

8    THE COURT:  You will receive various instructions in

9    this case, most of them at the end of the case.  Well, let me

10   start with this.

11   First of all, you will be told that you must follow

12   the law as I state it to you whether you agree with it or not.

13   Is there anybody who would not follow that direction?

14   You'll also be told that you are to, you are the sole

15   judges of the credibility of the witnesses, and you will decide

16   that based on various things.  But one thing you may not do is

17   to give a federal officer any more or less credibility just

18   because of that person's position.  Is there anybody who would

19   not do that?

20   Apart from possibly the hand that I already saw, have

21   any of you had any experience either favorable or unfavorable

22   with any federal, state or local law enforcement agency that

23   you think would prevent you from being a fair and impartial

24   juror in this case?  Again, I'll talk to you about it

25   separately.  That should be Miss Finch.  Anybody else?

MICHAEL P. SNYDER, Official Court reporter

1    THE CLERK:  Judge, Miss Sega, No. 42.

2    VENIREMAN BRITO:  I do have a question.  Does that

3  refer to family as police officers or parole officers?  Because

4  I have a cousin that's a Chicago cop, I have two cousins that

11:23:05    5  are parole officers.

6    THE COURT:  I haven't asked that, but I probably

7  should.  Do any of you have any family members who are members

8  of law enforcement?

9    All right.  This one I think I can ask you now.  Is

11:23:26   10  there anything about -- who is it?

11    VENIREMAN BRITO:  It's my cousin, Chicago cop, and my

12  cousin is a parole officer in Waukegan, and my other cousin is

13  juvenile.

14    THE COURT:  Are you close to them?

11:23:43   15  VENIREMAN BRITO:  Yes.

16    THE COURT:  Is there anything about that experience,

17  you know, those relationships that would prevent you from being

18  fair and impartial to either side in this case?

19    VENIREMAN BRITO:  I don't think so, but I don't know

11:23:52   20  what the case is about.

21    THE COURT:  Well, I sort of told you a little bit.  I

22  can repeat the statement.  Maybe I'll talk to you separately.

23    Maybe I should repeat it.  The charge is that the

24  defendant along with another person acted as an agent of the

11:24:44   25  Republic of Zimbabwe -- that's a country in Africa -- without

MICHAEL P. SNYDER, Official Court reporter

1    prior notification of the Attorney General of the United States

2    and that he provided services to specially designated

3    nationals -- that's a term that you'll find out about -- Robert

4    Mugabe, who is the president and head of Zimbabwe, and some

5    other people.  That's what it's about.

11:25:16

6           Is there anything about that that you think would,

7    your relationships that would prevent you from being fair and

8    impartial to both sides in this case?

9           VENIREMAN BRITO:  No, I guess not.

10          THE COURT:  Pardon me?

11:25:34

11          VENIREMAN BRITO:  No.

12          THE COURT:  Okay.

13          Who else has relatives who are members of law

14   enforcement?  Mr. Bell?  No?

15          VENIREMAN VILLEGAS:  Villegas.

11:25:59

16          THE COURT:  Oh, okay.  I'm looking at the wrong place.

17   Mr. Villegas.  Who?

18          VENIREMAN VILLEGAS:  I have two brother-in-laws that

19   are police officers for the Melrose Park Police Department.

20          THE COURT:  Okay.  Is there anything about those

11:26:15

21   relationships that would prevent you from being fair and

22   impartial to either side in this case?

23          VENIREMAN VILLEGAS:  Not at all.

24          THE COURT:  Thank you.

25          I'm sure there were others who had relatives.  On this

11:26:25

MICHAEL P. SNYDER, Official Court reporter

1    side in the back?  Not so many.  Okay.

2           VENIREMAN AVILA:  Avila.

3           THE COURT:  Okay.  And who?

4           VENIREMAN AVILA:  My uncle is retired CPD, but it

11:26:51  5    wouldn't matter.

6           THE COURT:  What was his job?

7           VENIREMAN AVILA:  Chicago Police Department, retired.

8           THE COURT:  All right.  Is there anything about that

9    that would prevent from being fair?

11:27:00  10          VENIREMAN AVILA:  No.

11          THE COURT:  Okay, thank you.

12          Somebody else?

13          THE CLERK:  54.

14          THE COURT:  And who?

11:27:19  15          VENIREMAN STEFANCIC:  Two nephews, one in Downers

16   Grove and one in Chicago.  It would in no way affect my

17   judgment.

18          THE COURT:  All right, thank you.

19          Well, as I just mentioned, there is going to be

11:27:35  20   evidence regarding the African country of Zimbabwe.  Has

21   anybody here ever visited Zimbabwe?

22          Do any of you have any connection or relationship to

23   the government of Zimbabwe or any Zimbabwean official?

24          Does anybody here have any opinion whatsoever

11:28:02  25   regarding the leadership of the government of Zimbabwe

           MICHAEL P. SNYDER, Official Court reporter

1    including its president Robert Mugabe?  If so, I may want to
2    talk to you about it separately.

3         Anybody else?  Mr. Bell?  Okay.  Anybody else?

4         VENIREMAN RICHARDSON:  Would you repeat that question.

11:28:52   5         THE COURT:  Sure.  I wanted to know whether any of you
6    have any opinion at all regarding the leadership of the
7    government of Zimbabwe including its president Robert Mugabe.
8    Okay, that was Mr. Richardson.

9         I'll ask this, have any of you ever represented, acted
11:29:30   10   or lobbied on behalf of a foreign government?

11        Do any of you hold any religious, philosophical, moral
12   or other beliefs that would make it difficult for you to sit in
13   judgment of another person?

14        THE CLERK:  No. 49, Carlos, and Georgia Israel, No.
11:30:11   15   48.

16        VENIREMAN BRITO:  Can you repeat the question?

17        THE COURT:  I wanted to know whether you have any
18   philosophical or religious views that would make it difficult
19   for you to sit in judgment of another person.

11:30:23   20        VENIREMAN BRITO:  Yes.

21        THE COURT:  Let me ask a broader question about
22   Africa.  Have any of you traveled to any country in Africa?

23        Mr. Collado?

24        VENIREMAN COLLADO:  Yes.

11:31:07   25        THE COURT:  What countries?

         MICHAEL P. SNYDER, Official Court reporter

1            VENIREMAN COLLADO:  Morocco.

2            THE COURT:  Anybody else in the box?

3            First row in the back?  Second row in the back?  Third

4    row in the back?

5            THE CLERK:  No. 30.

6            THE COURT:  Oh, Mr. Moraru, what country?

7            VENIREMAN MORARU:  Angola multiple times, Congo

8    multiple times, Zaire multiple times, Fiji, Libya three years,

9    Algeria.

10           THE COURT:  All right.  I may want to ask you some

11   more about that.

12           THE CLERK:  No. 34, Miss Roberts.

13           THE COURT:  Miss Roberts?

14           VENIREMAN ROBERTS:  Ghana, three weeks ago.

15           THE COURT:  Anybody else?  Yes.

16           VENIREMAN SEGA:  Tunisia, maybe 30 years ago, just as

17   a visitor, traveler.

18           THE COURT:  Tunisia, okay.

19           Anyone else?  Yes?

20           VENIREMAN GRISHAM:  Grisham.  I have been to Egypt.

21           THE COURT:  Oh, okay.

22           Now, the instructions that you will be given at the

23   close of the case is that a defendant is always presumed

24   innocent unless the government proves its case against him

25   beyond a reasonable doubt.  Is there anybody who would not

             MICHAEL P. SNYDER, Official Court reporter

1     follow that instruction?

2          Okay.  I'm going to ask the attorneys to come over

3     here and the court reporter, and we will call you up as

4     expeditiously as we can for those of you that we need to ask

11:33:22   5     questions of.  Okay.  Please try to keep it soft.

6          Mr. Andreou.

7          (Discussion on the record at sidebar.)

8          VENIREMAN ANDREOU:  Yes.

9          THE COURT:  Okay.  First of all, you said you had an

11:34:13   10    opinion about Zimbabwe?

11         VENIREMAN ANDREOU:  Yes.  I'm aware of Robert Mugabe.

12    I've been following politics since I was very young.  He is a

13    very brutal dictator.  He stole the last election.  I don't

14    think very much of him.

11:34:28   15         THE COURT:  And you said you've heard about this case?

16         VENIREMAN ANDREOU:  Yes, I'm pretty sure it would have

17    been on Chicago Tonight, the reports on these things.  Maybe

18    Channel 5 News, but I think it was Channel 11.  They indicated

19    Roland Burris was accused of accepting a bribe of 250,000, but

11:34:47   20    he's not indicted, and they did show the defendant briefly

21    saying he had nothing to do with it.

22         THE COURT:  Okay.  You just heard what I said about

23    the instructions and all?

24         VENIREMAN ANDREOU:  Yes, of course.

11:35:01   25         THE COURT:  Do you think, first of all, that you could

MICHAEL P. SNYDER, Official Court reporter

1    be fair in this case to both sides?

2             VENIREMAN ANDREOU:  Yes, I can.

3             THE COURT:  Okay.  Oh, let's see.  You also said

4    you've been a victim at some time?

11:35:18   5             VENIREMAN ANDREOU:  Yes.  At one point my wife had a

6    chain ripped from her neck when we were very young in the Old

7    Town area.  I couldn't chase the guy, and I ended up staying

8    with her.  Another time we were in LA on a vacation, and

9    somebody broke into our rental car and pretty much emptied it

11:35:38   10   out.

11             THE COURT:  Is there anything about either of those

12   experiences that would prevent you from being fair and

13   impartial?

14             VENIREMAN ANDREOU:  No.  I'm used to it.

11:35:46   15            THE COURT:  I suppose I should also ask about the fact

16   that you were an assistant state's attorney.

17             VENIREMAN ANDREOU:  Right.

18             THE COURT:  And since then, you've taught.  Well, I

19   suppose that's an evenhanded thing anyway.  But is there, do

11:36:01   20   you think you can be completely fair and impartial in this

21   case?

22             VENIREMAN ANDREOU:  Yes.  Instructions are to be

23   followed.

24             THE COURT:  Okay.  Thank you.

11:36:08   25            VENIREMAN ANDREOU:  Thank you.

             MICHAEL P. SNYDER, Official Court reporter

1    (Venireman leaves.)

2        MR. TUNICK:  Judge, is there any way that maybe we can

3    present like a follow-up?

4        THE COURT:  Tell me what you were going to ask him.

11:36:24  5        MR. TUNICK:  I would ask him what kind of cases he

6    prosecuted.

7        THE COURT:  He hasn't been a prosecutor since 2002.

8        MR. TUNICK:  He obviously had pretty close relations

9    to law enforcement as a result of his job.  Would that

11:36:37 10   influence him in any way?

11       I mean, I don't want to backtrack at all, but --

12       THE COURT:  Well, I think I asked him the questions,

13   he'll have to decide about -- let's ask these questions first.

14       MR. TUNICK:  Okay.

11:36:58 15      THE COURT:  He was really very definite about the fact

16   that he could be fair, so I don't think my asking him

17   additional questions like that is going to bring out anything

18   different or more.

19       MR. TUNICK:  I have a different take on it.  To me he

11:37:09 20   wanted to be on the jury.  That was my take on it.

21       THE COURT:  I don't know.  I haven't told them how

22   long it will be.

23       (End of discussion at sidebar.)

24       THE COURT:  Mr. Collada.

11:37:25 25      (Discussion on the record at sidebar.)

     MICHAEL P. SNYDER, Official Court reporter

1      THE COURT:  Two things.  First of all, if you could
2   step in.
3      You stated you had been a victim of a crime at some
4   point?
5      VENIREMAN COLLADO:  Yes.  My sister was violated.  It
6   was a long time ago, and he was caught in the act.
7      THE COURT:  Was the person prosecuted?
8      VENIREMAN COLLADO:  The case was prosecuted, and the
9   man was indicted and went to jail.
10     THE COURT:  Is there anything about that experience
11  that would prevent you from being fair and impartial to this
12  case?
13     VENIREMAN COLLADO:  I don't know enough about the
14  case, but anything that has to do with kids getting hurt, yes.
15  I don't know.
16     THE COURT:  This doesn't have anything to do with kids
17  getting hurt.
18     VENIREMAN COLLADO:  No.
19     THE COURT:  Let me ask you also.  You said you had an
20  opinion about Zimbabwe.  I'd better ask you what that is and
21  whether it would interfere.
22     VENIREMAN COLLADO:  It's very much influenced by the
23  news, but I believe Mr. Mugabe was a tyrant.  I really do.
24     THE COURT:  Now, the charge in this case is that the
25  defendant acted as an agent for Mr. Mugabe, among other things.

MICHAEL P. SNYDER, Official Court reporter

68

1 The jury will have to decide in the first place whether that's

2 true and decide other things about that.  Do you think that you

3 can decide the facts in this case and render a fair judgment in

4 this case despite your feelings about Mr. Mugabe?

11:39:05  5      VENIREMAN COLLADO:  Yeah.  I believe I'm a fair

6 person, yes.  My feelings for Mr. Mugabe cannot be extrapolated

7 to everybody.  I was just answering directly your question as

8 to whether anybody had something.

9      THE COURT:  That's right.  That's a question I asked.

11:39:21  10      I will let you ask --

11      VENIREMAN COLLADO:  I think I can be fair.

12      THE COURT:  -- if you have a follow-up question?

13      MR. TUNICK:  I don't have anything.

14      MR. JONAS:  No.

11:39:28  15      THE COURT:  Okay, thank you.

16    (Venireman leaves.)

17      THE CLERK:  Judge, Miss Rankin just came up to say

18   that she knows something about Robert Mugabe.

19      THE COURT:  Okay.

11:39:54  20    (End of proceedings at sidebar.)

21      THE COURT:  Mr. Brito.

22      THE CLERK:  I think he just went to the bathroom.

23      THE COURT:  Miss Rankin.

24    (Proceedings at sidebar.)

11:40:23  25      THE COURT:  I think you just indicated to someone that

MICHAEL P. SNYDER, Official Court reporter

1     you thought maybe you did know something about this?

2              VENIREMAN RANKIN:  Yes, Mugabe, based on those

3     reports.

4              THE COURT:  And what is it you think you know?

11:40:35    5              VENIREMAN RANKIN:  Negative impressions, strongly

6     negative impressions based on -- and racial violence in

7     Zimbabwe.

8              THE COURT:  Do you think that you -- you understand

9     that one of the charges, I'll say this, one of the charges

11:40:53   10     against Mr. Turner is that he acted as an agent for Mr. Mugabe.

11     Do you think that you can give a fair trial to both the

12     government and the defendant?

13              VENIREMAN RANKIN:  Not sure, no.

14              THE COURT:  One of the issues will be just whether he

11:41:21   15     did, you know, one of the major issues is to decide whether he

16     did act as an agent.

17              VENIREMAN RANKIN:  Right.  That I could do, yes.

18              THE COURT:  Okay.  And then -- all right.  Do you

19     think you could be completely fair on that?

11:41:36   20              VENIREMAN RANKIN:  Yes.

21              THE COURT:  Do any of you have any follow-up

22     questions?

23              MR. LEONARD:  I don't think so.

24              MR. TUNICK:  No, Your Honor.

11:41:43   25              THE COURT:  Okay.  Thank you.

              MICHAEL P. SNYDER, Official Court reporter

1       (End of discussion at sidebar.)

2         THE COURT:  Mr. Brito.

3       (Discussion on the record at sidebar.)

4         VENIREMAN BRITO:  Hello.

5         THE COURT:  All right.  Somebody that you know had

6 been charged with a crime or arrested or something?

7         VENIREMAN BRITO:  I guess not charged.  He was part of

8 the crime.  My cousin got stabbed like five years ago.

9         THE COURT:  Oh, yes, right.  A victim.

10        VENIREMAN BRITO:  Yes.

11        THE COURT:  Did they find out who did it?

12        VENIREMAN BRITO:  Yes, it was Yousef Sulimen, I think

13 2003 so it was actually, it was my cousin, a couple of my

14 friends, two of them got stabbed.  He went three years I think

15 for aggravated assault, so he didn't go to the jury, but they

16 ended up getting charged.  But this is more than ten years ago.

17        THE COURT:  Right.  Let me make sure I understand.

18        Your cousin was a victim?

19        VENIREMAN BRITO:  Yes.

20        THE COURT:  And it was somebody that you knew?

21        VENIREMAN BRITO:  He was a friend.

22        THE COURT:  Okay, who did it.  All right.

23        You've also indicated that you thought you might have

24 difficulty generally rendering judgment.

25        VENIREMAN BRITO:  Religiously or just in general?  I

MICHAEL P. SNYDER, Official Court reporter

1    don't believe in --

2         THE COURT:  At the end of the case, I will charge you,

3    and I will charge that if you find, if you find that the

4    government has proved its case beyond a reasonable doubt, that

11:43:25   5    then you are to return a verdict of guilty.  If the government

6    does that, can you do that?

7         VENIREMAN BRITO:  Yes, yes.

8         THE COURT:  Okay.  So maybe I'd better ask you that.

9         VENIREMAN BRITO:  What was the question that you asked

11:43:36  10    religiously, not bias, but I don't believe in religion, and I

11    guess I have no problems.

12         THE COURT:  Oh, okay.

13         VENIREMAN BRITO:  I believe I understand the question

14    now.

11:43:46  15         THE COURT:  Okay.  Probably a bad question.

16         VENIREMAN BRITO:  But I wouldn't be biased to whatever

17    it was, I guess.

18         THE COURT:  All right.  So you would be able to either

19    render a judgment of guilty if they proved their case or not

11:44:00  20    guilty if they do not prove their case, is that right?

21         VENIREMAN BRITO:  Yes.

22         THE COURT:  Do you have any doubt that you can do

23    that?

24         VENIREMAN BRITO:  I guess not, no.

11:44:09  25         THE COURT:  Okay.

              MICHAEL P. SNYDER, Official Court reporter

1    VENIREMAN BRITO:  I guess one thing that I do have a

2    job.  It has nothing to do with this anything like bias, but my

3    job has, I work as a server at a restaurant, so I work for

4    tips.  I work as money every day.  I have two kids, family.  So

11:44:29    5    I will obviously, if I get picked as a juror, but I will do my

6    best.  But to make a long story short, I can't afford it.  So

7    maybe like as a family, even to be on it, so I don't have

8    anything to do with it, but I wouldn't be biased if I was

9    picked.  I would be, guilty, not guilty, whatever the case was.

11:44:53    10    THE COURT:  All right.  I'm going to ask about this.

11    As long as you're up here, what are your hours?

12    VENIREMAN BRITO:  I don't have a specific hours.  So

13    I'll give you an example.  My work week this week would be

14    tomorrow from 11 a.m. to 12 p.m., I work a double, so the

11:45:11    15    morning shift is from 11 to 4, and then the night shift would

16    be 4 to 11.  Wednesday night I work, Thursday night I work,

17    Friday I'm off, Saturday night.  I'm usually off Sundays and

18    Mondays, but I don't have PTO, I don't have paid vacation, I

19    don't have vacation hours.  It's all based on whatever I make

11:45:33    20    that day.

21    THE COURT:  All right.  We'll talk about that.  Thank

22    you.

23    VENIREMAN BRITO:  Thank you.

24    (Venireman leaves.)

11:45:39    25    THE COURT:  Does anybody have any objection right now

MICHAEL P. SNYDER, Official Court reporter

1  if I excuse him on the ground it would be too much of a

2  hardship?

3          MR. JONAS:  No.

4          MR. TUNICK:  Okay.

11:45:48  5          THE COURT:  Is that okay?

6          MR. TUNICK:  Yes.

7          MR. JONAS:  No objection.

8      (End of discussion at sidebar.)

9          THE COURT:  Mr. Reynolds.

11:46:08  10      (Discussion on the record at sidebar.)

11          THE COURT:  Hello.

12          VENIREMAN REYNOLDS:  Good morning.

13          THE COURT:  You indicated that you had been a victim

14  of a crime, or somebody had been?

11:46:16  15          VENIREMAN REYNOLDS:  Yes.  Both my father and I have

16  been victims of theft.  One was at his business, three times

17  with my vehicle.  I also had a girlfriend that I cared deeply

18  about that was a victim of rape while we were together.

19          THE COURT:  Have they been in recent years?

11:46:40  20          VENIREMAN REYNOLDS:  No.  I would say the office thing

21  was about four years ago.  My car has, the last time it

22  happened was about six, seven years ago.

23          THE COURT:  And your girlfriend?

24          VENIREMAN REYNOLDS:  That was about ten years ago.

11:46:57  25          THE COURT:  Were people charged in connection with

MICHAEL P. SNYDER, Official Court reporter

1    these crimes?

2        VENIREMAN REYNOLDS:  Cases were filed, but nothing

3    came of it.

4        THE COURT:  Okay.  Was there anything about those

5    experiences that would prevent you from being fair and

6    impartial to either side in this case?

7        VENIREMAN REYNOLDS:  This particular matter I don't

8    think so.  It's kind of unrelated crimes.

9        THE COURT:  Tell me more about the rape.

10       VENIREMAN REYNOLDS:  It happened at a party in -- it

11   was back in like a neighborhood party at somebody's house.

12   Obviously no parents were there, a situation where people were

13   intoxicated, that kind of thing.  It happened when she was

14   passed out in the bathroom.

15       THE COURT:  And you had indicated maybe it was in

16   connection with these that someone had at some point been

17   arrested or charged with a crime.  Is that in connection with

18   what you just told me or is there something else?  I think you

19   raised your hand twice.

20       VENIREMAN REYNOLDS:  Oh.  I've been arrested before.

21       THE COURT:  And what was that for?

22       VENIREMAN REYNOLDS:  Actually, I was arrested this

23   past Saturday for suspicion of DUI.

24       THE COURT:  Oh.  So do you have to go to court?

25       VENIREMAN REYNOLDS:  The 22nd of October.

        MICHAEL P. SNYDER, Official Court reporter

75

1    THE COURT:  And what jurisdiction arrested you?

2    VENIREMAN REYNOLDS:  It was in Downers Grove, so I'm

3  going to DuPage County for court.

4    THE COURT:  Have you ever been arrested any other

5  time?

6    VENIREMAN REYNOLDS:  I was when I was 19.  I'm 31 now.

7  That was for a -- when I was 19 it was for underage drinking.

8  I was arrested when I was 23 for a DUI, but the case was

9  dismissed.

10    THE COURT:  Any others?

11    VENIREMAN REYNOLDS:  No.

12    THE COURT:  So would any of these experiences

13  including the one this past weekend prevent you from being fair

14  and impartial in this case?

15    VENIREMAN REYNOLDS:  Well, I'm definitely angry at the

16  Downers Grove Police Department at this time considering I do

17  believe I was wrongly arrested, but that will be up to the

18  courts to decide.

19    THE COURT:  Can you put that aside when you decide

20  this case?

21    VENIREMAN REYNOLDS:  I can try.

22    THE COURT:  Okay.  Do you have my doubt?

23    VENIREMAN REYNOLDS:  The circumstances of my arrest

24  and the arrest of my friend at the time.  I mean, it's

25  possible, yes.

MICHAEL P. SNYDER, Official Court reporter

1          THE COURT:  Any follow-up question?

2          MR. JONAS:  Could I clarify?

3          Possibly yes that you cannot put aside the feelings to

4    law enforcement?

11:49:55    5          VENIREMAN REYNOLDS:  Yes, that I would have some

6    doubts.  I guess the procedures involved with the Downers Grove

7    law enforcement.

8          THE COURT:  Well, of course, this isn't Downers Grove

9    law enforcement.  This is --

11:50:10   10          VENIREMAN REYNOLDS:  The FBI, yeah, which is much

11   larger scale.  Sure.

12          THE COURT:  So you feel certain you can be fair and

13   impartial?

14          VENIREMAN REYNOLDS:  I believe I can.

11:50:20   15          THE COURT:  On a scale of one to ten, what do you

16   think the chances are?

17          VENIREMAN REYNOLDS:  Let's go with eight.

18          THE COURT:  I don't know why I asked that question.  I

19   don't know how to evaluate that.  All right.  80 percent

11:50:33   20   chance, I guess.  Okay, thank you.

21          VENIREMAN REYNOLDS:  I can use the rest room, right?

22          THE COURT:  Yes, if you come right back.

23       (Venireman leaves.)

24          MR. JONAS:  Judge do you want to discuss strikes or

11:50:52   25   wait?

MICHAEL P. SNYDER, Official Court reporter

1          THE COURT:  You can briefly.  Do you want him struck?

2          MR. JONAS:  Yes.  80 percent is not reassuring.

3          MR. TUNICK:  I think he clearly indicated that he

4     would be fair.  I mean, it was an unusual type of question.  I

5     don't see why.

6          THE COURT:  Well, that was, but on the other hand an

7     arrest this past weekend for DUI.  I am going to strike him.

8          (End of discussion at sidebar.)

9          THE COURT:  Miss Kolze.

10         (Discussion on the record at sidebar.)

11         THE COURT:  Hi.  You had indicated that somebody had

12    been --

13         VENIREMAN KOLZE:  Yes, my nephew and my

14    brother-in-law, my husband's brother both had DUIs.  They both

15    wore the orange jumpsuit, spent 30 days.  I don't know if that

16    qualifies.

17         Something else popped in my mind.  A very good friend

18    of mine is Margie Murphy.  Her brother-in-law is Tom Murphy, so

19    she has the Drew Peterson case, and she was questioned a lot by

20    a lot of people because they would have family functions and

21    whatever.  But there was a lot of times she couldn't talk about

22    it.  So I don't know that much about it, but I thought I should

23    mention that.

24         THE COURT:  Was there anything about any of these that

25    would prevent you from being fair and impartial in this case?


                    MICHAEL P. SNYDER, Official Court reporter

1      VENIREMAN KOLZE:  No, I don't think so, no.

2      THE COURT:  Okay.

3      (Venireman leaves.)

4      THE COURT:  I don't know who that person was who he

11:52:27    5   mentioned.

6      (End of discussion at sidebar.)

7      THE COURT:  Mr. Ramirez.

8      (Discussion on the record at sidebar.)

9      VENIREMAN RAMIREZ:  Yes.

11:52:39    10     THE COURT:  You had indicated that someone had been

11   charged with a crime or arrested or something.  Who?

12     VENIREMAN RAMIREZ:  Oh, my brother-in-law.

13     THE COURT:  What was the --

14     VENIREMAN RAMIREZ:  Well, he lived in Chicago for a

11:52:50    15   while, and then he had gotten charged with grand theft, so he

16   left Kansas and stayed over there, and then he came back

17   recently and got caught.  So he had to go to trial, you know,

18   fess up to what he did and stuff.  So he got 30 months for

19   that.

11:53:07    20     THE COURT:  And this is a person that's close to you?

21     VENIREMAN RAMIREZ:  He's my brother-in-law.  But I

22   didn't raise my hand just to let you know, it was the person

23   next to me.

24     THE COURT:  Oh, you didn't?

11:53:17    25     VENIREMAN RAMIREZ:  No, I didn't raise my hand.

MICHAEL P. SNYDER, Official Court reporter

1       THE COURT:  But you should have probably.

2       VENIREMAN RAMIREZ:  Well.

3       THE COURT:  All right.  I take it that that does not

4    prevent you from being fair and impartial?

11:53:26    5       VENIREMAN RAMIREZ:  No.

6       THE COURT:  All right.  Thank you.

7         (End of discussion at sidebar.)

8       THE COURT:  Miss Finch.

9         (Discussion on the record at sidebar.)

11:53:44    10      THE COURT:  You indicated you or somebody close to you

11   had been a victim of a crime?

12      VENIREMAN FINCH:  My house was broken into, and then

13   my sister had a vehicle broken into.

14      THE COURT:  Okay.  Were these recent or a long time

11:53:55    15   ago?

16      VENIREMAN FINCH:  My home was broken into two years

17   ago.

18      THE COURT:  And you also indicated that you had had

19   some experience with law enforcement that you wanted to talk

11:54:04    20   about?

21      VENIREMAN FINCH:  Well, because my husband was

22   arrested, it goes with that.  Do you want me to go into that?

23      THE COURT:  Sure.

24      VENIREMAN FINCH:  He was arrested for aggravated

11:54:14    25   battery, and I feel that he was not treated fairly by the

MICHAEL P. SNYDER, Official Court reporter

arresting officers and was kind of singled out.  And the one

that was arrested, just kind of, because he was nothing, I'm

not saying he didn't do anything wrong, but he was the one that

took the majority of, it was just kind of assumed by the

arresting officer.  He was in a fight.

        THE COURT:  Maybe you'd better start from the

beginning.

        VENIREMAN FINCH:  He was in a fight, not charged with

anything.

        THE COURT:  He was in a fight with someone?

        VENIREMAN FINCH:  Yes.

        THE COURT:  When was this?

        VENIREMAN FINCH:  It was almost five years ago.

        THE COURT:  And what ultimately happened with your

husband?

        VENIREMAN FINCH:  He pleaded to like a simple assault,

because he was in a fight.  He wasn't saying he wasn't, but the

circumstances of it was, you know, two people were in a fight,

he wasn't the only one.  So I just think he was somehow singled

out.  Maybe they thought that the other guy was beat up more.

For some reason he was the one charged.

        THE COURT:  Is there anything about that experience

that would prevent you from being fair and impartial to either

side in this case?

        VENIREMAN FINCH:  Yes.  I just don't think he was

MICHAEL P. SNYDER, Official Court reporter

1    treated fairly, and once we were in the court, I felt like they

2    already assumed he was guilty.  The other guy didn't get

3    charged with anything.  So it was --

4              THE COURT:  This is, of course, an entirely different

5    case.

6              VENIREMAN FINCH:  I know.

7              THE COURT:  Can you put that aside?

8              VENIREMAN FINCH:  I don't think so.  I mean, it took

9    three years of our life.  We've, we lost a lot.  It changed my

10   whole life.

11             THE COURT:  All right, thank you.

12        (Venireman leaves.)

13             THE COURT:  I'm going to strike her.

14             MR. JONAS:  Thank you.

15        (End of discussion at sidebar.)

16             THE COURT:  Mr. Bell.

17        (Discussion on the record at sidebar.)

18             MR. JONAS:  I'm sorry I spoke too soon if they wanted

19   to strike her.

20        (Venireman present.)

21             VENIREMAN BELL:  Your Honor.

22             THE COURT:  Yes.  You indicated you had some opinions

23   about Zimbabwe?

24             VENIREMAN BELL:  Yes.  I've read a number of articles

25   in the Economist over a number of years and the impression that

                    MICHAEL P. SNYDER, Official Court reporter

1  Mugabe has held onto power in antidemocratic means for too long

2  and probably ought to be removed by power by the world

3  community, but that doesn't seem to have happened yet.  Having

4  said that, I don't think that that would affect my impartiality

11:56:31  5  in terms of applying US law to this case.

6  THE COURT:  Okay.  Do you understand that one of the

7  charges is that Mr. Turner acted as an agent for Mr. Mugabe?

8  One of them is whether he acted as an agent and then there will

9  also be some issues about if he did.  I won't try to go into

11:56:56  10  all of the issues, but I just want to know, despite what you've

11  read, that you can be fair to both Mr. Turner and the

12  government.

13  VENIREMAN BELL:  Yes, I think I can.

14  We have instructions about the law from you and the

11:57:11  15  facts of the case, and the fact that I may have some personal

16  concern about Mr. Mugabe I don't see as being particularly

17  relevant to this case.

18  THE COURT:  Thank you.

19  MR. TUNICK:  Judge, may I ask a question?

11:57:20  20  THE COURT:  Yes, you may.

21  MR. TUNICK:  There's going to be some evidence that

22  some people actually met with Mr. Mugabe.  Would that affect

23  you in any way?

24  VENIREMAN BELL:  No, I don't think so.

11:57:28  25  MR. TUNICK:  Okay.  Thank you.

MICHAEL P. SNYDER, Official Court reporter

1         THE COURT:  Thank you.

2      (End of discussion at sidebar.)

3         THE COURT:  Mr. Richardson.

4      (Discussion on the record at sidebar.)

11:57:59  5         VENIREMAN RICHARDSON:  Hi.

6         THE COURT:  How is your back?

7         VENIREMAN RICHARDSON:  It's my sacrum.  I can't sit

8 for very long.

9         THE COURT:  Okay.  Would you be able to sit on, be on

11:58:10  10 a jury as long as you can stand when you want?

11         VENIREMAN RICHARDSON:  I can't -- I mean, maybe.  You

12 know, I don't do well sitting for long periods of time for

13 multiple reasons.  One is the physical reason.  The other is I

14 have ADD, and I just, I don't want to be disruptive.

11:58:32  15         THE COURT:  Well, I don't have any objection if you

16 stand, if you need to stand.  I don't see how that would be a

17 problem.

18         VENIREMAN RICHARDSON:  Okay.

19         THE COURT:  So you would be able to handle that then?

11:58:45  20         VENIREMAN RICHARDSON:  Yeah, as long as I can.

21         THE COURT:  Let me ask you about something else then.

22 You indicated that you had heard something about this case.

23         VENIREMAN RICHARDSON:  I thought I saw this gentleman

24 on television on the news one time.  Maybe I didn't.  Maybe

11:59:00  25 it's another case.

MICHAEL P. SNYDER, Official Court reporter

1          THE COURT:  Well, there has been some news in this
2     case in the recent days at least.

3          And you also indicated you had some opinions about
4     Zimbabwe.  What are those?

11:59:12    5          VENIREMAN RICHARDSON:  Well, you asked for opinions
6     about the leadership, and I -- it's my understanding, although
7     I'm not really up on it, that the president there is the evil
8     dictator.  But I don't even know that.  So I just in response
9     to what you said, yeah, I had heard that, but I don't have any
11:59:35   10     opinion about that.  I'm not fond of dictators, but, you know.

11          THE COURT:  All right.  Would you be able to be a fair
12     and impartial juror to both sides in this case?

13          VENIREMAN RICHARDSON:  Regarding that, I think I won't
14     have any problem at all.

11:59:49   15          THE COURT:  Okay.  And I will, if you should, can you
16     decide this case without being influenced by anything that you
17     see or hear outside of the courtroom?  I mean, in other words,
18     news.  I'm going to ask that you --

19          VENIREMAN RICHARDSON:  Yeah.

12:00:07   20          THE COURT:  -- everybody who is on it not read
21     newspapers, not read anything --

22          VENIREMAN RICHARDSON:  I'm not doing that anyway, so
23     I -- except in election years, as I said.

24          THE COURT:  Totally control accidental things.

12:00:21   25          VENIREMAN RICHARDSON:  Yes.

          MICHAEL P. SNYDER, Official Court reporter

1    THE COURT:  Does anybody have any questions?

2    MR. LEONARD:  I'm sorry.  Did you say you had ADD

3  or --

4    VENIREMAN RICHARDSON:  ADD.

12:00:28   5    MR. LEONARD:  Would that cause any trouble for you in

6  terms of serving on a jury for an extended period of time?

7    VENIREMAN RICHARDSON:  That was one of my concerns not

8  to be a disruption because I disrupted most of my classes in

9  school.  I just don't sit for long periods as well very well.

12:00:46   10    MR. LEONARD:  Would that make it hard for you to pay

11  attention?

12    VENIREMAN RICHARDSON:  A little bit.  Distracted some.

13  That's how it is.

14    MR. JONAS:  Can I ask a question?

12:00:56   15    When the Judge asked if you could sit, are there any

16  reasons why you can't sit, can't judge another person for

17  religious reasons?  Did you raise your hand?

18    VENIREMAN RICHARDSON:  I did raise my hand, and I

19  thought about that because I really haven't thought about that

12:01:12   20  before, and I'm not real comfortable with it.  But I, I don't

21  think that's -- I think, I don't like it, I don't want to do

22  it, but I think I could do that.  I don't like the idea of it

23  much.

24    THE COURT:  Okay.  Thank you.

12:01:29   25    (Venireman leaves.)

MICHAEL P. SNYDER, Official Court reporter

86

1          THE COURT:  Does anybody want him struck?  Tell me
2     now.
3          MR. JONAS:  Yes, I think for that reason alone.
4          MR. LEONARD:  Yes.
12:01:48   5          THE COURT:  It's agreed?
6          MR. TUNICK:  I don't agree.  He's clearly --
7          THE COURT:  Well, I can't have one person saying one
8     thing from your side.
9          MR. LEONARD:  I didn't say anything.  I just.
12:01:57   10         MR. TUNICK:  Sorry, Judge.
11         THE COURT:  All right.  We'll talk about it later.
12         (End of discussion at sidebar.)
13         THE COURT:  Miss Kolodkin.
14         (Discussion on the record at sidebar.)
12:02:29   15         THE COURT:  You had indicated someone had been charged
16     with a crime?
17         VENIREMAN KOLODKIN:  Yes, just a DUI, my husband like
18     12 years ago.
19         My only other like question I have with regards to the
12:02:40   20     case, it kind of hit me after you restated what it was about.
21     Does this have any relation to the fraudulent email scam?
22         THE COURT:  No.
23         VENIREMAN KOLODKIN:  No, okay.  Thanks.
24         THE COURT:  Okay.  Wait a minute, I need to ask you,
12:02:53   25     though.

MICHAEL P. SNYDER, Official Court reporter

1      VENIREMAN KOLODKIN:  Oh, yes.

2      THE COURT:  About this charge.

3      VENIREMAN KOLODKIN:  The DUI?

4      THE COURT:  Yes.  Would that have any effect on your

12:03:02    5  ability to be fair and impartial in this case?

6      VENIREMAN KOLODKIN:  No.

7      THE COURT:  Okay, thank you.

8         (End of discussion at sidebar.)

9      THE COURT:  Miss lynch.

12:03:26   10     (Discussion on the record at sidebar.)

11     THE COURT:  You had indicated that somebody had been

12  the victim of a crime?

13     VENIREMAN LYNCH-McGINESTER:  Yes, myself.  I was raped

14  when I was 15 myself.

12:03:36   15     THE COURT:  Was somebody charged?

16     VENIREMAN LYNCH-McGINESTER:  Yes.

17     THE COURT:  Did the person go to jail?

18     VENIREMAN LYNCH-McGINESTER:  Yes, he did.

19     THE COURT:  Would your experience prevent you from

12:03:45   20  being fair and impartial to either side in this case?

21     VENIREMAN LYNCH-McGINESTER:  No.

22     THE COURT:  Thank you.

23        (End of discussion at sidebar.)

24     THE COURT:  Mr. Moraru.

12:04:00   25     (Discussion on the record at sidebar.)

MICHAEL P. SNYDER, Official Court reporter

1        THE COURT:  He's traveled a lot.  Maybe he likes to go

2  to safari.

3       (Venireman present.)

4        VENIREMAN MORARU:  How are you doing?

5        THE COURT:  Hello.

6        Well, first of all, you said you had some experience

7  with the FBI or something that I should know about?

8        VENIREMAN MORARU:  Yes.  I came to the US as a general

9  manager for Romania Airline in Chicago.  I was arrested for

10  so-called trespassing, put in jail.  My wife grew white hair

11  overnight.  They lied to me.  Within a year they changed my

12  alien number.  I fought for work permits for 13 years.  I

13  worked two jobs.  I cleaned toilets, everything to put my kids

14  through college.  It took 13 years for Obama to become

15  president.  They lied to me big time, that's all I can say, and

16  everything happened because I didn't want to do what they

17  wanted me to do.  And I don't want to say too much.

18        THE COURT:  So you --

19        VENIREMAN MORARU:  I don't trust them.  I'm sorry

20  because I don't want to say too much about it.

21        THE COURT:  I understand.  Do you think you can be

22  fair and impartial to each side in this case?

23        VENIREMAN MORARU:  I don't want to say too much.

24        THE COURT:  I'm going to have to make a decision about

25  whether you can sit, so I need you to say yes or no.

MICHAEL P. SNYDER, Official Court reporter

1          VENIREMAN MORARU:  I wish I could say more about what
2     happened to me, but I'm not --
3          THE COURT:  You don't have to say anything about what
4     happened to you.

12:05:43   5          VENIREMAN MORARU:  I have to say I'm not sure I can be
6     fair.
7          THE COURT:  Okay, thank you.
8          Let me ask you one thing.  I think you traveled to a
9     number of countries?

12:05:51  10          VENIREMAN MORARU:  My father was an ambassador in
11     Angola.  I worked for the airlines myself.  I traveled to many
12     places in the world many times including Africa.  I visited
13     Angola multiple times within seven years.  He was the dean of
14     the corps there, so I traveled to many other countries there.

12:06:09  15          THE COURT:  Okay, thank you.
16        (Venireman leaves.)
17          MR. JONAS:  I move to strike for cause.
18          THE COURT:  I've got to strike him.
19          I think I should ask about any objections, so you'll

12:06:24  20     have to state what it is in this case.
21          MR. TUNICK:  Judge I'm not going to -- I mean, he was
22     about to cry.
23          THE COURT:  Okay.  Well, who knows?  Still.  He's
24     apparently a citizen now.

12:06:48  25        (End of discussion at sidebar.)

          MICHAEL P. SNYDER, Official Court reporter

1        THE COURT:  Miss Roberts.

2            (Discussion on the record at sidebar.)

3        THE COURT:  You indicated somebody had been the victim

4    of a crime.  I need to know about that.

5        VENIREMAN ROBERTS:  I was robbed on the bus.

6        THE COURT:  How long ago?

7        VENIREMAN ROBERTS:  I've been married 30 years, so it

8    had to be like 20 years ago when I first moved to Chicago.  I'm

9    from St. Louis.

10        THE COURT:  Is there anything about that experience

11    that would prevent you from being fair and impartial to either

12    side in this case?

13        VENIREMAN ROBERTS:  No.

14        THE COURT:  Was anybody ever arrested on it?

15        VENIREMAN ROBERTS:  No.

16        THE COURT:  You also indicated I think that you

17    visited Ghana?

18        VENIREMAN ROBERTS:  Yes.

19        THE COURT:  In what connection?

20        VENIREMAN ROBERTS:  My sorority.  We donate to the

21    schools there, and we so we built a well out there, so we went

22    to visit.

23        THE COURT:  Any follow-up questions?

24        MR. TUNICK:  No, Your Honor.

25        THE COURT:  All right, thank you.

MICHAEL P. SNYDER, Official Court reporter

1      (End of discussion at sidebar.)

2          THE COURT:  Michelle Nasuta.

3      (Discussion on the record at sidebar.)

4          THE COURT:  I was getting, did you people have her

12:08:07    5  down as --

6          MR. TUNICK:  Yes.

7          THE COURT:  Okay.  Yes, I think there were two of

8  them.

9      (Venireman present.)

12:08:14   10      THE COURT:  You indicated someone had been charged

11  with a crime or arrested or something at some point?

12      VENIREMAN NASUTA:  I was arrested for a DUI in 1989.

13      THE COURT:  Okay.  And what happened with it?

14      VENIREMAN NASUTA:  It was dropped.

12:08:25   15      THE COURT:  Okay.  Is there anything about that

16  experience that would prevent you from being fair and impartial

17  to either side in this case?

18      VENIREMAN NASUTA:  No.

19      THE COURT:  Thank you.

12:08:36   20      (End of discussion at sidebar.)

21          THE COURT:  Miss Grisham.

22      (Discussion on the record at sidebar.)

23          THE COURT:  You indicated that somebody had been a

24  victim of a crime and someone had been charged with a crime or

12:08:59   25  arrested?


MICHAEL P. SNYDER, Official Court reporter

1        VENIREMAN GRISHAM:  Yes.

2        THE COURT:  I don't know if it's the same thing.

3        VENIREMAN GRISHAM:  Different things.  My cousin's son

4   was murdered 13 years ago.  They had witnesses, they had the

12:09:11    5   gun.  The only thing they charged the murderer with was having

6   a gun that had been altered with the serial number removed.  He

7   was not charged with murder, manslaughter or anything.

8        On the other side, I have a dear friend who two years

9   ago was charged with breaking and entering a house.  The police

12:09:29   10   refused to check out his alibi, so when we went to court with

11   him, we had an alibi witness and we had stills from the video

12   tape showing he was in different place altogether than he could

13   have been, and it turns out the house wasn't broken into.  It

14   had scratches on the back door.

12:09:45   15        I also was mugged five years ago.  They never found

16   the guy, but he has a black eye.  I didn't go quietly.

17        THE COURT:  Let me ask you about the last one.  What

18   did you just say?

19        VENIREMAN GRISHAM:  I was mugged, I fought back.

12:10:05   20        THE COURT:  Oh, and he has a black eye?

21        VENIREMAN GRISHAM:  Yes.

22        THE COURT:  Is there anything about any of those

23   experiences that would prevent you from being fair and

24   impartial to both sides in this case?

12:10:20   25        VENIREMAN GRISHAM:  I really, there's got to be hard

MICHAEL P. SNYDER, Official Court reporter

1  evidence.  I want to see evidence, not just we think somebody

2  did it.

3         MR. TUNICK:  That's the government's burden.

4         VENIREMAN GRISHAM:  I understand that.

12:10:37   5         MR. TUNICK:  You can follow the Court's directions, I

6  assume, is that correct?

7         VENIREMAN GRISHAM:  Right.  I just want to be honest

8  there.

9         THE COURT:  I guess I just want to know what you mean.

12:10:46  10  I mean, the government must prove its case.

11         VENIREMAN GRISHAM:  I understand that.

12         THE COURT:  Beyond a reasonable doubt.  There's

13  different kinds of evidence.  So I guess I want to know what

14  you mean by hard evidence.

12:11:00  15         VENIREMAN GRISHAM:  I hate to say a smoking gun.  I

16  don't need a videotape of something going down, but I don't

17  want somebody to just say, well, we think he did it, which I

18  understand is the government's burden, but I need, I need

19  proof, I guess.  I don't mean to be difficult.

12:11:36  20         THE COURT:  No, I understand.  Okay.

21         MR. JONAS:  Can I ask a follow-up?

22         THE COURT:  Yes.

23         MR. JONAS:  You sound like you felt law enforcement

24  wasn't handling those two cases properly, the ones with your

12:11:48  25  cousin's son being murdered and the other case.  There's going

MICHAEL P. SNYDER, Official Court reporter

1　to be law enforcement that will testify, an FBI agent.  Can you

2　give his testimony the same weight as you would anybody else?

3　　　　　VENIREMAN GRISHAM:  Yes.

4　　　　　THE COURT:  Or would you hold it against him because

12:12:05　5　of prior experiences?

6　　　　　VENIREMAN GRISHAM:  I would hold his testimony for my

7　judgment.

8　　　　　MR. JONAS:  Okay.

9　　　　　MR. LEONARD:  You understand there will be different

12:12:12　10　types of proof, and it sounds like you're saying you're going

11　to make the government prove Mr. Turner guilty beyond a

12　reasonable doubt.  If they do that, you'll return a verdict of

13　guilty, and if they don't, you'll return a verdict of not

14　guilty.  Is that fair?

12:12:26　15　　　　　VENIREMAN GRISHAM:  Yes.

16　　　　　THE COURT:  Okay, thank you.

17　　　(Venireman leaves.)

18　　　　　THE COURT:  I guess I'll leave her.

19　　　　　MR. JONAS:  We have no problem.

12:12:36　20　　　　　THE COURT:  Okay.

21　　　(End of discussion at sidebar.)

22　　　　　THE COURT:  Miss Sega.

23　　　(Proceedings at sidebar.)

24　　　　　THE COURT:  I'm assuming you didn't want her struck?

12:12:47　25　　　　　MR. TUNICK:  Absolutely not.

MICHAEL P. SNYDER, Official Court reporter

1       (Venireman present.)

2           THE COURT:  Okay.  You indicated that you or somebody

3   had been the victim of a crime?

4           VENIREMAN SEGA:  My father, burglary.

12:13:04  5           THE COURT:  Okay.

6           VENIREMAN SEGA:  Couple times.

7           THE COURT:  Can I ask, were you born in a different

8   country?

9           VENIREMAN SEGA:  I was born in Slovenia.

12:13:14  10           THE COURT:  And you didn't get -- or some experience

11   with law enforcement that I should know about?

12           VENIREMAN SEGA:  No.

13           THE COURT:  Okay.  Your father was a victim?

14           VENIREMAN SEGA:  My father was victim of burglary.  He

12:13:30  15   lived in Chicago.

16           THE COURT:  All right.  Was somebody arrested?

17           VENIREMAN SEGA:  I don't think so.

18           THE COURT:  All right.  Is there anything about that

19   experience that would prevent you from being fair and impartial

12:13:39  20   to either side?

21           VENIREMAN SEGA:  Pardon me?

22           THE COURT:  Is there anything from that experience --

23           VENIREMAN SEGA:  No, no.

24           THE COURT:  And you visited Tunisia?

12:13:49  25           VENIREMAN SEGA:  I was visiting my home country, and

MICHAEL P. SNYDER, Official Court reporter

1    we make a trip for one week like tourists.

2                 THE COURT:  Okay.  All right, thank you.

3                 MR. LEONARD:  Just --

4                 THE COURT:  Excuse me.

5                 MR. LEONARD:  Do you have any difficulty with the

6    language issues?

7                 VENIREMAN SEGA:  I don't think so.

8                 MR. LEONARD:  Okay.

9                 MR. JONAS:  The Judge asked if you can be fair to the

10   law enforcement witnesses, and I think you may have raised your

11   hand regarding that.

12                VENIREMAN SEGA:  If I will be fair.  I will try my

13   best, my conscience.  Depends which way is turns.  If it has to

14   do anything with communists trying to import communism or

15   terrorism, I have strong opinion because I know what my family,

16   my country went through under the communism and what America is

17   going through now and this administration.  What's happening

18   here destroying the country.  So this is my strong -- I was

19   happy to come here, was country of liberty, and now it's going

20   down, it's going like where I came from.  That's why I said

21   this.

22                THE COURT:  You say that, what do you mean?

23                VENIREMAN SEGA:  The terrorism, the communism in my

24   country where I came from.  They killed priests, religious,

25   nuns, only the lecturers, anybody who is not for you is against

                 MICHAEL P. SNYDER, Official Court reporter

1    me, they killed them.

2                THE COURT:  All right.

3                VENIREMAN SEGA:  That's why I'm afraid it's coming to

4    this country.

5                MR. JONAS:  So you are afraid the government, the US

6    government is acting unfairly?

7                VENIREMAN SEGA:  Exactly, exactly.  They don't have

8    idea what's going on.  I don't know its purpose, it's their

9    agenda, but it seems like it's getting worse than where I came

10   from.

11               THE COURT:  I don't know where this is going.  Okay,

12   thank you.

13          (Venireman leaves.)

14               THE COURT:  When you start trying to put words in

15   their mouths, then I stop letting you ask questions, and I

16   think the last was.

17               MR. JONAS:  Yes.  I was trying to understand --

18               THE COURT:  On the other hand -- I'm not sure about.

19   Does anybody want her struck?

20               MR. JONAS:  The government moves to strike her.

21               MR. TUNICK:  We have no objection to the motion.

22               THE COURT:  Okay.

23          (End of discussion at sidebar.)

24               THE COURT:  Deborah Pietrzak.

25          (Discussion on the record at sidebar.)

                MICHAEL P. SNYDER, Official Court reporter

1    THE COURT:  You indicated someone had been the victim

2  of a crime?

3    VENIREMAN PIETRZAK:  Yes, well, my dad had his car

4  stolen out of our driveway, and my mom was held up at gunpoint

12:16:40  5  during an attempted bank robbery.

6    THE COURT:  How long ago?

7    VENIREMAN PIETRZAK:  Gosh, I bet it was 20 years ago.

8    THE COURT:  Is there anything about any of those

9  experiences that would prevent you from being fair and

12:16:51  10  impartial in this case?

11    VENIREMAN PIETRZAK:  Absolutely not.

12    THE COURT:  Okay.  Thank you.

13    (End of discussion at sidebar.)

14    THE COURT:  Miss Avila.

12:17:03  15    (Discussion on the record at sidebar.)

16    THE COURT:  Hello.  You'd indicated that you or

17  somebody had been the victim of a crime?

18    VENIREMAN AVILA:  My cousin was murdered.

19    THE COURT:  How long ago?

12:17:16  20    VENIREMAN AVILA:  15 years ago last Thursday.  She was

21  15.  It was a drive-by.

22    THE COURT:  And was somebody prosecuted for that?

23    VENIREMAN AVILA:  Yes, three teen boys.

24    THE COURT:  And I'm not sure if it was the same thing.

12:17:31  25  You had indicated someone had been arrested or charged with a

MICHAEL P. SNYDER, Official Court reporter

1  crime?

2      VENIREMAN AVILA:  My sister was charged with forgery

3  last year.  I believe she was convicted.  She's on probation.

4      THE COURT:  And what court?

5      VENIREMAN AVILA:  In Arizona.

6      THE COURT:  Is there anything about either of those

7  experiences that would prevent you from being fair and

8  impartial to either side in this case?

9      VENIREMAN AVILA:  Yes, my cousin being murdered.

10     MR. TUNICK:  Can I just?

11     Why particularly, why would that make you unfair in

12  this type of case?

13     VENIREMAN AVILA:  I just really have emotional, it's

14  very emotional.

15     THE COURT:  All right, thank you.

16    (Venireman leaves.)

17     THE COURT:  I'm going to strike her.

18    (End of discussion at sidebar.)

19     THE COURT:  Georgia Israel.

20    (Discussion on the record at sidebar.)

21     THE COURT:  Just last time because of the experience

22   of the crime before this happened.  No, that was a fair

23   question.

24    (Venireman present.)

25     THE COURT:  You indicated that you or somebody had

MICHAEL P. SNYDER, Official Court reporter

1    been the victim of a crime?

2          VENIREMAN ISRAEL:  My house was broken into back in

3    2008.  It was burglarized.

4          THE COURT:  Was anybody arrested?

5          VENIREMAN ISRAEL:  No.

6          THE COURT:  Anything else -- well, you also indicated

7    that you might have some difficulty rendering judgment?

8          VENIREMAN ISRAEL:  Yes.  I keep the sabbath day from

9    sundown Friday to sundown Saturdays, and also observe the

10   Lord's holy days which begins this Friday, the day of atonement

11   and you fast and pray and you don't do servile work.  I also

12   keep coming up October 8th is the feast of tabernacle.  Same

13   thing, no servile work during that time during the day, and it

14   ends on the 15th of October, the same thing.  These are the

15   Lord's holy days.  I've kept them the majority of my life, and

16   I don't sway from that.  This is the Lord's holy days according

17   to the King James version of the Bible, Leviticus 23 if you

18   want to look it up.

19         MR. TUNICK:  We are not going to be meeting on

20   Fridays.

21         VENIREMAN ISRAEL:  This is during the week, though,

22   the high days that I'm speaking of.

23         MR. LEONARD:  And is it this week as well?

24         VENIREMAN ISRAEL:  Starting this Friday, and this is

25   the day of atonement starting this Friday, and then this

MICHAEL P. SNYDER, Official Court reporter

1  Wednesday October 8th, coming up on October 8th is the feast of

2  gathering or tabernacles with the Lord, as well as going on to

3  the 15th.

4          MR. TUNICK:  So would you -- you couldn't serve on the

5  8th to the 15th?

6          VENIREMAN ISRAEL:  No, no, sir.  This is the Lord's

7  high day.

8          THE COURT:  All right.

9          MR. TUNICK:  So you won't work or you're not going to

10  work once during that time?

11          VENIREMAN ISRAEL:  During that time, I usually will

12  take vacation time during that time to observe it.

13          MR. TUNICK:  Okay.  And do you have vacation then

14  scheduled for that, the 8th to the 15th?

15          VENIREMAN ISRAEL:  No, during that time off I have

16  always taken off during that time whatever, I have taken off

17  whatever time the Lord's high days.

18          THE COURT:  Okay, thank you.

19      (Venireman leaves.)

20          THE COURT:  I can't do anything about that.  I'm going

21   to have to excuse her.  Are you disagreeing?

22          MR. TUNICK:  I'm not disagreeing.  I'm just

23  frustrated.  I am not disagreeing.

24          MS. ALEXAKIS:  Let me ask you something.

25          MR. TUNICK:  Not now.

MICHAEL P. SNYDER, Official Court reporter

1    (End of proceedings at sidebar.)

2        THE COURT:  Mr. Barahona.

3    (Discussion on the record at sidebar.)

4        THE COURT:  I understand, but this is almost quarter

12:21:30    5    of 12, so it's pointless to ask questions.

6        MR. TUNICK:  I'm sorry.  I didn't think I was.

7        THE COURT:  No, they weren't, but it became clear.

8    (Venireman present.)

9        THE COURT:  You had indicated that you had been the

12:21:42    10   victim of a crime?

11       VENIREMAN BARAHONA:  Yes.  It was a hate crime.

12   That's what the police officers determined it to be, but

13   originally it was two men waiting outside a bar, and I was

14   walking down the street, and they robbed me on the corner by

12:21:58    15   the church.  And then they pulled out a bat, and they started

16   hitting my head and cornered me, and they hit my head nine

17   times, and I have the stitches on my head.

18       THE COURT:  How long ago was this?

19       VENIREMAN BARAHONA:  Like 14 years ago.

12:22:11    20       THE COURT:  What do you mean it was a hate crime?

21   Based on what?

22       VENIREMAN BARAHONA:  Based on they kind of ran away

23   because they had a van, and then I called the police.  And then

24   when the police arrived on the scene, they determined it was a

12:22:23    25   hate crime because there was other people walking on the

MICHAEL P. SNYDER, Official Court reporter

1  street, and they weren't singled out.  So for some reason the

2  officers, when I filed the case, the case went to Springfield

3  whatever, and then they sent a letter back saying that it was

4  something like they determined it was a hate crime for some

12:22:40  5  reason.

6          THE COURT:  A hate crime based on what?

7          VENIREMAN BARAHONA:  I don't know.  I guess they

8  probably figured out that I'm gay or something.

9          THE COURT:  I see.

12:22:48  10          VENIREMAN BARAHONA:  At that time, like 14 years ago.

11          THE COURT:  Okay.  So it wasn't based on religion or

12  race or anything?

13          VENIREMAN BARAHONA:  Yes, but that's what the

14  officers --

12:22:59  15          THE COURT:  You also indicated that, at least raised

16  your hand when I asked you a question about whether you'd have

17  any difficulty rendering a judgment.

18          VENIREMAN BARAHONA:  That was based, because I

19  converted to Buddhism, and based on that philosophy I don't

12:23:14  20  believe I should be judging other people, and I don't want it

21  on my conscience.

22          MR. TUNICK:  Can I ask a question?

23          THE COURT:  Yes, you may.

24          MR. TUNICK:  Do you think you can follow the law -- or

12:23:25  25  Judge Bucklo is going to tell you what the law is.  Do you

MICHAEL P. SNYDER, Official Court reporter

1 think you can just follow the law as she tells you what it is?

2 VENIREMAN BARAHONA:  Well, yes, I do believe that if

3 you provide evidence, and I have to be impartial, that's one of

4 the things I told Judge Lee, you know, that we have the last

5 word when it comes to it, we hear both sides of the story when

6 it comes to the case.  So.

7 THE COURT:  Okay.  Based on what you said, I will ask

8 it this way.  If you believe that the government proved its

9 case beyond a reasonable doubt, would you render a finding of

10 guilty?

11 VENIREMAN BARAHONA:  Like I told you, Judge, I help

12 out immigrants to become US citizens.  I understand where some

13 immigrants come from other parts of the world.  But I also

14 became a U.S. citizen, and I stand behind the law of the United

15 States, so I stand behind the state.

16 THE COURT:  So does that mean that despite your

17 religious beliefs, that you believe that if the government

18 proved its case beyond a reasonable doubt, that you would enter

19 a finding of guilty?

20 VENIREMAN BARAHONA:  Yes.

21 THE COURT:  And obviously if the government doesn't,

22 you would find not guilty?

23 VENIREMAN BARAHONA:  Correct.

24 THE COURT:  Does anybody have any other questions?

25 Okay, thank you.

MICHAEL P. SNYDER, Official Court reporter

1      (End of discussion at sidebar.)

2          THE COURT:  Bonnie McCormick.

3      (Discussion on the record at sidebar.)

4          THE COURT:  Hello.  You indicated you thought you

12:25:04   5   heard about the case?

6          VENIREMAN McCORMICK:  Well, what happened is I listen

7   to the news, and I read the Sun-Times.  Now, this kind of

8   triggered in my mind when you said one of the witnesses was

9   Burris, Roland Burris.  Now, I want -- this is kind of vaguely

12:25:19  10   what I remember.  Maybe I am not remembering correctly.  But I

11   remember it was stated that the United States government was

12   investigating Roland Burris along with other people in dealings

13   with an African country, and I want to say that was probably

14   maybe over six months ago.  I am not quite sure if I'm

12:25:42  15   remembering correctly, but if I am, I don't know what -- that's

16   all I remember about it.

17          THE COURT:  Okay.  Let's assume you -- I don't know

18   what you might have heard at that time.  I was actually

19   concerned about recent reports, and there will be media here.

12:25:58  20          Can you decide, can you put aside anything that you

21   remember about what you've heard, is there anything you

22   accidentally hear about the case from that outside media and

23   just decide this case based on the evidence that you hear?

24          VENIREMAN McCORMICK:  Yes.

12:26:15  25          THE COURT:  Okay.  Thank you.

               MICHAEL P. SNYDER, Official Court reporter

1      (Venireman leaves.)

2          THE COURT:  I think we have one more in mind.

3      (Discussion on the record at sidebar.)

4          THE COURT:  Mr. Grantier.

12:26:29    5      (Discussion on the record at sidebar.)

6          MR. TUNICK:  I'd like to call one other back.

7          THE COURT:  Just a minute.

8      (Venireman present.)

9          THE COURT:  You indicated that somebody had been the

12:26:39   10   victim of a crime?

11          VENIREMAN GRANTIER:  Yes.  My family's home was broken

12   into and robbed twice, our car was also broken into and

13   burglarized, and two years ago my apartment was broken into and

14   my passport was stolen.  Just other than that, no.

12:26:58   15          THE COURT:  Is there anything about any of those

16   experiences that would prevent you from being fair and

17   impartial to either side in this case?

18          VENIREMAN GRANTIER:  No.

19          THE COURT:  Okay, thank you.

12:27:09   20      (Venireman leaves.)

21          THE COURT:  Who did you want to call back?

22          MR. TUNICK:  Mr. Andreou, No. 1.

23          THE COURT:  What do you want to ask him about?

24          MR. TUNICK:  Ask him if in trying jury trials he'd

12:27:17   25   developed very close relationships with law enforcement.

MICHAEL P. SNYDER, Official Court reporter

1       (End of proceedings at sidebar.)

2           THE COURT:  Mr. Andreou I need to have you come back

3   for a minute.

4       (Discussion on the record at sidebar.)

5           THE COURT:  What is it you want to ask?

6           MR. TUNICK:  What kind of prosecutor he was.

7           THE COURT:  Oh, okay.

8       (Venireman present.)

9           THE COURT:  Your prior employment.  What kind of

10  prosecutor were you?  What kind of cases did you try?

11          VENIREMAN ANDREOU:  Everything.

12          THE COURT:  You were a prosecutor for a long time.

13          VENIREMAN ANDREOU:  24 years, I started out with

14  financial crimes, everything from narcotics up to theft,

15  murders, criminal sexual assaults.  And I was, my senior, my

16  final year of law school I was an intern with the US Attorney's

17  office here in this building too.  I forgot to mention that.

18          THE COURT:  That was in the year?

19          VENIREMAN ANDREOU:  1976, '77.

20          MR. TUNICK:  Can I ask?

21          THE COURT:  You weren't even born.

22          MR. TUNICK:  I was born.  Can I ask a question?

23          THE COURT:  All right.

24          MR. TUNICK:  You must have had some pretty close

25  contact with law enforcement during the time?

MICHAEL P. SNYDER, Official Court reporter

1        VENIREMAN ANDREOU:  Every day.

2        MR. TUNICK:  And you kind of would be more partial to

3   law enforcement --

4        Judge, I'm sorry.

12:28:30   5        How would you view law enforcement, a law enforcement

6   officer on the witness stand?

7        VENIREMAN ANDREOU:  I'll look at it the same way as

8   any other witness.  That's what you're supposed to do.  Most I

9   met were pretty good.  Some were indicted.  That's the way it

12:28:45   10  goes.

11        THE COURT:  All right.  Thank you.

12        VENIREMAN ANDREOU:  Okay.

13      (Venireman leaves.)

14        THE COURT:  That wasn't --

12:28:51   15        MR. TUNICK:  Why?

16        THE COURT:  You know, the truth is if, if you were, my

17  own opinion, if you were a state prosecutor, I don't know about

18  federal, you meet bad cops and hopefully good cops.

19        MR. LEONARD:  Judge, we obviously move for cause.

12:29:12   20        THE COURT:  On what basis?

21        MR. LEONARD:  You have a different opinion.  He forgot

22  to mention that he applied for a job with the U.S. Attorney's

23  office.

24        THE COURT:  No, he said he was an intern in '77.

12:29:22   25        MR. LEONARD:  Judge, he's a career prosecutor.

MICHAEL P. SNYDER, Official Court reporter

1       THE COURT:  I am not going to strike him for cause.  I
2  really don't, I actually don't --
3       MR. TUNICK:  He also said, Judge, about --
4       THE COURT:  I'm going to finish this.
5       MR. TUNICK:  He's the one that said about Mugabe.
6       THE COURT:  We'll talk about it.
7     (End of discussion at sidebar.)
8       THE COURT:  All right.  You've been very patient, and
9  it's too warm in here.  I hope they are going to cool it off.
10  If I have to go do something about it myself, I will.
11       Did you call them again?
12       THE CLERK:  I called again.
13       THE COURT:  Well, they usually are pretty good.
14       Okay.  The other thing I need to go over, and then I'm
15  going to excuse to you the hallway, and then we'll decide who
16  is going to serve on this jury, is that this case will go four
17  days this week, and then it will also go next week.  Is there
18  anybody who has any special problems about that that I should
19  know about?
20       I'll listen to you, but -- I already talked to you,
21  Mr. Brito.
22       Mr. Collado?
23       VENIREMAN COLLADO:  I am the owner of a small
24  business, so if I were here for two weeks, it will be a very
25  serious burden on my company.  It's a small company.

MICHAEL P. SNYDER, Official Court reporter

1       THE COURT:  Anybody else?  Mr. Kim?

2       VENIREMAN KIM:  Yes.  I'm bad at understanding

3   English.  I can't whatever what, so I don't think I'll be

4   understanding what is going on the trial.

12:31:30   5       THE COURT:  Where you work, what language do you

6   speak?

7       VENIREMAN KIM:  We have a Korean worker.  He in the

8   beginning translated for me.  And then we need like from a

9   coordination, coating and then grinding, coating, so we don't

12:32:00  10  need a lot of speech, language.  So they just give me a drawing

11  that I just, you know, cut it and then make it to shape.

12      THE COURT:  Your English sounds pretty good to me.

13      VENIREMAN KIM:  I know, but I try to, you know, watch

14  news a lot, but it's really not easy to understand.  It's

12:32:22  15  reading I will much harder than listening.

16      THE COURT:  All right, thank you.

17      Anybody else?  Mr. Marks?

18      VENIREMAN MARKS:  Yes.  My only excuse is I've been

19  laid off for seven months.  I'm not getting unemployment, and I

12:32:47  20  just I need to be close to home to find a job.

21      THE COURT:  Who else back there had a hand up?  Mr.

22  Pimental.

23      VENIREMAN PIMENTAL:  Is there any chance the trial is

24  going to go more than the two weeks?

12:33:22  25      THE COURT:  I don't think so.

MICHAEL P. SNYDER, Official Court reporter

1    VENIREMAN PIMENTAL:  Because I do have plane tickets
2  to go out of town starting on Sunday, the 12th.
3    THE COURT:  To go for business, work, what?
4    VENIREMAN PIMENTAL:  No, for vacation.
5    THE COURT:  Where?
6    VENIREMAN PIMENTAL:  To Phoenix.
7    THE COURT:  It's hot.
8    VENIREMAN PIMENTAL:  Well, it's for baseball.
9    THE COURT:  Pardon me?  Oh.
10    Miss Kolze.
11    VENIREMAN KOLZE:  I'm scheduled just for cataract
12  surgery on October 8th at the Wheaton Eye Clinic, and my vision
13  is impaired.  I was about a month out to get a appointment.
14    THE COURT:  But you can reschedule it, right?
15    VENIREMAN KOLZE:  I could reschedule it, yes.
16    THE COURT:  When you say your vision is impaired, can
17  you see me?
18    VENIREMAN KOLZE:  Just this right eye is kind of
19  cloudy.
20    THE COURT:  Okay.
21    Anybody back there?  Mr. Ramirez?
22    VENIREMAN RAMIREZ:  Yes, Your Honor.  I'm a caregiver
23  for my mother-in-law.  She has diabetes, and she's on dialysis
24  too, so I take her Mondays, Wednesdays and Fridays.  And she's
25  also confined to a wheelchair.  She can have some movement, but

MICHAEL P. SNYDER, Official Court reporter

1  I do all the -- I help her out, get her up in the morning,

2  clean her, feed her.  And today I just happened to get one of

3  my buddies from, that I know that can cover for me today to

4  take her to dialysis.

12:34:57  5  THE COURT:  Is there somebody else that can take her

6  to dialysis?

7  VENIREMAN RAMIREZ:  I've got my friend, but he said he

8  could just do it today.  I don't know about Wednesday.  So I

9  have to find somebody that can probably do that Wednesday and

12:35:09  10  Friday.  But that's just --

11  THE COURT:  Well, Friday you wouldn't need to.  We

12  won't have trial on Friday.  Next week it will go, you know,

13  until it's done.

14  VENIREMAN RAMIREZ:  Well, that's just my concern.

12:35:23  15  THE COURT:  Well, can you find somebody?

16  VENIREMAN RAMIREZ:  I can try to find somebody, Your

17  Honor.  I covered today, so I can see if I can get somebody for

18  Wednesday to take her.

19  THE COURT:  Are you pretty sure you can?

12:35:38  20  VENIREMAN RAMIREZ:  I'm pretty sure I can.

21  THE COURT:  All right.

22  VENIREMAN RAMIREZ:  It's that the only thing is --

23  THE COURT:  Once we start the trial, then I can't, I'd

24  have to have you here.

12:35:47  25  VENIREMAN RAMIREZ:  She's like I've been taking her

MICHAEL P. SNYDER, Official Court reporter

1  for two years.  She's more like she doesn't like strangers

2  taking care of her.  But it's basically more about my wife.

3  Me, I really don't mind.  If I become a juror, I would like to

4  become a juror, but I just don't like to have that in the back

5  of my mind that, you know, my mother-in-law is all right and

6  that my wife is happy.  Well, 16 years of marriage.

7          THE COURT:  I do understand that.  I guess your wife,

8  if she had to, could take a day off work?

9          VENIREMAN RAMIREZ:  Well, my wife asked me today did

10  you tell the Judge?  At least I can honestly say yes, I did

11  tell the Judge.

12          THE COURT:  Thank you.  I do think that -- okay.  All

13  right.  Thank you.

14          Anybody else back there?  Mr. Chavez.

15          VENIREMAN CHAVEZ:  Yes.  I have business travel that's

16  already scheduled for the 9th to travel to Zhengzhou, China,

17  for business for Molex Corporation.

18          THE COURT:  So how hard would it be to reschedule

19  that?

20          VENIREMAN CHAVEZ:  It's a team of us that are going.

21  They probably won't.  I don't think they will.

22          THE COURT:  Pardon me?

23          VENIREMAN CHAVEZ:  I don't think they will reschedule

24  it.  I can't, really can't answer that question.  I don't know.

25  I'd have to talk to them about it.

        MICHAEL P. SNYDER, Official Court reporter

1    THE COURT:  Well, what happens if you don't go?

2    VENIREMAN CHAVEZ:  The party will continue, I guess.

3  I'm kind of like, I work at specific things like insert

4  moldings my specialty, and we are trying to implement that

5  technology out there, so that was why I was invited to go with

6  this team.

7    THE COURT:  I take it that you wouldn't be terribly

8  serious if you didn't go?

9    VENIREMAN CHAVEZ:  I'd like to stay in the US.

10    THE COURT:  Pardon me?

11    VENIREMAN CHAVEZ:  I enjoy the US better than China.

12    THE COURT:  Okay.  Anybody else in that row?  Mr.

13  Bell.

14    VENIREMAN BELL:  I'm scheduled to spend all of next

15  week in Maryland on a business trip in connection with my

16  company's quarterly financial close, so there's no flexibility

17  of time.

18    THE COURT:  Who do you work for?

19    VENIREMAN BELL:  Aetna.

20    THE COURT:  Well, Aetna will know that the federal law

21  is if you are chosen on a jury, they will have to reschedule.

22    VENIREMAN BELL:  No, what I'm -- but the company is in

23  the third quarter financial statements on a particular day

24  regardless of whether I'm on the jury or not.  But it will be

25  problematic if I am personally not around to participate in

MICHAEL P. SNYDER, Official Court reporter

1    certain aspects.

2              THE COURT:  We'll talk about it.

3              Anybody else?  Miss King.

4              VENIREMAN KING:  I'm supposed to be in New York next

5    week Monday through Thursday to film a national TV commercial

6    for my company.

7              THE COURT:  I'm sorry, what?

8              VENIREMAN KING:  To film a national TV commercial for

9    my company.

10             THE COURT:  Well, what happens if you reschedule it?

11             VENIREMAN KING:  All of the production resources are

12   scheduled, and the media has been bought, and it's not

13   refundable.  And it's a million dollars of media, so I can't

14   delay it.

15             THE COURT:  What's the name of your company?

16             VENIREMAN KING:  DeVry University.

17             THE COURT:  They can reset that.

18             VENIREMAN KING:  Thank you, Your Honor.

19             THE COURT:  Anybody else?

20             THE CLERK:  No. 25, Shauna.

21             VENIREMAN KOLODKIN:  Yes.  I mentioned at the

22   beginning we have been building for a year and a half, and it

23   goes live next week.  So I have open house.  I have plans on my

24   account.  I am a singular salesperson on commission base, so it

25   would be detrimental.

              MICHAEL P. SNYDER, Official Court reporter

1      THE COURT:  Well, let me just go through this.  And I
2  don't want to overstate it, but it's not -- generally being on
3  a jury involves some sacrifice.  It's a privilege, it's a real
4  privilege of our citizenship that we have jury trials, and it's
5  an obligation of our citizenship that we participate and we
6  don't just say -- well, sometimes there really are serious
7  reasons, and that's why I'm asking in particular on each one
8  what they are.  But.
9      VENIREMAN KOLODKIN:  In my case, if I am not there, I
10  don't get the commission.  I'm the breadwinner of my family.
11  So that would be pretty detrimental.
12      THE COURT:  We'll talk about it.
13      Anybody else?
14      THE CLERK:  Mr. Kramer, did you have your hand up?
15  VENIREMAN KRAMER:  I withdraw.
16      THE COURT:  Anybody else?  I don't want to totally --
17  okay.  Anybody else?  Tell me your name.
18      VENIREMAN BARBERA:  Brad Barbera.
19      The same thing as I said before.  I'm self-employed,
20  and my clients have their business when they schedule their
21  business, so any time out of that is lost revenue.
22      THE CLERK:  Miss Schroeder.
23      VENIREMAN SCHROEDER:  My husband and I just had our
24  first grandchild, and we purchased plane tickets for October 6
25  to go to Oregon for two weeks to meet him.  The plane tickets

1   are not refundable.  We have not purchased trip insurance.  It

2   would be a financial hardship to have to schedule it for

3   another time.

4           THE COURT:  Which airline?

12:42:23    5           VENIREMAN SCHROEDER:  It's American.

6           THE COURT:  I think we can get those refunded.

7           Okay.  Anybody else?

8           THE CLERK:  First row or the second?  Was there

9   somebody else over here?  I just see one hand.  Miss Gregor?

12:43:15    10          VENIREMAN GREGOR:  Yes.  I'm just, I'm due soon, so.

11          THE COURT:  When?

12          VENIREMAN GREGOR:  Like soon.  Could be any day.

13          THE COURT:  That might be a good excuse.

14          Mr. Richardson?

12:43:41    15          VENIREMAN RICHARDSON:  Well, like the other gentleman

16  over here that's married, I told my wife I would -- it's just

17  my wife and I that run our business, and we were trying to hire

18  somebody to help, and now I'm leaving, so -- or maybe.  Anyway.

19          THE COURT:  Anybody else?  Mr. Catanese?

12:44:14    20          VENIREMAN CATANESE:  I'm also self-employed, and I

21  have two little kids.  And I understand it's a privilege.  It

22  does cost me, today cost me a lot of money to be here.  I

23  understand that.  I also have a mortgage payment due, and I

24  have two little kids, and money is tight already.  Every day

12:44:31    25  I'm here costs me money that I could be, you know -- I have

MICHAEL P. SNYDER, Official Court reporter

1    clients that call and would check voice mails, things like

2    that, and it's business that I just see go out the window.  So

3    it's a financial hardship.

4            THE COURT:  Thank you.

5            Anybody else?  Miss Tu?

6            VENIREMAN TU:  Yes.  I am a stay-at-home mom, and I

7    have three children, and we have a lot of activities going on.

8            THE COURT:  I can't hear you.

9            VENIREMAN TU:  I'm Lisa Tu, and I have three children.

10   I'm a stay-at-home mom, and we have a lot of activities going

11   on throughout the week, and just getting up in the morning, get

12   them going, get them out to school, all their activities and

13   appointments, I can't afford to be here for two weeks.

14           THE COURT:  Anybody else?  Thank you.

15           VENIREMAN WAHL:  Sherry Wahl.

16           Same thing, independent contractor.  I push my travel.

17   I was summoned for the last week and this week, and I pushed my

18   travel off, and I have travel scheduled for the 6th.

19           THE COURT:  Where?

20           VENIREMAN WAHL:  Columbus, Ohio.

21           THE COURT:  Okay.  And did you serve last week?

22           VENIREMAN WAHL:  I got called, but never made it to

23   the jury.

24           THE COURT:  How many times, so how many days did you

25   actually come down here last week?

             MICHAEL P. SNYDER, Official Court reporter

1          VENIREMAN WAHL:  One.

2          THE COURT:  And where is it you're supposed to go next

3    week?

4          VENIREMAN WAHL:  Columbus, Ohio.

12:46:08   5          THE COURT:  And that's to see a client?

6          VENIREMAN WAHL:  To work on model homes.  It's two

7    homes, so that's two contracts.  And if I'm not there, I don't

8    get these contracts.

9          THE COURT:  Anybody else?

12:46:28   10         VENIREMAN THIERGART:  I have a question.  If one would

11   get sick within the next two weeks, since I don't have a nanny

12   or a babysitter and my husband who runs his own company and he

13   can't take off because he has to be there, what do I do if I

14   can't make it down here?

12:46:53   15         THE COURT:  Do you have some reason -- then we would

16   have to postpone the trial for a day is what would happen.

17         VENIREMAN THIERGART:  Okay.  Well, then I guess mine

18   is I have the two kids that then I guess --

19         THE COURT:  They are healthy right now?

12:47:09   20         VENIREMAN THIERGART:  One iffy.  But I'm just asking

21   because I don't know what I would do if something like that

22   happened, because I don't have anybody to call to stay home

23   with them.

24         THE COURT:  Okay.  Let me see the attorneys for just a

12:47:31   25   minute.  I have to figure out what about time.

          MICHAEL P. SNYDER, Official Court reporter

                    1          Oh, did I miss somebody?  Who is that?

                    2          VENIREMAN PIETRZAK:  Debra Pietrzak.

                    3          I just wanted to say, I am a single mom.  I'm not

                    4   going to get paid for time off work, and my husband is behind

12:47:53    5   on his child support, so it would be really hard for me

                    6   financially.

                    7          THE COURT:  Okay, thank you.

                    8          (Discussion on the record at sidebar.)

                    9          THE COURT:  This is going to take some time to sort

12:48:11   10   out.  I always hope to get a jury chosen before lunch because

                   11   people come back with more excuses.  But I can see that this

                   12   is going to take -- how long do you think you people will

                   13   take to pick your strikes?

                   14          MR. JONAS:  I think we'll need 10 or 15 minutes.

12:48:31   15          THE COURT:  How about you?

                   16          MR. LEONARD:  Are we going to take up the for-cause

                   17   issues that have been raised first?

                   18          THE COURT:  They are not for cause.  We will have to

                   19   decide whether any of them, we think their excuses are good

12:48:43   20   enough.

                   21          MR. LEONARD:  Can we resolve that before we know to

                   22   use peremptories?

                   23          THE COURT:  Sure.

                   24          MR. LEONARD:  Okay.

12:48:48   25          THE COURT:  How long will it take you to get your

                        MICHAEL P. SNYDER, Official Court reporter

1    peremptories?

2         MR. TUNICK:  20 minutes.

3         THE COURT:  I'm not sure we'll have a jury before we

4    go to lunch, but all right.  I think I'm going to try.  Okay.

12:49:03   5        (End of discussion at sidebar.)

6         THE COURT:  Okay.  I think that lunch will be delayed

7    a little bit, but I think that we are going to determine who is

8    going to serve on the jury before you go to lunch.  So I'm

9    going to ask that all of you please take your things.  You can

12:49:31  10    go anyplace in the hall.

11         I have a couple requirements, that you not leave the

12    floor and that you not talk about the case among yourselves or,

13    if you get on the phone, with anybody on the phone.  I will

14    bring you back just as soon as we can, and we'll tell you who

12:49:50  15    is going to serve on the jury.

16         MR. TUNICK:  Judge, can we see you at sidebar real

17    quick?  I just have to address one issue.

18        (Discussion on the record at sidebar.)

19         MR. TUNICK:  Just an issue of it's just a question of

12:50:16  20    what elevators to use.

21         THE COURT:  Oh, thank you.  Oh, but they are not

22    going.

23         MR. TUNICK:  He needs to go use the bathroom.

24         THE COURT:  Just have him go use the bathroom in the

12:50:26  25    jury room right now.  The same with the rest of you.  Okay.

MICHAEL P. SNYDER, Official Court reporter

1      (End of discussion at sidebar.)

2          THE COURT:  All right.  We'll adjourn to the hallway.

3      (Venire out.)

4          MR. TUNICK:  Your Honor, can I have him go to the jury

12:52:17   5   room now?

6          THE COURT:  Yes.  Jackie, will you open the jury room,

7      please.

8          Meanwhile, can we talk about any others for cause?

9          MR. TUNICK:  Judge, I'd like to again address the

12:52:52  10   Court about juror No. 1, Mr. Andreou.  He has seen several news

11     reports about the case.

12         THE COURT:  You know, I honestly don't think that one

13     is worth it.  I really think that he can be a fair juror, so

14     it's denied.  It's not worth spending the time on it.

12:53:07  15       MR. TUNICK:  All right.

16         THE COURT:  Is there anybody else?  Mostly I think I

17     want to talk about the time unless there's somebody else.  Oh,

18     you had one.

19         MR. JONAS:  Mr. Richardson primarily because of health

12:53:19  20   issues.  I don't know if that's cause or more of a hardship

21     issue, Judge.

22         MR. TUNICK:  We have no objection.

23         MR. LEONARD:  We don't object.

24         THE COURT:  Okay.  Okay, what about the people with

12:53:32  25   time issues?  That, of course, was why we have gone through 55.

MICHAEL P. SNYDER, Official Court reporter

1        MR. LEONARD:  Judge, there's one non-time issue.  Mr.

2    Shin, I mean, I can't understand what he's saying.  And he

3    tells you that he can't really read English very well, somebody

4    reads it to him.

12:53:48    5        THE COURT:  Is there going to be any reading?

6        MR. LEONARD:  Yes, actually the consulting agreement.

7        THE COURT:  I thought you didn't want them to read it.

8        MR. TUNICK:  We want them to read it.

9        MR. JONAS:  Judge, we would join in the defense in

12:53:59    10    that request.  There are --

11        THE COURT:  What number is he?

12        MR. JONAS:  No. 9.

13        THE COURT:  All right.

14        Okay.  Time issues.  We lose half our -- I mean, if we

12:54:20    15    would, but some of them, frankly, somebody thinks their child

16    might get sick, that's not an excuse.  The only ones to me --

17    but if you people agree on any of them, that's fine.  The only

18    ones to me that I, if somebody has like the housing inspector.

19    I mean, I can see for somebody like that that it can be a real

12:54:45    20    serious potentially financial sacrifice for somebody who can't

21    afford it.  I'd be a lot more ready in a general case, I don't

22    think there would be much objection.

23        MR. LEONARD:  Can we just go, I guess --

24        THE COURT:  Let's go through them.

12:55:04    25        MR. LEONARD:  Numerically?  We would move for cause on

MICHAEL P. SNYDER, Official Court reporter

1  No. 12, Mr. Marks.  That was the individual who needs to be

2  close to home because he's laid off and needs work, and when

3  work comes, he has to be there to take it.  I hate to see him

4  leaving in the middle of the trial because of the status of

12:55:22  5  having to jump, run to whatever job comes his way.

6           THE COURT:  I didn't actually understand that.  I

7  mean, I thought he's there in case somebody calls him up and

8  offers him a job.

9           MR. JONAS:  We would object to that.

12:55:32  10          THE COURT:  I agree.  That one actually seemed pretty

11  frivolous to me.

12          MR. LEONARD:  No. 13, Judge, Mr. Pimental.  That's the

13  individual who already has tickets for Phoenix which cannot be

14  changed.

12:55:50  15          THE COURT:  All right.  We have two people with plane

16  tickets.

17          MR. JONAS:  Your Honor --

18          THE COURT:  Actually, he said they are not till the

19  12th.

12:56:01  20          MR. JONAS:  We expect to be done before then.

21          MR. TUNICK:  Judge, I don't want to have to rush this

22  matter if --

23          THE COURT:  Oh, I will get this done.

24          MR. LEONARD:  How can we guarantee him, Judge, that we

12:56:11  25  are going to be done?  We can't make that guarantee.


          MICHAEL P. SNYDER, Official Court reporter

1     MR. TUNICK:  What if they deliberate and they --

2  sometimes these cases take time.  A two-week trial.

3     THE COURT:  I'm not going to excuse him.

4     MR. JONAS:  Judge, we skipped one.  We are not asking

12:56:24  5  the Court, but No. 2, if we are going in numerical order, we

6  skipped No. 2 who said he's the owner of an architectural firm.

7  We are not advocating that he be released.  We are just

8  saying --

9     MR. LEONARD:  We don't see any reason for him to be

12:56:39  10  released.

11     THE COURT:  I don't either.

12     MR. JONAS:  Your Honor, there's No. 15, the individual

13  Ramirez who takes care of his mother-in-law, although it sounds

14  like --

12:57:03  15     THE COURT:  He didn't want to be released.

16     MR. TUNICK:  Judge, we have no objection to that.

17     MR. JONAS:  Again, Judge, we are not asking that he be

18  struck.  We are just, to go through these methodically, we are

19  finding out which ones have raised issues.

12:57:15  20     THE COURT:  I frankly thought he was saying that he'll

21  be alright.  It didn't sound like he was trying to get off,

22  really.

23     MR. LEONARD:  Well, Judge, with him there's no

24  guarantees.  He's the caregiver for someone with a serious

12:57:29  25  illness with dialysis scheduled.

MICHAEL P. SNYDER, Official Court reporter

| | |
|---|---|
| 1 | THE COURT:  He seemed to think he could solve it. |
| 2 | Okay.  How about Mr. Chavez? |
| 3 | MR. TUNICK:  Mr. Chavez has a trip to China. |
| 4 | THE COURT:  He seemed to think he didn't mind not |
| 5 | going. |
| 6 | MR. JONAS:  It sounded like he preferred to stay in |
| 7 | the US, Judge. |
| 8 | THE COURT:  How about Mr. Bell? |
| 9 | MR. TUNICK:  Mr. Bell, we do not move for cause as to |
| 10 | Mr. Bell. |
| 11 | MR. JONAS:  Yes, we are not suggesting that Mr. Bell |
| 12 | be released because of his job.  It doesn't sound like it's |
| 13 | going to be a hardship on him financially. |
| 14 | THE COURT:  Okay.  How about Miss King? |
| 15 | MR. TUNICK:  I think Miss King should definitely be |
| 16 | excused for cause.  She clearly emphasized that there's no way |
| 17 | her family would be able to make ends meet, she would be |
| 18 | terribly -- if she sat as a juror, she would be to me angry and |
| 19 | not listening to the evidence.  I think she should be removed |
| 20 | for cause. |
| 21 | MR. LEONARD:  She was clear her trip could not be |
| 22 | moved, Judge. |
| 23 | MR. JONAS:  I thought she had said she gets paid by |
| 24 | commission. |
| 25 | MR. LEONARD:  This is 19.  This is King, who has a |

MICHAEL P. SNYDER, Official Court reporter

Timestamps in left margin:
12:57:43 (line 5)
12:57:56 (line 10)
12:58:19 (line 15)
12:58:40 (line 20)
12:58:53 (line 25)

1    national --

2         MR. JONAS:  She works for DeVry.

3         MR. LEONARD:  TV commercial set booked, a million

4    dollars media.

12:59:03   5    MR. JONAS:  I thought she indicated that she herself

6    would lose money.  The way I look at it just generally is if

7    it's someone where they themselves would lose out and be a

8    financial hardship, as Your Honor pointed out, the independent

9    contractor's versus just business needs, and I'm not asking to

12:59:20   10    strike her.  I just want to be clear.  I thought she said that

11    she herself would lose money.  If I'm wrong, then she should

12    get struck.

13         THE COURT:  Okay.  Either we strike her by agreement

14    or we won't.

12:59:33   15    MR. LEONARD:  We can strike by agreement if you agree.

16         THE COURT:  Yes or no?  We've got to get going.

17         MR. JONAS:  Fine, Your Honor.

18         MR. LEONARD:  The next one was 25, Judge, Mrs.

19    Kolodkin.

12:59:48   20    THE COURT:  She was the commission.

21         MR. LEONARD:  She was the one that said I can't pay my

22    bills next month.

23         MR. JONAS:  That's fine.

24         THE COURT:  Bradley Barbera because he's

01:00:06   25    self-employed.  Of course, he's got an MBA and is a management

MICHAEL P. SNYDER, Official Court reporter

1  consultant.  He's one of these people that, yeah, maybe it will
2  be some sacrifice, although he probably makes millions of
3  dollars.
4          MR. JONAS:  We don't think he should be struck.
01:00:23  5          MR. LEONARD:  We think that he should.  He was the
6  self-employed individual.  He was in the camp, Judge, where
7  it --
8          THE COURT:  He's not a self-employed building
9  inspector.  He's a self-employed management consultant.
01:00:33  10          MR. LEONARD:  Judge, they have the same hardships as
11  anybody else.  If they can't work, he can't make his income.
12  He doesn't have anyone else paying a check.
13          THE COURT:  How about the Oregon plane tickets?  That
14  is next week, right?
01:00:55  15          MR. JONAS:  Yes.
16          MR. TUNICK:  We are okay with a cause strike as to
17  her.
18          MR. JONAS:  That's fine, Judge.
19          THE COURT:  It's probably easier, and it certainly
01:01:06  20  would be easier for me because I don't have to try to --
21          MR. TUNICK:  That was No. 32 again, correct?
22          THE COURT:  Yes.
23          I guess we'd better excuse Miss Gregor.
24          MR. JONAS:  No objection.
01:01:23  25          THE COURT:  Although she didn't say exactly what day

                MICHAEL P. SNYDER, Official Court reporter

1    it was.

2              MR. JONAS:  The any day part causes concern.

3              MR. TUNICK:  She was already excused, Judge.

4              THE COURT:  No, she wasn't.  I thought it sounded like

01:01:38    5    a valid attempt to make them understand that there was a

6    different --

7              Mr. Barahona.

8              MR. TUNICK:  Judge, and we left --

9              THE COURT:  Unemployed artist.  No, he didn't have

01:01:54    10   that.  Excuse me.  The other one with time I think was Miss Tu.

11   That didn't, that was not an excuse.

12             MR. LEONARD:  Judge, you had, I think we skipped No.

13   47.

14             THE COURT:  Oh, you're right.

01:02:09    15             MR. LEONARD:  Before we got to 53.

16             MR. JONAS:  You also skipped 43.

17             THE COURT:  It's up to you people.

18             MR. JONAS:  Your Honor, focusing on No. 43, who is the

19   woman that said that she's a single mom, she takes care of her

01:02:24    20   five-year old child.

21             MR. TUNICK:  Judge, we have no objection to removing

22   her for cause.

23             MR. JONAS:  That's fine.

24             THE COURT:  On the other hand, she works.  What's the

01:02:36    25   difference whether she's working or she's here?

              MICHAEL P. SNYDER, Official Court reporter

1    MR. TUNICK:  Because she's a single mom, there's no

2  other support.  She doesn't get child support I think.

3    MR. LEONARD:  That's the one who is a single mom and

4  her husband is not paying child support, Judge.

01:02:50  5    THE COURT:  Is she only being paid if she works on the

6  hours she works?

7    MR. JONAS:  I don't remember her saying anything about

8  that, whether she's salaried or --

9    MR. TUNICK:  I think we are in agreement as to her.

01:03:03  10    THE COURT:  Okay.  As long as we have enough.

11    MR. LEONARD:  That's 47?

12    MR. TUNICK:  No, that's 43.

13    THE COURT:  Okay.  How about Miss Wahl?

14    MR. LEONARD:  That was 43.

01:03:19  15    So we are at 47?

16    THE COURT:  I'd say no.

17    MR. LEONARD:  Well, that's the one that has travel

18  scheduled on the 6th, Judge.  That's clearly within the dates

19  of the trial.  That's next week.

01:03:39  20    MR. JONAS:  She's an independent contractor.  It

21  sounds like there would be a financial hardship on her

22  personally.

23    THE COURT:  If you want, okay.

24    No. 53, he's the one I would excuse.  I will.

01:04:00  25    MR. JONAS:  I'm sorry?

MICHAEL P. SNYDER, Official Court reporter

1    MR. LEONARD:  52 or 53, Judge?

2    THE COURT:  53.

3    MR. LEONARD:  Mr. Catanese?

4    THE COURT:  In his case, I can understand.  If you're

01:04:08    5    a self-employed home inspector, you're not making millions, so

6    it probably is.

7    I think that's the last one, right?

8    MR. LEONARD:  No.  We skipped 52.

9    THE COURT:  That's no.

01:04:22    10    MR. LEONARD:  Judge, No. 4?

11    THE COURT:  If I need to state the reason, it was just

12    that well, her kids have a lot of activities.

13    MR. LEONARD:  No, 4 is there's already one kid who is

14    iffy, who is sick and iffy.  She has no support and no

01:04:41    15    substitution.

16    THE COURT:  Who?

17    THE CLERK:  In the box, No. 4.

18    THE COURT:  No, she said she didn't have any children

19    who were sick.

01:04:49    20    MR. LEONARD:  She said one was already iffy.

21    THE COURT:  No, she said what if one of them should

22    get sick.

23    MR. LEONARD:  But she said one is iffy already.

24    MR. JONAS:  Judge, I think all parents know that

01:05:00    25    sniffles can turn into an illness that requires a parent to

MICHAEL P. SNYDER, Official Court reporter

1    take off.

2              MR. LEONARD:  Maybe I'm just a conservative parent,

3    but iffy sounds kind of --

4              THE COURT:  I think we have just taken 15 minutes that

5    I was hoping we would spend most of that time exercising your

6    strikes, so please do it.

7         (Recess.  Venire out.)

8              MR. TUNICK:  Judge, we have our ten strikes, but we

9    are wondering, should we do all of them?

10             THE COURT:  I don't know what the current status is of

11   it, but there's a funny Seventh Circuit case.  But you can't go

12   and back strike later, so I don't understand.

13             MR. TUNICK:  Then we should just do all 12, I assume.

14             THE COURT:  Is everybody comfortable with that?

15             MR. JONAS:  That's fine.

16             THE COURT:  Okay.

17             MR. JONAS:  Can we have at least an hour for lunch,

18   the lawyers?

19             THE COURT:  You can have an hour.  Not more than.

20             MR. JONAS:  I wanted to make sure it wasn't less than

21   that.

22             THE COURT:  I thought you guys said you were done.

23   Can I have the list, please.

24             Okay.  I'm going to go over them.  This is what we

25   have.

          MICHAEL P. SNYDER, Official Court reporter

1          Strike.  Defense strikes No. 1, government strikes No.

2    2, government strikes No. 3, defense strikes No. 4, cause was

3    5, cause 7, defense strikes No. 8, cause is 9, defense strikes

4    No. 11, defense strikes No. 12, defense strike No. 13, defense

01:26:04    5    strike No. 15, cause 16, defense strike 17, cause 19.

6          MR. LEONARD:  Judge, you're moving a little too fast.

7    Can you start after --

8          THE COURT:  I'll start over.

9          MR. TUNICK:  Okay.

01:26:19    10          THE COURT:  Have you the list in front of you?

11          MR. TUNICK:  Yes, I got it.  I was good up to 14.

12          THE COURT:  Okay.  14 you're good?

13          MR. TUNICK:  Yes.

14          THE COURT:  I'll go back a little bit.  Defense strike

01:26:34    15    11, defense strike 12, defense strike 13, right?

16          MR. TUNICK:  Not 13.

17          MR. LEONARD:  Yes.

18          THE COURT:  You do have it on here.

19          MR. TUNICK:  I'm sorry, yes.

01:26:45    20          THE COURT:  You have 11, 12 and 13.  Okay.  You have

21    defense strike 15.

22          MR. TUNICK:  Correct.

23          THE COURT:  16 was cause, 17 is defense strike.  But

24    you're right, okay.  So 19 is cause, government strike is 21,

01:27:05    25    and government strike is 22, cause is 23, cause is 25.  Are you

MICHAEL P. SNYDER, Official Court reporter

1    keeping up?

2         MR. LEONARD:  Yes.

3         THE COURT:  Defense strike No. 26, cause 30, defense

4    strike 31, cause 32, defense strike 33, defense strike 37,

5    government strike 39, government strike 40, cause 41, cause 42,

6    cause 43, cause 45, cause 47, cause 48, government strike 49,

7    that's for their alternate, and cause 53.

8         Did I go slowly enough?  Is everybody sure I have what

9    I have?

10        MR. TUNICK:  If we could just --

11        MR. LEONARD:  I think we got it.  Maybe just say who

12   is on our jury then.

13        THE COURT:  That's what I was going to do.

14        Juror No. 1 should be Jane Rankin, No. 6; juror No. 2

15   should be Jennifer Hartkopp, No. 10 on your list; juror No. 3

16   should be Deborah Kolze, No. 14 on your list; juror No. 4,

17   Rowen Bell, No. 18 on your list; juror No. 5, Michelle

18   Palatnik, No. 20 on your list; juror No. 6, Devone Chism, No.

19   24 on your list; juror No. 7, Bernadette Lynch-McGinester, No.

20   27 on your list; juror No. 8, Elina Hayosh, No. 28 on your

21   list; juror No. 9, Daniel Frohling, No. 29 on your list; juror

22   No. 10, Valerie Roberts, No. 34 on your list; juror No. 11,

23   Haenah Lee, No. 35 on your list; juror No. 12, Roland Scott,

24   No. 36 on your list.  Then alternate 1, Michelle Nasuta, No. 38

25   on your list; juror alternate 2, Timothy Lambin, No. 44 on your

1  list; juror alternate 3, Melissa Christopher, No. 46 on your

2  list.

3           Is that alright?  Is everybody satisfied with this

4  jury?

5           MR. JONAS:  Yes, Judge.

6           THE COURT:  Are you satisfied that I called out the

7  ones that you had given me?

8           MR. TUNICK:  Yes, Your Honor.

9           MR. LEONARD:  Yes.

10          MR. JONAS:  Yes, Judge.

11          THE COURT:  Okay.

12          MR. JONAS:  Your Honor, just a reminder to instruct

13 the jury that if they see us in the hallways --

14          THE COURT:  Sure.

15          MR. TUNICK:  Which elevators will we be using?

16          THE COURT:  I'll tell them about the elevators and get

17 the jurors in.  Then I'm most concerned about getting all of

18 you to lunch.  Okay.

19          Bring them in, yes.

20       (Venire in.)

21          THE COURT:  If you were sitting in the box, if you

22 would just stand in the back, it will only be for a minute.  Or

23 sit anywhere.  Really you can sit wherever you want.  Is

24 everybody in here?  Okay.

25          I'm just going to start calling the names.  If I call

                MICHAEL P. SNYDER, Official Court reporter

1  your name, please come up and be seated in the jury box.

2  Jane Rankin, Jennifer Hartkopp, Deborah Kolze, Rowen

3  Bell, Michelle Palatnik, Devone Chism, Bernadette

4  Lynch-McGinester, Elina Hayosh, Daniel Frohling, Valerie

01:33:44  5  Roberts, Haenah Lee, Roland Scott.  All right, you will be our

6  jury.

7  And then I need three more people who will be our

8  alternates.  Michelle Nasuta, Timothy Lambin and Melissa

9  Christopher.

01:34:35  10  Okay, would you swear the jury, please.

11  THE CLERK:  If all of you would raise your right

12  hands, please.  Could you stand.

13  (Jury sworn to try the issues.)

14  THE CLERK:  Thank you.

01:35:05  15  THE COURT:  All right.  Please be seated.

16  I'm going to excuse all of the rest of you, and I want

17  to thank you for your willingness to serve and for your

18  patience.  It has been particularly warm in this room this

19  morning, so I'm very sorry about that.  We've been as

01:35:21  20  expeditious as we could.

21  I do hope that now or at some point in the not too

22  distant future that you will have the opportunity to serve on a

23  jury.  It really is a privilege of citizenship, and I think --

24  I've had people come every day on a jury, they had to drive a

01:35:45  25  hundred miles, and certainly people have had at times

MICHAEL P. SNYDER, Official Court reporter

1    substantial sacrifices, but I have never, ever had people after

2    they finished be sorry that they had served on the jury.

3         Actually, I can understand the frustration.  Judges

4    actually get called for jury duty too.  I was called not long

01:36:06    5    ago, sat all day, yet I wasn't picked.  It was a big

6    disappointment.  They didn't need any jurors it turned out in

7    Maywood that day.

8         So, anyway, I don't know if they will need you for

9    anything further this afternoon.  You need to go to 2 and

01:36:22    10    check.  And I'm sorry that your lunch has been delayed as long

11    as it has.

12         Thank you very much.

13         (Venire discharged.)

14         THE COURT:  The first thing I'm going to do is just

01:36:36    15    give you some brief instructions.  Mike will show you where

16    you're going to be coming back to, and then I'm going to excuse

17    you for lunch.  They are still serving downstairs.  They serve

18    until 2:00 or so.  Or you can go other places around here,

19    Corner Bakery, Berghoff's, whatever.  All I ask is that, it's

01:36:57    20    1:30, that you be back at 2:30.

21         Now, the instructions I'm going to give you are I want

22    you to use the elevator that's near here, and all of these

23    people will use the far elevator.  At some point you may

24    nevertheless run into somebody in the cafeteria or downstairs

01:37:15    25    or anything.  Please do not be offended if they don't say

         MICHAEL P. SNYDER, Official Court reporter

1    anything to you, because they are not supposed to.

2            Indeed, I need to specifically tell you that you have

3    been sworn as the jury to try this case.  By your verdict, you

4    will decide the questions of fact that arise during the trial

5    based on my instructions to you at the close of the trial.

6            It is important that you give careful attention to the

7    testimony and the evidence as it is received and presented for

8    your consideration, but you should keep an open mind and you

9    should not form or express any opinion about the case one way

10   or the other until you consider your verdict after you've heard

11   all of the evidence, closing arguments of the attorneys, and my

12   instructions to you on the applicable law.

13           Now, during this trial you must not discuss this case

14   with anyone, not even among your own families or friends and

15   not among yourselves.  You can, of course, tell your families

16   and employers or anybody that you've been chosen to sit on a

17   jury and you'll be happy to talk about it and tell them all

18   about it when it's done.  But you must not in the meantime.

19           And I also have to tell you that you must avoid

20   reading any newspaper headlines or articles relating to the

21   trial or listening to anything.  If you're listening to

22   something on TV and it comes on, I have to ask that you just

23   turn it off.

24           Finally, oh, two more things.  One, you must not do

25   your own research on the internet or anything.  This is a more

                MICHAEL P. SNYDER, Official Court reporter

recent kind of thing that we have to warn people about, but you

must not do that. And if anyone should try to speak to you

about the case, it's improper, and it's your legal duty to tell

me about it right away. I don't expect that to happen.

When you come back, the lawyers will begin with their

opening statements, and then we will begin with the evidence.

This is the way this is going to go. I will try, ordinarily I

start promptly at 9:30 in the morning. We can start earlier if

everybody is here earlier, but we'll see. We'll try to take

two 10-minute breaks morning and afternoon. We'll take about

an hour at lunch. And I know some of you come from long

distances, so I will stop it at 4:30.

On the other hand, I expect them to have their

evidence here and ready so that we can go until that time.

Most cases before me go pretty fast. I think the lawyers are

well prepared. So I will just see you back at 2:30.

Oh, also, you can sit in here wherever you want in the

jury box or our extra seat down there. Sit where you're

comfortable. Some people like the seats in the back that are

more like stool kind of things. I mean, they are higher, and

some people can't stand them. Please, if you don't want to sit

on one, you don't have to. And move around as you are

comfortable doing it within the jury box.

I know they came in in the last few minutes to try to

get it cool, but dress comfortably, and we'll see you back in

MICHAEL P. SNYDER, Official Court reporter

1    an hour.

2        (Jury out.)

3        MS. ALEXAKIS:  Judge, I think both parties are

4    planning on using a limited number of exhibits during our

01:41:28   5    opening statements.

6        THE COURT:  I don't care, if you've agreed on them.

7        MS. ALEXAKIS:  Okay.

8        THE COURT:  If you haven't, I'd like to know about it

9    now.  You've told each other what you are going to use?

01:41:38   10        MS. ALEXAKIS:  Yes, Judge.

11        THE COURT:  Okay.  I hope it will be cooler in an

12    hour.  I'm sure you're uncomfortable.

13        MS. ALEXAKIS:  And, Judge, do you plan on instructing

14    the jury on the pretrial instruction?

01:41:48   15        THE COURT:  Oh, right.  I will give that.  Thank you

16    for reminding me.

17        MS. ALEXAKIS:  The government would ask that you give

18    that before opening statement.

19        THE COURT:  Okay.

01:41:55   20        MS. ALEXAKIS:  Thank you.

21        (Recess from 1:30 p.m. to 2:30 p.m..)

22

23

24

25

MICHAEL P. SNYDER, Official Court reporter

1          IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF ILLINOIS
2                  EASTERN DIVISION

3   UNITED STATES OF AMERICA,      )   No. 2013 CR 572
                    Plaintiff,     )   September 29, 2014
4           v.                     )   2:30 p.m.
    C. GREGORY TURNER,             )
5                   Defendant.     )

6           TRANSCRIPT OF PROCEEDINGS - TRIAL
          BEFORE THE HON. ELAINE E. BUCKLO
7                     VOLUME I
    APPEARANCES:
8
    On behalf of Plaintiff:  MR. BARRY JONAS
9                            MS. GEORGIA N. ALEXAKIS
                             ASSISTANT UNITED STATES ATTORNEY
10                           219 South Dearborn Street, 5th floor
                             Chicago, Illinois 60604
11                           (312) 353-5300

12                           MR. DAVID RECKER
                             US DEPARTMENT OF JUSTICE
13                           COUNTERESPIONAGE SECTION
                             600 E Street N.W., 10th floor
14                           Washington, D.C. 20004
                             (202) 233-2261
15
    On behalf of Defendant:  MR. JAMES D. TUNICK
16                           LAW OFFICES OF JAMES D. TUNICK
                             30 North LaSalle Street, Suite 2140
17                           Chicago, Illinois 60602
                             (312) 580-1839
18
                             MR. MICHAEL I. LEONARD
19                           LEONARD LAW OFFICES, INC.
                             230 North LaSalle Street, suite 1620
20                           Chicago, Illinois 60601
                             (312) 380-6559
21

22

23               MICHAEL P. SNYDER, FCRR
                  Official Court Reporter
24             United States District Court
         219 South Dearborn Street, Room 2244A
25               Chicago, Illinois 60604
                    (312) 435-5563

         MICHAEL P. SNYDER, Official Court reporter

1    (Proceedings in open court.  Jury out.)

2         THE COURT:  Okay.  Do we know that all the jurors are

3    here?

4         THE CLERK:  They are ready.

02:40:33    5         THE COURT:  Okay.  The jury is on the way in.

6         (Jury in.)

7         THE COURT:  Just figure out where you're comfortable,

8    and don't feel like you're tied to it forever.  You can move

9    around.  All right.  The last person will have to sit in this

02:42:17   10    chair over here.  You actually get the best view in the

11    courtroom, and it's a comfortable chair.  So please be seated.

12         And feel comfortable leaving things in the jury room.

13    It's locked when you're not there.

14         I regret to say they really haven't solved the problem

02:42:39   15    of cooling the place off.  If you've got jackets and you want

16    to take them off, please do.

17         Let's see.  Where are we now?  Okay.  We are going to,

18    in a minute the lawyers are going to address you in their

19    opening statements of what they believe the evidence will show.

02:43:00   20         Before that I'm going to give you one instruction just

21    to try to help you as the evidence is presented.

22         Mr. Turner is charged with three offenses.  At this

23    time I'm going to give you some information about one of the

24    offenses, which will ultimately be called Count 3.  At the

02:43:20   25    close of the case, I will give you additional instructions

MICHAEL P. SNYDER, Official Court reporter

1  about all of the charged offenses that you must follow when

2  deliberating your verdict.

3        Now, on Count 3, the defendant has been charged with

4  willfully conspiring to provide services to specially

02:43:36  5  designated nationals, which may sometimes be referred to as

6  SDNs.  US persons wherever located are prohibited from

7  providing services on behalf of or for the benefit of a

8  specially designated national without first having obtained a

9  license or other authorization from the Department of the

02:43:54  10  Treasury.  Services include legal, accounting, financial,

11  brokering, freight forwarding, transportation, public relations

12  or other services.

13        On November 25, 2005, the President of the United

14  States issued an executive order designating the following

02:44:12  15  individuals among others as specially designated nationals:

16  Robert Gabriel Mugabe, president of the Republic of Zimbabwe;

17  Gideon Gono, Governor of the Reserve Bank of Zimbabwe; Emmerson

18  Gambuso Mnangagwa, Zimbabwean Minister of Rural Housing and

19  Social Amenities; Simon Khaya Moyo, Zimbabwean politburo

02:44:44  20  member; and Samuel Simbarashe Mumbengegwi, Zimbabwean

21  nonconstituency Member of Parliament.

22        At all times relative to the indictment in this

23  matter, the above-named individuals were designated by the

24  United States government as SDNs.

02:45:04  25        All right, please go ahead.

MICHAEL P. SNYDER, Official Court reporter

Alexakis - opening statement

144

1          OPENING STATEMENT ON BEHALF OF THE GOVERNMENT

2          MS. ALEXAKIS:  Thank you, Judge.

3          In early November 2008, the junior senator from

4     Illinois became President of the United States.  And it was

02:45:35    5     then in early November 2008 that the defendant Gregory Turner

6     and his long time friend and business partner, a man who goes

7     by the name of Prince Asiel Ben Israel, saw an opportunity.

8     The two men decided to leverage their political connections

9     here in Chicago, in Illinois and throughout the country to

02:46:00   10     convince the new President Barack Obama to do one thing:  To

11     lift the sanctions that the United States government had long

12     ago imposed on high ranking government officials from the

13     African nation of Zimbabwe.

14          The defendant and Ben Israel agreed to undertake these

02:46:21   15     lobbying efforts, to provide these services to Zimbabwean

16     government officials.  The defendant and Ben Israel agreed to

17     be paid by Zimbabwean government officials.  The defendant and

18     Ben Israel ultimately provided these services to Zimbabwean

19     government officials after willfully failing to disclose to the

02:46:44   20     United States government, as they were required to do, that

21     their clients included the same Zimbabwean government officials

22     who stood to benefit from the US law that the defendant and Ben

23     Israel were trying to change.

24          Think about that.  The defendant and Ben Israel were

02:47:04   25     trying to change the laws of this country to benefit officials

MICHAEL P. SNYDER, Official Court reporter

Alexakis - opening statement

1    from a foreign government without telling the United States

2    government that they were the hired hands of that foreign

3    government.

4              This is a map of Africa.  Zimbabwe is the country that

02:47:40   5    appears in orange in the bottom right-hand corner of the map

6    towards the southern portion of the continent.  Judge Bucklo

7    just instructed you that in 2005 the President of the United

8    States, then George W. Bush, issued an executive order naming

9    certain high-ranking Zimbabwean government officials as

02:48:04   10   specially designated nationals, SDNs for short.  You'll hear

11   during this trial that this executive order remained in effect

12   under President Obama.

13             As Judge Bucklo also just instructed you, under United

14   States law, unless you first have a license, authorization from

02:48:22   15   the Department of Treasury, a United States person, wherever he

16   or she may be located, cannot provide services to an SDN.

17             You're going to hear a lot about this law throughout

18   the trial.  You're going to hear about this law referred to in

19   a kind of shorthand manner in a way that the defendant himself

02:48:43   20   used and in a way that I've already used in speaking to you.

21   You're going to hear the law referred to as the sanctions.  The

22   sanctions are what the defendant and Ben Israel were trying to

23   lift.  The sanctions were what the Zimbabwean government

24   officials wanted the US government to lift.  The sanctions are

02:49:01   25   what the defendant and Ben Israel were working to lift on

MICHAEL P. SNYDER, Official Court reporter

Case: 1:13-cr-00572 Document #: 251 Filed: 04/16/15 Page 146 of 232 PageID #:1713
Alexakis - opening statement
146

1    behalf of Zimbabwean government officials.

2         And so beginning in November of 2008 and continuing

3    through the spring of 2010, the defendant and Ben Israel set

4    about lobbying local, state and federal politicians here in

5    Chicago, in Illinois and throughout the country to make that

6    goal happen.

7         Here's what they didn't do.  They never applied for a

8    license, that authorization from the United States Department

9    of Treasury that would have allowed them to lawfully provide

10   services to SDNs, lobbying services, public relations services,

11   political consulting services.  So that's one of the charges

12   the defendant faces.

13        And they never otherwise gave notice to the United

14   States government as a separate American law required them to

15   do.  They never gave notice that they were here in this country

16   lobbying for a foreign one.  So that's a second charge the

17   defendant faces:  No license, no notice.

18        The United States public officials that the defendant

19   and Ben Israel were dealing with had no idea that the men who

20   were lobbying them were actually taking their marching orders

21   from a foreign government, the same foreign government that

22   stood to benefit from the lobbying that was being done.

23        Let's talk about the defendant.  According to the

24   defendant, he is a great many things.  You'll see emails and

25   documents throughout this trial in which he identifies himself

MICHAEL P. SNYDER, Official Court reporter

1      as a lobbyist, as a consultant, as a hospital administrator,

2      sometimes as a lawyer.  Most consistently, though, he touted

3      his work and experience in Africa, his connections in Africa,

4      his work for specific African nations.

02:51:10    5          The defendant did not work alone.  His longtime friend

6      and business partner was Ben Israel, a man based here in

7      Chicago with longstanding ties to the business and political

8      community here.  Turner, the defendant, focused his work

9      outside the United States in Africa where the bulk of his

02:51:30   10      connections resided.  And yet his business dealings brought him

11      to the United States and in particular here to Chicago.  Each

12      man brought something to the table.  Together they told the

13      world about their general experience navigating the business

14      and political worlds here in the United States and in Africa.

02:51:51   15      But they also stressed their specific experience and their

16      specific connections dealing with specific African leaders.

17          You're going to hear the name of one of those African

18      leaders throughout this trial.  That name is Robert Mugabe.

19      Robert Mugabe is the longtime ruler of Zimbabwe.

02:52:16   20          This is Robert Mugabe.  The man standing to his right

21      is Ben Israel.  And the man standing next to Ben Israel is the

22      defendant.

23          The defendant and Ben Israel agreed to work on behalf

24      of Mugabe and other Zimbabwean government officials to convince

02:52:42   25      the United States government to lift the sanctions.  In 2008

02:53:00

1  and in 2009 they arranged for several United States public

2  officials to fly to Africa where those officials met with

3  Mugabe and other Zimbabwean government officials to discuss the

4  sanctions and how the United States government should remove

5  them.  These meetings took place in Zimbabwe and in another

6  African nation, South Africa.

7          In 2008 and 2009 the defendant and Ben Israel also

8  worked to arrange for Robert Mugabe and other Zimbabwean

9  government officials to come to the United States.  They

02:53:19

10  arranged for meetings here in the United States where Mugabe

11  could talk to US politicians about the sanctions and how the

12  United States government could remove them.

13          The defendant and Ben Israel wrote and sent letters

14  ostensibly from US politicians to their Zimbabwean counterparts

02:53:39

15  talking about the sanctions and efforts that these politicians,

16  the defendant and Ben Israel were making in order to have the

17  sanctions lifted.  You'll hear that in several instances the US

18  politicians who purportedly wrote these letters never saw them,

19  never signed them.  In some instances you'll hear that their

02:53:58

20  signatures have been forged.

21          The defendant and Ben Israel wrote and sent these

22  letters because they needed to show their clients, these

23  officials, these government officials from Zimbabwe that they

24  were actually getting results, their lobbying efforts were

02:54:15

25  paying off.  And they had to show them that they were getting

MICHAEL P. SNYDER, Official Court reporter

Alexakis - opening statement

149

1    results, because the defendant and Ben Israel were not doing

2    this work for free.  In 2008 the two men worked together to

3    arrange to be paid $90,000 by a Zimbabwean government official

4    shortly after their lobbying efforts began.

02:54:36    5        In December of 2008 Ben Israel flew all the way to

6    Africa to personally withdraw $90,000 from the bank account of

7    a Zimbabwean government official.  Ben Israel made that trip

8    because his bank here in Chicago rejected an incoming wire of

9    $90,000, money going to Ben's account from that Zimbabwean

02:55:02    10   government official.  Bank employees rejected the wire because

11   it looked suspicious.

12       You'll hear that in 2008 and 2009 the defendant was

13   intently trying to get even more money from the Zimbabwean

14   government for the lobbying efforts that he and Ben Israel were

02:55:20    15   undertaking.  He emailed colleagues of his to tell them that he

16   was "busy closing in on the cash," that he was chasing the cash

17   in his words, that he was traveling to Zimbabwe to meet with

18   Mugabe and hopefully get paid.  In October of 2009 he sent an

19   email to an associate of his to say that he would be returning

02:55:45    20   to Zimbabwe on Thursday for the most important trip of the

21   year:  The payday.

22       The defendant knew what he was doing was wrong.  The

23   evidence will show that he knew about the sanctions.  After

24   all, that was the law that he was trying to lift.  The evidence

02:56:05    25   will show that he knew that he was working for, that he was

MICHAEL P. SNYDER, Official Court reporter

Alexakis - opening statement

02:56:26

1  subject to the direction and the control of the Zimbabwean

2  government.  He would email Zimbabwean government officials to

3  tell them to make sure that Mugabe knew that he was "ready to

4  stand and come by his side."  He wrote an email to the

5  Zimbabwean ambassador in September of 2009 to say, "Dear

6  Ambassador.  Know for sure your team" -- your team, the

7  Ambassador's team -- "is in charge in all matters concerning

8  Zimbabwe in the United States."

02:56:45

9        You'll hear that the defendant and Ben Israel tried to

10  keep their lobbying efforts "confidential."  Those words show

11  up in emails and memos that you'll see during this trial.

12        I've already told you that the evidence will show that

13  the defendant and Ben Israel never applied for that

14  authorization, that license they needed from the treasury

02:57:04

15  department, and they never otherwise gave notice to the United

16  States government that they were here in this country lobbying

17  for a foreign one.

18        Most importantly, the evidence will show that the

19  defendant knew he was breaking the law.  He wrote an email to

02:57:23

20  another Zimbabwean government official, this was in the fall of

21  2009, to tell him that he was traveling to Zimbabwe to meet

22  with other Zimbabwean government officials, to "develop a

23  master plan for the removal of sanction (full stop)."  He

24  continued, "Whatever price we have to pay, even if it means

02:57:48

25  breaking Bush's law, let it be."

MICHAEL P. SNYDER, Official Court reporter

Tunick - opening statement

1    So let me recap for you what the evidence you'll hear

2    will show.  One, the defendant and Ben Israel agreed to lobby

3    the United States government for the removal of sanctions; two,

4    they agreed to provide these services to lobby on behalf of

02:58:12    5    Zimbabwean government officials; three, they agreed to be paid

6    for their services; four, they never told anyone in the United

7    States government that they were the hired hands of a foreign

8    country; and, five, they knew what they were doing was wrong.

9    This is what the evidence will show, and based on this

02:58:36    10    evidence, at the end of this trial the government will ask that

11    you find the defendant guilty.

12    THE COURT:  Go ahead.

13    MR. TUNICK:  Your Honor, thank you.

14    If I might move the podium?

02:58:51    15    THE COURT:  Sure.

16    OPENING STATEMENT ON BEHALF OF DEFENDANT

17    MR. TUNICK:  Ladies and gentlemen of the jury, Greg

18    Turner is a Chicago native who loves Africa just like so many

19    of us love our native countries.

02:59:19    20    You'll hear from the government's witness Illinois

21    state Senator Donne Trotter, the government's witness, that he

22    met Greg -- I'm going to call him Greg -- he met Greg in Zaire

23    in 1990 when they were helping the people of Zaire.  This is

24    from a government's witness Donne Trotter.

02:59:42    25    Now, in 2005 and 2006 Greg was working for the Kellogg

MICHAEL P. SNYDER, Official Court reporter

1   Foundation putting soya into the mouths of the people of

2   Zimbabwe because there was a nutrition problem.  This was a

3   grant of the Kellogg Foundation.  He was also working with

4   former Congressman Walter Fauntroy, a congressman for 20 years,

03:00:06   5   to build a medical center in Zimbabwe.  He was helping feed and

6   supply the people of Zimbabwe with bread and water and clothing

7   and hospital supplies and beds in 2005 and 2006, and that's how

8   he met some of these government officials that you just heard

9   about, through humanitarian activism.

03:00:28   10   Now, I'll turn your attention to early 2006.  His

11   friend, and you'll hear from her, Celestine Palmer, she was

12   working in California for state Senator Diane Watson.  Diane

13   Watson was a state senator from California, and Celestine was

14   friends with Greg.  And you'll hear Celestine take the witness

03:00:54   15   stand.  And Celestine told Greg that she's holding a reception

16   for Gideon Gono, the finance minister that you just heard

17   about, this specially designated national, this SDN, they are

18   going to hold a reception for him in the United States Senate.

19   And it's going to be in March of 2006, and they are going to

03:01:18   20   meet with members of the Congressional Black Caucus, all the

21   top members of the black caucus in the United States Senate.

22   And Greg was like, wow, that's amazing.  She sent him

23   the invitation while Greg was in Zimbabwe.  And sure enough,

24   this reception for Gideon Gono goes on in the United States

03:01:41   25   Senate in March of 2006.

MICHAEL P. SNYDER, Official Court reporter

Tunick - opening statement

153

1    And guess who shows up to shake Gideon Gono's hand.

2    Senator Joseph Biden, the sponsor of the bill, of the original

3    bill imposing the sanctions against Zimbabwe.  He shakes Gono's

4    hand.  The members of the Congressional Black Caucus are there.

03:02:06    5    Gideon Gono speaks about the effects of the economic sanctions

6    in the United States Senate building with all the top members

7    of the Congressional Black Caucus.

8    And I'll list them for you, ladies and gentlemen:

9    Carolyn Kilpatrick, Congresswoman; Congresswoman Diane Watson;

03:02:24    10    Congresswoman Cynthia McKenny; Maxine Waters; Congressman

11    Julian Dixon, Congressman Walter Fauntroy and other members of

12    the Congressional Black Caucus all met Gideon Gono in the

13    United States Senate.

14    Well, that's amazing because he's a specially

03:02:42    15    designated national.  So Celestine Palmer talks to Greg, and

16    she says:  Greg, you know, you won't believe it.  This

17    reception went off.  It was amazing.  Joe Biden stopped by, and

18    he shook Gideon Gono's hand.  Gono spoke about the sanctions,

19    and it was amazing.

03:03:05    20    So Greg, this was a turning point for Greg.  He's

21    like, wow, amazing, American policy is going to change.  The

22    United States is actually going to change its policy towards

23    Zimbabwe.  These sanctions are going to be lifted.

24    And just like the assistant United States attorney

03:03:23    25    said, along came Barack Obama.  He's running for the US

MICHAEL P. SNYDER, Official Court reporter

Tunick - opening statement

154

1   President.  And he's promising change, and we are going to deal

2   with foreign countries differently.  And in 2007 he wins the

3   Democratic primary, June of 2007.

4         So the reception in the United States Senate, Barack

03:03:46   5   Obama speaking all over the world promising change and reform,

6   we are going to deal differently with countries, this is

7   amazing.  This is -- we are going to, policy is going to change

8   towards Zimbabwe.

9         So what happens next, ladies and gentlemen?  People

03:04:01   10   come to Zimbabwe.  US senators -- Illinois senators, I should

11   say, Illinois state Senator Donne Trotter, who had been to

12   Zimbabwe well before, came twice and met with Mugabe.  State

13   Representative Ken Dunkin came twice.  Former Illinois

14   Secretary of Health and Human Services Carol Adams came.  She

03:04:32   15   is now the president and CEO of the DuSable Museum of

16   African-American history.  She came out.  She met with Gideon

17   Gono.  Oscar Webb, self-employed ambassador to Africa.  Richard

18   Boykin, Richard Boykin came out.  He's a partner with the

19   Washington D.C. law firm of Barnes & Thornburg.  He came out

03:05:00   20   and met with Gono.  Richard Boykin, who counsels individuals in

21   all of the major committees in Washington, D.C., came out.  The

22   House Ways and Means Committee and many other committees.  He

23   came out.

24         They all came to see the effects of the sanctions on

03:05:29   25   the people of Zimbabwe and to do fact finding missions, just

MICHAEL P. SNYDER, Official Court reporter

1    what legislatures are supposed to do.

2            So what happens next, ladies and gentlemen?  Well,

3    after some of these visits, some of the top, I'll say some

4    black organizations have issues conferences, point/counterpoint

03:06:00    5    meetings.  The National Black Caucus of State Legislators holds

6    a meeting, The World's Conference on Mayors, the Leadership

7    Africa USA holds a meeting, and all of them are discussing the

8    propriety of the sanctions against Zimbabwe.

9            In fact, the government's witness, the government's

03:06:19    10    witness, state Senator Donne Trotter, called on the

11    International Affairs Committee of the National Black Caucus of

12    State Legislators, "With regard to Zimbabwe, we demand that the

13    Obama administration remove the sanctions that have placed a

14    stranglehold on the economy of Zimbabwe."  That was on November

03:06:43    15    3rd of 2009, and Greg Turner had absolutely nothing to do with

16    that.  And you will hear from state Senator Donne Trotter, and

17    he'll tell you that, that that was his resolution and that Greg

18    Turner had nothing to do with that.

19            Now, eventually the movement to lift the sanctions

03:07:05    20    died down.  Like so many movements in Washington, D.C., the

21    sanction movement fell apart.  Just like the reform,

22    immigration reform, like so many, they start out, and they are

23    like a comet, and they kind of just fizzle out.  And in 2010

24    the movement to lift the economic sanctions against Zimbabwe

03:07:27    25    basically died out.  End of story, right?  Wrong.

            MICHAEL P. SNYDER, Official Court reporter

1        On July 16th, move ahead to 2013.  On July 16, 2013,

2   the United States Attorney's office for the Northern District

3   of Illinois file a criminal complaint in 2013 willfully

4   charging that this man, Gregory Turner, illegally, willfully

03:07:56    5   provided services on behalf of Robert Mugabe and Gideon Gono.

6        Well, Greg was living in Israel at that time.  He was

7   living with his wife of 50 years and his family.  When he heard

8   about it, he came back.  I'm innocent.  I came back to this

9   country to answer these charges to clear his innocence and

03:08:16   10   clear his good name.  He made immediate arrangements to come

11   back.

12        So how did Greg Turner end up in a Chicago courtroom

13   fighting for his life, ladies and gentlemen?  You have to be

14   asking yourselves that.  And it all goes back to the election

03:08:38   15   of Barack Obama.  See, he was elected to be president in

16   November of 2008.  He wasn't going to take office until January

17   of 2009.  The President doesn't get sworn in until after the

18   election, in January 2009.

19        One of the individuals who went on the trip to

03:08:59   20   Zimbabwe, Illinois state Representative Ken Dunkin, wanted to

21   talk to Obama's key advisors, Valerie Jarrett, Susan Rice, or

22   Robert Gibbs.  Valerie Jarrett was obviously, was President

23   Obama's key advisor, Susan Rice was his ambassador to the

24   United Nations, and Robert Gibbs was his communications

03:09:30   25   director.

MICHAEL P. SNYDER, Official Court reporter

Tunick - opening statement

157

1          In between the period of Obama's election and his

2     swearing in of 2009, Ken Dunkin, Illinois state representative,

3     sends a message to the transition team.  Now, you ask yourself,

4     who is the transition team?  Well, that's a great question.

03:09:47   5     Because Ken Dunkin sent it to the wrong person.  He sent it to

6     a woman named Jen Waller.  She was the scheduler executive

7     assistant to Rahm Emanuel.  She's just a scheduler.  She's just

8     the executive assistant.  That's all she was.  She doesn't know

9     anything about the laws or what to do or how to get a meeting

03:10:07  10     with Valerie Jarrett or Robert Gibbs or Susan Rice.

11          So she sends Ken Duncan's request to meet with -- and

12     Ken Dunkin wanted to meet about his recent trip to Zimbabwe.

13     He wanted to talk to them because he was affected by this.  He

14     wanted to talk to them about his recent trip to Zimbabwe.

03:10:27  15          Well, Jen Waller, the executive assistant to Rahm

16     Emanuel, she didn't know what to do with it.  So she passed

17     this message to two other know-nothings who knew nothing about

18     the law, who knew nothing about meeting, talking about the

19     sanctions against Zimbabwe, and it went from there.  Somehow it

03:10:49  20     made its way to the justice department because someone thought

21     that Ken Dunkin can't travel to Zimbabwe, which is totally

22     incorrect.  All these trips were legitimate.  You will hear

23     evidence of that.  They are representatives.  The Illinois

24     representatives, they can travel there, but someone turned this

03:11:07  25     to the justice department.

MICHAEL P. SNYDER, Official Court reporter

Tunick - opening statement

1    Why is this Ken Dunkin, this man going to Zimbabwe
2  where there are sanctions?  Well, that started the justice
3  department --
4    MS. ALEXAKIS:  Objection, Your Honor.  The defense is
03:11:21  5  moving into impermissible territory discussing the government's
6  motive for prosecution.
7    THE COURT:  I think so.
8    MR. TUNICK:  Well, eventually this gets referred to
9  the justice department, and the wheels of the justice
03:11:36  10  department start crunching, ladies and gentlemen.
11    MS. ALEXAKIS:  Your Honor, objection again.  Defense
12  counsel continues to delve into impermissible territory about
13  the government motives to prosecute.
14    THE COURT:  Do we have to have a sidebar?
03:11:48  15    MR. TUNICK:  Judge, I'm just trying to say how this
16  investigation started.
17    THE COURT:  We'll take a sidebar.
18    (Discussion on the record at sidebar.)
19    THE COURT:  Really, I don't like to interrupt, but, I
03:12:28  20  mean, all this, you know, how they get to it is their motive.
21  It's impermissible.
22    MR. TUNICK:  I am getting to a very particular point.
23  All I am saying is they had emails and bank records, that's all
24  I was going to say, that they got phone calls.  That's all I
03:12:44  25  was going to say.

MICHAEL P. SNYDER, Official Court reporter

1      MR. LEONARD:  Your Honor, it's been going on for a

2  while now, and I waited until he really crossed the line and

3  started to make it sound like three years later an email brings

4  the United States government to, you know, essentially

03:12:59    5  maliciously prosecute the defendant.  This is the exact subject

6  of a motion in limine.

7      THE COURT:  Yes.

8      MR. TUNICK:  Judge, all I am going to talk about next

9  is they got recorded phone calls, emails, bank records, and

03:13:10   10  then I'm going to talk about the evidence.

11      MS. ALEXAKIS:  Your Honor, he's already agreed that

12  this impression that this one tiny email created --

13      THE COURT:  I don't know what we'll do about that at

14  this point.

03:13:22   15      MR. TUNICK:  I'll move on.

16      THE COURT:  Okay.

17      MR. TUNICK:  I'm not saying anything about -- I'm just

18  going to go right into the investigation.

19      THE COURT:  Well, what about the investigation?

03:13:31   20      MR. TUNICK:  Well --

21      THE COURT:  That they obtained --

22      MR. TUNICK:  Yeah, what they obtained from it.

23      THE COURT:  If you want to --

24      MR. TUNICK:  Trust me, Judge.  Seriously.

03:13:40   25      THE COURT:  Okay.

MICHAEL P. SNYDER, Official Court reporter

Case: 1:13-cr-00572 Document #: 251 Filed: 04/16/15 Page 160 of 232 PageID #:1727
Tunick - opening statement
160

1       (End of discussion at sidebar.)

2       MR. TUNICK:  So, ladies and gentlemen, the justice

3  department retrieves emails, they go back and get recorded

4  phone calls, they go through bank accounts and bank records,

03:14:09  5  and they interview scores of witnesses, hundreds of people.

6  They go back in time to get recorded conversations, and they

7  come up with what they think is the smoking gun in this case,

8  ladies and gentlemen.  They come up with what then is the

9  smoking gun.

03:14:53  10       This is not the smoking gun.  It's the broken toy

11  pistol.  They think that this is an agreement between Ben

12  Israel and the government of Zimbabwe for a consulting

13  agreement with $3.4 million.  That's what they believe is the

14  smoking gun.  Because at the bottom of this, now, mind you,

03:15:16  15  it's signed as a consultant, is a person by the name of Monica

16  Mutsvanga.  And Monica Mutsvanga is a senator in Zimbabwe.  So

17  they believe, and they have stated on numerous occasions that

18  this was entered into an agreement with Monica Mutsvanga, a

19  senator of the Zimbabwean government.  Ladies and gentlemen,

03:15:43  20  this signature is false.

21       MS. ALEXAKIS:  Objection, Your Honor, delving into

22  argument.

23       THE COURT:  Oh, I suppose.  Go ahead.

24       MR. TUNICK:  Ladies and gentlemen, this is the real

03:15:58  25  Monica Mutsvanga.  There she is.  There is her passport.  There

MICHAEL P. SNYDER, Official Court reporter

Tunick - opening statement

1    is her thumbprint.  There is her authentic signature.  These

2    are her bank account opening forms.  You will see that she has

3    a very distinctive signature, big M, big M on all these

4    documents, big M, big M, very bold Ms you'll notice on her

03:16:27    5    passport.  On this agreement, you can see it's signed as

6    Monica, completely, and we will present to you evidence that

7    this was not Monica Mutsvanga's signature.  There was no

8    agreement with the Zimbabwean government.  The entire premise

9    of the United States justice department in this case is false,

03:16:50    10   and we will present this during the course of this trial.

11        The only reason that this consulting agreement was

12   given, was given to a bank on behalf of Ben Israel so he could

13   get $90,000 into his foundation called A Better World.  And he

14   did go to Botswana to retrieve that money.

03:17:17    15        But Greg Turner had absolutely nothing to do with

16   that.  Greg Turner had nothing to do with this consulting

17   agreement.  And you will get this during the course of this

18   trial, and you will hear evidence that they indicated many

19   times that this was the agreement entered into with the

03:17:37    20   Zimbabwean government.  We will submit that evidence during the

21   course of this trial.

22        Now, I want to talk to you about a couple witnesses

23   that you're going to hear during the course of this trial.

24        Illinois state senator Donne Trotter.  I already

03:18:10    25   talked about him a couple times.  He's going to testify on

MICHAEL P. SNYDER, Official Court reporter

Tunick - opening statement

1    behalf of the government.  He's going to basically exculpate

2    Greg.  He's going to tell you that he went to Zimbabwe well

3    before he met Greg.  He met with Mugabe before he ever dealt

4    with Greg.  On several occasions.  He's going to say that when

03:18:27    5    he was in Zimbabwe with Greg, that he never appeared to be

6    under the direction or control of the Zimbabwean government,

7    that he never, there was never any talk about any money, and

8    that his, he advocated for the lifting of the sanctions based

9    upon his own personal belief that when he went to the National

03:18:49   10    Black Caucus of State Legislators, that was his own personal

11    belief based on the conditions in Zimbabwe, and it had nothing

12    to do with Greg Turner.  You will hear from Donne Trotter.

13           The second witness I'd like to talk about is Roland

14    Burris, the former United States Senator.  You guys all recall

03:19:15   15    Roland Burris, appointed by our disgraced former governor, Rod

16    Blagojevich, in a storm of controversy.  Well, Roland Burris

17    has lied under oath many, many names.

18           MS. ALEXAKIS:  Objection, Your Honor.  This calls for

19    a sidebar.

03:19:31   20           THE COURT:  Sustained.

21           MR. TUNICK:  I think that will be the evidence.

22           All right, I'll move on.  I'll move on.

23           He knew about -- he advocated, he knew about the

24    economic sanctions.  You will be shaking your head about Roland

03:19:51   25    Burris' testimony before I even lay a glove on him, I promise

MICHAEL P. SNYDER, Official Court reporter

1    you that.

2         I want to talk to you about the partner in the law

3    firm of Barnes & Thornburg, Richard Boykin.  He's going to come

4    testify.  He will say that he went to Zimbabwe also and that

5    he, he counsels clients having issues before the Oversight and

6    Government Reform Committee, the Financial Services, the Ways

7    and Means, the Energy and Commerce.  And he met with Gono.  And

8    he thought it was a historic time also to lift the sanctions

9    against Zimbabwe.  You will hear that from Mr. Boykin.

10        And Mr. Boykin never told a single person that it

11   might be, that they were violating the law, it was his legal

12   advice that they were violating the law.  He didn't tell Greg

13   Turner that.  He'll tell you that.

14        Now, there is, you're going to see a lot of emails.

15   Now, Greg is in his seventies, and he's from Chicago.  He used

16   a lot of colloquial terms.  Don't hold that against him.  He

17   says "the Chicago mob" or things like that.  He's not talking

18   about the Chicago mob.  He's from Chicago.

19        MS. ALEXAKIS:  Objection, argument.

20        THE COURT:  Yes.

21        MR. TUNICK:  Well, don't hold -- Greg is from Chicago.

22   He uses a lot of colloquial terms.  Don't hold that against

23   him.

24        Now, this man is innocent of the charges.  He is

25   innocent of these charges.  And not only is he innocent, he's

        MICHAEL P. SNYDER, Official Court reporter

Tunick - opening statement

164

1   presumed to be innocent.  He is presumed throughout the course

2   of this trial, absolutely presumed to be innocent, and the

3   Judge will tell you that.  She'll tell you that this

4   presumption stays with him during the course of the entire

03:22:00   5   trial.  And the government, these gentlemen and ladies, it's

6   their burden to prove him guilty beyond a reasonable doubt.

7          What does that mean?  That means that these crimes,

8   they all have certain elements that the government must prove.

9   Each of the crimes that they have alleged.  Each element has to

03:22:19   10   be proved beyond a reasonable doubt.  And I want to talk to you

11   about two of the elements.

12          You heard that Turner willfully provided services to

13   specially designated nationals.  Well, in order to be willful,

14   Greg had to have the intent to violate the law.

03:22:38   15          MS. ALEXAKIS:  Objection, Your Honor.  Counsel is

16   moving into a definition of the law.

17          MR. TUNICK:  I think we discussed this, Judge.

18          Judge, I'll move on.  I don't want a sidebar.

19          THE COURT:  Okay.

03:23:00   20          MR. TUNICK:  The government will not prove that Greg

21   acted willfully.  The Judge will instruct you what willful

22   means at the end of the trial.  The government will never prove

23   he acted with willful intent.  And you'll hear the Judge's

24   instructions.

03:23:18   25          Now, Mike Leonard and I, we are going to do everything

MICHAEL P. SNYDER, Official Court reporter

Tunick - opening statement

165

1    we can, he's my co-counsel, we are going to do everything we

2    can to show you during the course of the trial why Greg is

3    innocent.

4            The second thing the government has to prove or the

03:23:34   5    second charge is that he acted as a foreign agent of a

6    government.  And as counsel stated, the government must prove

7    that he was directed or controlled by a foreign government.

8    And I submit to you, ladies and gentlemen, they have to prove

9    that beyond a reasonable doubt.  He wasn't directed or

03:23:51   10   controlled by the government of Zimbabwe.  None of the

11   witnesses will tell you that.  He wasn't -- he was directed and

12   controlled by Greg Turner.  The evidence will be just the

13   opposite.

14           Now, please wait for all the evidence to come in in

03:24:11   15   this case.  It's an important case in so many ways.  Wait for

16   our cross-examinations, wait to see the exhibits, wait to allow

17   us to present exhibits to you like the exhibits with respect to

18   Monica Mutsvanga.  Wait to hear the Judge's instructions.  Keep

19   an open mind.  That's your duty as a juror.  Keep an open mind.

03:24:40   20           When you hear the evidence in this case, when you hear

21   the Judge's instructions, I'm convinced that you will feel in

22   your hearts and in your minds that this man is innocent of

23   these charges.  And you will walk out of this federal courtroom

24   proud that you did justice to this man, because that's why we

03:25:03   25   are here.  We are here to be fair and just.

                  MICHAEL P. SNYDER, Official Court reporter

Gacci - direct by Jonas

1          Thank you, ladies and gentlemen.

2          THE COURT:  Okay.  Please call your first witness.

3          MR. JONAS:  Your Honor, the United States calls Andrea

4     Gacci.

03:25:20  5          Can I have a moment?

6          THE COURT:  Yes.  We are also going to hand out some

7     notebooks.  You're free to take notes if you want to.

8          All right.  Would you raise your right hand, please.

9             ANDREA GACCI, PLAINTIFF'S WITNESS, SWORN

03:26:44  10         THE COURT:  I'm a little concerned about where that

11    monitor is.  Can all of you see her?  Okay.

12         MR. JONAS:  May I proceed?

13         THE COURT:  Yes, go ahead.

14         MR. JONAS:  Thank you, Judge.

03:27:07  15                     DIRECT EXAMINATION

16    BY MR. JONAS:

17    Q.  Will you please state and spell your name.

18    A.  My name is Andrea Gacci, and it is spelled A-n-d-r-e-a

19    G-a-c-c-i.

03:27:14  20    Q.  Miss Gacci, what do you do for a living?

21    A.  I am the Assistant Director of Licensing for the Office of

22    Foreign Assets Control.

23    Q.  What is the Office of Foreign Assets Control?

24    A.  The Office of Foreign Assets Control is part of the US

03:27:27  25    Department of the Treasury.  It's part of the US government

                   MICHAEL P. SNYDER, Official Court reporter

Gacci - direct by Jonas

167

1     that implements economic sanctions for the US government.

2  Q.  As the Assistant Director of Licensing, briefly what are

3     your responsibilities?

4  A.  I oversee a division that analyzes requests from the public

03:27:41   5     for exceptions to sanctions prohibitions.

6  Q.  Very briefly, what do you mean by exceptions?

7  A.  Exceptions are basically if something is prohibited by

8     sanctions and there is an interest, a government interest in

9     authorizing that notwithstanding the prohibition, we would

03:28:01   10    issue authorization or a license to engage in activity that

11    would be otherwise prohibited.

12 Q.  Would that be to an individual?

13 A.  Yes.

14 Q.  Who requested it?

03:28:09   15 A.  An individual, company, something like that.

16 Q.  Okay.  How long have you been with --

17        Office of Foreign Assets Control, is there an acronym

18    that it commonly goes by?

19 A.  Yes.  It's often referred to as OFAC.

03:28:22   20 Q.  Just to make things a little easier, I'll call it OFAC.

21        How long have you been with OFAC?

22 A.  I've been with OFAC approximately six years.

23 Q.  What did you do prior to working at OFAC?

24 A.  Prior to working at OFAC, I was a trial attorney at the

03:28:35   25 Department of Justice Civil Division Federal Programs Branch.

MICHAEL P. SNYDER, Official Court reporter

Gacci - direct by Jonas

1  Q.  What does that mean?

2  A.  That means I worked for a part of the Department of Justice

3  that represented agencies in a variety of different civil

4  matters including I represented OFAC in the course of being a

03:28:49    5  trial attorney.

6  Q.  How long did you work at the Department of Justice?

7  A.  Approximately eight years.

8  Q.  So you're a lawyer, but you're not going to talk about the

9  law during your testimony?

03:28:58   10  A.  Right, I'm not.

11  Q.  Okay.  As a result of your experiences in OFAC and your

12  work with the Department of Justice, are you familiar with the

13  sanctions that are enforced by OFAC?

14  A.  Yes.

03:29:10   15  Q.  Do you give presentations on sanctions that are enforced by

16  OFAC to the public?

17  A.  Yes.

18  Q.  So what are sanctions, in the OFAC world, what exactly are

19  sanctions?

03:29:20   20  A.  Sanctions are ordered by the President when the President

21  finds that there is a national emergency or some threat to

22  national security, finds that there is an issue and orders a

23  set of prohibitions with respect to a country, a group or a

24  person that basically sets out a framework that US, of activity

03:29:39   25  that US persons can't engage in.

MICHAEL P. SNYDER, Official Court reporter

Gacci - direct by Jonas

1   Q.  How does the President go about doing this?

2   A.  Generally the President issues an executive order defining

3   the scope of the emergency and setting out the scope of the

4   sanctions.

03:29:51   5   Q.  Are the executive orders made public?

6   A.  Yes.

7   Q.  How so?

8   A.  The White House publicizes them at the time they are

9   issued.  The White House posts them publicly on websites and

03:30:04   10   also publishes them in the Federal Register.

11   Q.  What is the Federal Register?

12   A.  The Federal Register is the formal, it's basically the

13   formal publication of the federal government with all official

14   agency documents.

03:30:17   15   Q.  What does OFAC have to do with regard to the sanctions that

16   are issued as a result of an executive order?

17   A.  OFAC has to take a variety of implementation measures, and

18   that includes, for example, keeping the list of people who are

19   subject to sanctions that US persons can't deal with, analyzing

03:30:38   20   requests from the public for licenses, taking other actions,

21   outreach, the financial sector, enforcement, targeting, things

22   like that.

23   Q.  The individuals -- well, let me back up a second.

24       Are there individuals and groups and countries that

03:30:52   25   can be sanctioned by the President through executive order?

MICHAEL P. SNYDER, Official Court reporter

Gacci - direct by Jonas

170

A.  Yes.

Q.  Focusing on the individuals, is there a term of art that is used to refer to them?

A.  Yes, the term of art is "specially designated national."

03:31:02  Q.  And we've used the term "sanctions."  I'm not sure if I asked you if you can define what a sanction is?

A.  A sanction is basically a type of prohibition that the President determines needs to be applied to address a particular situation.  Generally speaking it's going to

03:31:22  prohibit, block property and prohibit dealings including provision of goods or services or funds to a person, group, or entity on our list of specially designated nationals.

Q.  Who creates the list?

A.  The list can be created by the President and supplemented

03:31:39  by the Department of the Treasury.

Q.  Are you familiar with US sanctions issued against members of the Zimbabwe government?

A.  Yes.

Q.  And do you know where Zimbabwe is located?

03:31:50  A.  Yes.

Q.  How do you know that?

A.  Through the course of my employment.

Q.  Before you, you have a folder with something in it that's marked Government's Demonstrative 2.  Do you recognize what

03:32:02  that is?

MICHAEL P. SNYDER, Official Court reporter

Gacci - direct by Jonas

171

1    A.  Yes.

2    Q.  What is that?

3    A.  It is a map of the continent of Africa.

4         MR. JONAS:  Your Honor, I'd like to publish to the

03:32:09    5    jury Government's Demonstrative 2.

6         THE COURT:  Any objection?

7         MR. TUNICK:  No, Your Honor.

8    BY MR. JONAS:

9    Q.  Miss Gacci, can you just describe for the jury where

03:32:20    10   Zimbabwe is.

11   A.  Yes.  Zimbabwe is, it's colored in yellow on the map.  It's

12   in southern Africa.

13   Q.  And it says "Zimbabwe" across it?

14   A.  Yes.

03:32:27    15   Q.  Okay, thank you.

16        When was the first executive order issued designating

17   members of the Zimbabwe government as specially designated

18   nationals?

19   A.  In 2003.

03:32:41    20   Q.  Were there subsequent orders?

21   A.  Yes, there were two subsequent orders, one in 2005 and one

22   in 2008.

23   Q.  Why were there subsequent orders issued?

24   A.  As the situation in Zimbabwe evolved and developed, the

03:32:53    25   President decided to take further action and impose more

              MICHAEL P. SNYDER, Official Court reporter

1    sanctions.

2    Q.  What's the difference between the executive orders?

3    A.  The first executive order has a list of government

4    officials subject to sanctions.  The second executive order

03:33:08    5    expands the authorities, it adds more people to that list.  And

6    the third executive order expands the scope of sanctions again

7    and added, paved the way to add even more people to the list.

8         MR. TUNICK:  I'm going to object to the reference to

9    sanctions.  She's not talking about economic sanctions.  She's

03:33:24    10   referring to specially designated nationals, and we keep

11   referring to sanctions.

12        MR. JONAS:  She's already defined sanctions as in

13   connection with specially designated nationals.  It's a term

14   used in conjunction with.

03:33:37    15        THE COURT:  She can talk about what she means by it.

16   BY MR. JONAS:

17   Q.  Miss Gacci, when you use the term "sanction," what do you

18   mean?

19   A.  Well, OFAC implements economic sanctions.  And when I talk

03:33:49    20   about sanctions, I'm talking about prohibitions on US persons

21   from dealings in, providing goods, funds and services to people

22   on our specially designated nationals list.

23   Q.  So specially designated nationals is the person who the

24   sanctions are applied against?

03:34:04    25   A.  That's right.

     MICHAEL P. SNYDER, Official Court reporter

Gacci - direct by Jonas

1  Q.  Do the executive orders or the sanctions, we are

2  specifically talking about the Zimbabwe executive orders, do

3  they have to be renewed?

4  A.  Yes.

03:34:13   5  Q.  How often?

6  A.  Annually.

7  Q.  Who renews it?

8  A.  The President.

9  Q.  Does a new executive order have to come out each year?

03:34:24  10  A.  No.

11  Q.  He renews it in another way?

12  A.  Yes.

13  Q.  Are the sanctions, are the designations against certain

14  members of the Zimbabwe government still in place today?

03:34:33  15  A.  Yes.

16  Q.  Are you familiar with the list of individuals from the

17  Zimbabwe government that have been designated as specially

18  designated nationals?

19  A.  Yes.

03:34:42  20  Q.  About, approximately how many people from the Zimbabwe

21  government have been designated?

22  A.  Well, there are approximately 175 listings under the

23  Zimbabwe program.

24  Q.  And I should be clear, are they all Zimbabwe government

03:34:55  25  officials?

MICHAEL P. SNYDER, Official Court reporter

Gacci - direct by Jonas

174

1    A.  No, the vast majority are Zimbabwean government officials.

2    Q.  And prior to your testimony, the Court instructed the jury

3    that the following members of the Mugabe government have been

4    designated:  Robert Mugabe, Gideon Gono, Emmerson Mnangagwa,

03:35:10    5    Simon Moyo and Samuel Mumbengegwi.

6            Are you familiar with those names?

7    A.  Yes.

8    Q.  And were those individuals -- when were those individuals

9    first designated?

03:35:21    10    A.  Robert Mugabe, Simon Moyo, Emmerson Mnangagwa -- I mangled

11    that -- and I think Mr. Mumbengegwi, they were all designated

12    in 2003.  Gideon Gono was designated in 2005.

13    Q.  That was the second executive order?

14    A.  Yes.

03:35:43    15    Q.  And were those four other individuals, were they

16    redesignated in 2005?

17    A.  Right.  So everyone who was on the list in 2003 remained on

18    the list in 2005.

19    Q.  I want to ask you about one more name, Joyce Mejure.

03:35:57    20    A.  Yes.

21    Q.  Who is she?

22    A.  She, her most recent title was Second Vice-President of

23    Zimbabwe.

24    Q.  And is she also a specially designated national?

03:36:06    25    A.  Yes.

MICHAEL P. SNYDER, Official Court reporter

Case: 1:13-cr-00572 Document #: 251 Filed: 04/16/15 Page 175 of 232 PageID #:1742
Gacci - direct by Jonas
175

1    Q.  When was she designated?

2    A.  In 2003.

3    Q.  The Court also told the jury that US persons, wherever

4    located, are prohibited from providing services on behalf of or

03:36:18    5    for the benefit of a specially designated national without

6    first having obtained the license or other authorization from

7    the Department of Treasury.

8            You previously said you are the assistant director of

9    licensing.  So what does that mean when it comes to specially

03:36:31    10    designated nationals?

11    A.  What that means is if a US person wants to, say, provide

12    services to a specially designated national, that US person

13    would apply to OFAC, to apply to my division by sending us a

14    letter asking for authorization to deal with and to provide

03:36:49    15    services to that particular specially designated national.

16    Q.  What steps -- you mentioned a letter, but is it a

17    formalistic process to apply for this authorization?

18    A.  No.  We accept applications just in the form of a letter.

19    Q.  The authorization is called a license?

03:37:06    20    A.  That's right, yes.

21    Q.  Are licenses issued for specific purposes?

22    A.  Yes.

23    Q.  And is it based upon the purpose the person requests?

24    A.  Yes.

03:37:13    25    Q.  Are licenses transferrable?

MICHAEL P. SNYDER, Official Court reporter

Gacci - cross by Tunick

A.  No.

Q.  Does OFAC keep records of licenses requested and licenses issued?

A.  Yes.

03:37:21
Q.  Were you asked prior to testifying to see if OFAC issued licenses for any purpose regarding Zimbabwe to either an individual named Prince Asiel Ben Israel or the defendant C. Gregory Turner?

A.  Yes.

03:37:35
Q.  What was the result of your search?

A.  I searched our records and found no applications from these two individuals, and I found no licenses issued to these two individuals.

MR. JONAS:  One moment, Your Honor.

03:37:45
(Pause.)

MR. JONAS:  No further questions.

THE COURT:  Thank you.

CROSS-EXAMINATION

BY MR. TUNICK:

03:37:58
Q.  Now, ma'am, you testified that OFAC has a website?

A.  Yes.

Q.  Well, they don't have their own website, do they, ma'am?

A.  We have a website that's part of the Department of Treasury website.

03:38:11
Q.  It's part of the Department of Treasury website, correct?

MICHAEL P. SNYDER, Official Court reporter

Gacci - cross by Tunick

1    A.  Yes.

2    Q.  And in order to find the specially designated national,

3    it's not, you don't, OFAC doesn't have its own website that

4    says here's all the specially designated nationals, correct?

03:38:23    5    A.  I think we do.

6    Q.  Ma'am, do you have -- is there a website called Office of

7    Foreign Asset Control?

8    A.  If you were to Google Office of Foreign Assets Control, you

9    would get to our website.

03:38:36    10   Q.  Ma'am, isn't it the treasurydepartment.gov website you're

11   referring to?

12   A.  Since we are a part of the Department of Treasury, yes,

13   it's part of that.

14   Q.  And in order to access the specially designated nationals,

03:38:47    15   you have to look, go into references, correct, a little icon

16   called references, correct?

17   A.  I'm not sure because we have a quick link to get to that --

18   Q.  Okay.

19   A.  -- list.

03:39:00    20   Q.  Let's say, we are on the treasury department website.  You

21   can't just click on the home page and find the specially

22   designated nationals, correct?

23   A.  There is a button on the front page of the Department of

24   the Treasury website called financial sanctions.  You can click

03:39:18    25   on that button.  It will take you right to the resource page.

MICHAEL P. SNYDER, Official Court reporter

Gacci - cross by Tunick

178

```
            1   Q.  Let's go through this.  You click on financial sanctions,
            2   correct?
            3   A.  That's right.
            4   Q.  Then you click on the resource page, correct?
03:39:29    5   A.  No.  It takes you right to that page.
            6   Q.  Okay, it takes you to the resource page.
            7       Then you have to go to the international, correct?
            8   A.  No.  There's a button at the top that says "Check our
            9   specially designated nationals list."
03:39:40   10   Q.  Okay, ma'am.  Well, and then the list, there's 100,000
           11   people and organizations on that list, correct?
           12   A.  It's a long list.
           13   Q.  And, in fact, if you printed it out on pieces of paper, it
           14   would probably be what, about 500 pieces of paper, correct?
03:40:04   15   Did you ever print it out?
           16   A.  I have in the past, yes.
           17   Q.  How many pieces of paper is it?
           18   A.  I forget.  I couldn't --
           19   Q.  Well, give the jury an estimate.
03:40:13   20       MR. JONAS:  Your Honor, objection to that.
           21       THE COURT:  She may answer.
           22   BY THE WITNESS:
           23   A.  I would -- it's hard for me to judge.  It's been some time,
           24   because it's not how I search for the, through the list.  But I
03:40:28   25   would say it would be a stack of paper about that thick
```

MICHAEL P. SNYDER, Official Court reporter

Case: 1:13-cr-00572 Document #: 251 Filed: 04/16/15 Page 179 of 232 PageID #:1746
Gacci - cross by Tunick
179

1   (indicating).

2   BY MR. TUNICK:

3   Q.  Okay.

4   A.  Which is about an inch.

03:40:35   5   Q.  100,000 names on a stack of paper this thick, is that your

6   testimony?

7   A.  Yes.

8   Q.  Okay.  Well, there is a difference between the Zimbabwe

9   Democracy and Economic Recovery Act and specially designated

03:40:51   10  nationals, correct?

11  A.  To my understanding, yes.

12  Q.  And the Zimbabwe Democracy and Economic Recovery Act is not

13  something your office deals with, correct?

14  A.  We do not primarily implement that law, that's correct.

03:41:05   15  Q.  And that's the economic sanctions that's imposed against

16  Zimbabwe, correct?

17       Can you just answer yes or no?  Is that true or false?

18  A.  I am not able to answer yes or no to that question because

19  we implement economic sanctions as to Zimbabwe.

03:41:21   20  Q.  Well, you were interviewed by Agent Keith Hennings,

21  correct, on 4/27 of 2012, do you remember that?

22  A.  Yes.

23  Q.  And you stated to him that, you pointed out that the

24  Zimbabwe Democracy and Economic Recovery Act is not dealt with

03:41:39   25  at OFAC?  You told that to the agent, correct?

MICHAEL P. SNYDER, Official Court reporter

Gacci - cross by Tunick

180

1    A.  Yes.

2    Q.  Now, you said that you give presentations to the public?

3    A.  Yes.

4    Q.  Where are those presentations, ma'am?

03:42:08    5    A.  Well, for example --

6    Q.  I want to know where.  Just tell me where.

7    A.  Where?  In Washington, D.C..

8    Q.  Exactly where?

9    A.  For the commerce department.

03:42:20    10    Q.  For the commerce department?

11    A.  For a group --

12    Q.  Hold on.  Let's deal with this one at a time.

13        You give presentations to government officials at the

14    commerce department, correct?

03:42:30    15    A.  No.  To members of the public.

16    Q.  Oh, at the commerce department?

17    A.  No.  This would have been a conference organized by the

18    Department of Commerce to educate the public on economic

19    sanctions and other issues related to government controls.

03:42:47    20    Q.  Government controls?

21    A.  Right.  That would be one example.

22    Q.  Does it have to do with specially designated nationals?

23    I'm talking about specially designated nationals.

24    A.  Yes, it has to do with that.

03:42:56    25    Q.  Were you at that conference?

MICHAEL P. SNYDER, Official Court reporter

Gacci - cross by Tunick

181

1   A.   Yes.  I presented.

2   Q.   Okay.

3   A.   At that conference.

4   Q.   And where was it located?

03:43:02   5   A.   It occurs on an annual basis.  It's called -- this is just

6   one conference that I've spoken at, so not the only conference.

7   Q.   I just asked you where.  Where was it located at?

8   A.   Right in Washington, D.C..

9   Q.   In the commerce department building?

03:43:17   10   A.   No, it was in a hotel, it was at the Hilton on Connecticut

11   Avenue.

12   Q.   Okay.

13   A.   The Department of Commerce organized the conference, and

14   many government speakers spoke to members of the public.

03:43:31   15   Q.   And did you have to pay to come to the conference?

16   A.   As a member of the public?

17   Q.   Yes.

18   A.   I did not have to pay.

19   Q.   Did the members of the public have to pay?

03:43:41   20   A.   Generally speaking, there was a registration fee, yes.

21   Q.   How much was that?

22   A.   I don't recall.

23   Q.   So when is the last time you spoke at one of these

24   conferences, the last time?

03:43:55   25   A.   I spoke at a conference perhaps two weeks ago.

MICHAEL P. SNYDER, Official Court reporter

Gacci - cross by Tunick

1    Q.  Okay.  And how many members of the public were there?  How

2    many members can you estimate?

3    A.  Approximately 100.

4    Q.  Okay.  And where was this at, the same place?

03:44:14    5    A.  No.  It was a different type of conference in Washington

6    D.C..

7    Q.  What do you mean different type of conference?  What does

8    that mean?

9    A.  It was organized by a trade group.

03:44:22    10    Q.  So you presented to the trade group?  Is that what you're

11    telling us?

12    A.  Right.  It's basically a group of professionals engaged in

13    export controls.

14    Q.  Professionals engaged in export controls.

03:44:34    15          And they paid for this conference, correct?

16    A.  No, that was free.

17    Q.  You said that it's published in the Federal Register,

18    specially designated nationals.  What is the citation to the

19    Federal Register?

03:44:52    20    A.  It's continuously updated.

21    Q.  What is the citation?  What is the Code of Federal

22    Regulation you're referring to, ma'am?

23    A.  Well, it's the Federal Register in general.  There would be

24    many citations because the list is continually updated.  I

03:45:07    25    wouldn't know it off the top of my head.

MICHAEL P. SNYDER, Official Court reporter

Gacci - cross by Tunick

183

1    Q.   Okay.  Now, this list of specially designated nationals,

2    how many different countries are on this list?  How many

3    different countries?

4    A.   OFAC administers approximately 25 sanctions programs.  Not

03:45:37    5    all of them apply to countries.

6    Q.   Okay.

7    A.   Within that, I'm going to say about 20 different countries.

8    That's an estimate.

9    Q.   Well, how -- if you actually looked at your list, the

03:45:55    10   specially designated national list, it's fair to say it's more

11   than 20, isn't it?

12   A.   I'm not sure it's fair to say that.  I think it's

13   approximately 20.

14   Q.   So there's 100,000 names for 20 countries?  Is that your

03:46:13    15   testimony?

16   A.   Right.  There are different, you know, there are different

17   sanctions programs administered by OFAC.  Only some of them

18   apply to countries.  Some of them apply to different activity

19   or behavior that the President has decided to target with

03:46:26    20   sanctions.

21   Q.   The 100,000 names, that's individuals and organizations,

22   correct?

23   A.   For the most part, yes.

24   Q.   And it's your testimony those 100,000 names only apply to

03:46:39    25   20 different countries?  Is that your testimony?

MICHAEL P. SNYDER, Official Court reporter

1    A.   Right.  I'm talking about the subject of the sanctions

2    programs, the types of sanctions that are administered by OFAC.

3    Q.   I'm talking about the entire list, the entire list of

4    specially designated nationals, the 100,000.  There's numerous

03:46:59    5    countries it applies to, isn't that true?

6    A.   It is true that the list -- the list applies to certain

7    countries.  The sanctions target certain countries, and it also

8    targets certain activities.  The activities won't be with

9    regard to a country.

03:47:17    10         So, for example, if the activity is narco-trafficking,

11   a person designated under narco-trafficking as a specially

12   designated national could be located in a variety of different

13   countries.  In that respect, the people on the list may be from

14   many different countries.

03:47:34    15         But what I'm trying, what I was trying to suggest is

16   that our sanctions programs, when they are targeted at

17   countries, there aren't that many countries that are subject to

18   sanctions.

19   Q.   You're an attorney, correct?

03:48:11    20   A.   Yes.

21   Q.   So you should -- you're familiar with the entire Code of

22   Federal Regulations, correct?

23   A.   I have -- I'm familiar with the Code of Regulations as a

24   general matter.  I --

03:48:25    25   Q.   You can answer the question.

                    MICHAEL P. SNYDER, Official Court reporter

Gacci - redirect by Jonas

185

```
 1    A.  I do not call myself as completely familiar with every
 2    single regulation in the Code.
 3    Q.  The Code of Federal Regulations is a vast resource, isn't
 4    that correct, ma'am?
 5    A.  Yes.
 6    Q.  It has many, many volumes, isn't that correct?
 7    A.  Yes.
 8            MR. TUNICK:  Nothing else, Judge.
 9            THE COURT:  Anything further?
10            MR. JONAS:  Yes, Judge.
11                       REDIRECT EXAMINATION
12    BY MR. JONAS:
13    Q.  Miss Gacci, just to be clear, you talked about countries
14    that are part of sanction programs?
15    A.  Yes.
16    Q.  And there's 100,000 names.
17            We've -- when I was questioning you, I talked about
18    the Zimbabwe individuals who are part of the Zimbabwe
19    government that are specially designated nationals, right?
20    A.  Yes.
21    Q.  When you're talking about countries that are designated, is
22    that what you mean?
23    A.  Correct.
24    Q.  Are there sanctions against a country?
25    A.  Yes.
```

MICHAEL P. SNYDER, Official Court reporter

Gacci - redirect by Jonas

186

1  Q.  Okay.  Is there, for OFAC's purposes, are there sanctions

2  against Zimbabwe that OFAC administers, the country of

3  Zimbabwe?

4  A.  Right, there are sanctions targeted at the situation in the

03:49:36  5  country of Zimbabwe, but there aren't sanctions on the entire

6  government of Zimbabwe.  It would just be targeting a situation

7  in Zimbabwe.

8  Q.  But the sanctions that OFAC administers are where

9  individual members of the Zimbabwe government are designated?

03:49:49  10  A.  Correct.

11  Q.  Now, Mr. Tunick asked you about the Zimbabwe Development

12  and Recovery Act, I think it's called ZDERA for short?

13  A.  Yes.

14  Q.  Are you familiar with that?

03:50:03  15  A.  I'm generally familiar with it.

16  Q.  Does OFAC -- is that a sanction program against the country

17  of Zimbabwe?

18  A.  No.

19  Q.  Does OFAC administer that program?

03:50:11  20  A.  No.

21  Q.  So that's not your area?

22  A.  Right.

23  Q.  Mr. Tunick was talking about the OFAC website, the

24  Department of Treasury website?

03:50:20  25  A.  Yes.

MICHAEL P. SNYDER, Official Court reporter

Gacci - redirect by Jonas

1  Q.  And he was asking you about ways to get to the specially

2  designated national list?

3  A.  Yes.

4  Q.  Is there an easy way to get to the Zimbabwe SDN list?

03:50:29   5  A.  Yes.  An easy way is to Google Zimbabwe sanctions.

6  Q.  Will that get you to the list?

7  A.  Right, it will.

8  Q.  Does OFAC offer a way for an individual to receive notices

9  regarding certain sanctions programs?

03:50:43  10  A.  Yes.

11  Q.  How does that work?

12         MR. TUNICK:  Objection, beyond the scope.

13         THE COURT:  She may answer.

14  BY THE WITNESS:

03:50:51  15  A.  OFAC offers a way to sign up for updates by giving an email

16  address on our website.

17  Q.  Who gives the email address?

18  A.  A member of the public wanting to receive updates.

19  Q.  So they would just go to the OFAC website and --

03:51:06  20  A.  And click on a link that says "Sign up for updates."

21  Q.  Are there updates for specific sanction programs?

22         MR. TUNICK:  Objection.

23  BY THE WITNESS:

24  A.  Yes.

03:51:15  25         MR. TUNICK:  Beyond the scope.

MICHAEL P. SNYDER, Official Court reporter

1    MR. JONAS:  Judge --

2        THE COURT:  She may answer.

3  BY THE WITNESS:

4  A.  Yes.

03:51:20    5  BY MR. JONAS:

6  Q.  Including Zimbabwe?

7  A.  Yes.

8  Q.  What information does a person get when they sign up for

9  these updates?

03:51:26   10  A.  A person gets updates about new developments in the

11  sanctions program.  That would be people who are added to our

12  list, it would be new regulations issued, other types of

13  actions, things like that.

14  Q.  Does OFAC maintain records of individuals who sign up for

03:51:42   15  these alerts?

16  A.  OFAC has access to a database of records of people who

17  signed up for the list.

18  Q.  Prior to testifying, were you asked to check if an email

19  address theafricanenvoy@yahoo.com registered to receive updates

03:51:57   20  on the Zimbabwe sanctions?

21        MR. TUNICK:  Objection.  Objection.

22        THE COURT:  She may answer.

23        MR. TUNICK:  No found --

24  BY THE WITNESS:

03:52:03   25  A.  Yes.

MICHAEL P. SNYDER, Official Court reporter

Case: 1:13-cr-00572 Document #: 251 Filed: 04/16/15 Page 189 of 232 PageID #:1756
Gacci - recross by Tunick
189

BY MR. JONAS:

Q.  What was the results of your checking?

A.  I checked and found that the email address
theafricanenvoy@yahoo.com had signed up for Zimbabwe updates in
October of 2010.

      MR. JONAS:  No further questions, Judge.

      THE COURT:  Anything further?

      MR. TUNICK:  Yes.

            RECROSS-EXAMINATION

BY MR. TUNICK:

Q.  Ma'am, when you gave a presentation to the businesses that
were import and export control, OFAC imposes simple penalties
against businesses, correct?

      MR. JONAS:  Your Honor, objection.  This is now beyond
the scope of redirect and cross.  He's going back to his cross.

      THE COURT:  Sustained.

BY MR. TUNICK:

Q.  Well, what was the purpose of the conference with the
import/export laws?

      MR. JONAS:  Objection, Your Honor.

      MR. TUNICK:  I'm sorry, Judge.  That was a bad
question.  I'll strike that question.

      THE COURT:  Okay.

      MR. TUNICK:  Could I have a moment, Your Honor?

      THE COURT:  Yes, go ahead.

      MICHAEL P. SNYDER, Official Court reporter

Bowens - direct by Recker

190

1       (Pause.)

2   BY MR. TUNICK:

3   Q.  You're from Washington D.C., correct?

4   A.  Correct.

03:54:02    5   Q.  And you testify in trials across the country?

6   A.  No.

7   Q.  Have you ever given a seminar outside of Washington D.C.?

8           MR. JONAS:  Objection, Your Honor.  Again, he's going

9   back to his cross.

03:54:17    10          MR. TUNICK:  No further questions.

11          MR. JONAS:  I have no questions.

12          THE COURT:  All right, you're excused.

13          THE WITNESS:  Thank you.

14      (Witness excused.)

03:54:25    15          MR. RECKER:  The United States calls Patrick Bowens.

16           PATRICK BOWENS, PLAINTIFF'S WITNESS, SWORN

17          THE COURT:  Please be seated.

18          MR. RECKER:  Your Honor, may I approach the witness to

19  place something in front of him?

03:55:22    20          THE COURT:  Sure.  You don't need to ask.  Thank you.

21                  DIRECT EXAMINATION

22  BY MR. RECKER:

23  Q.  Could you state and spell your name for the record.

24  A.  My name is Patrick B. Bowens, B-o-w-e-n-s.

03:55:36    25  Q.  Where do you work, Mr. Bowens?

MICHAEL P. SNYDER, Official Court reporter

Bowens - direct by Recker

1   A.  For the FBI.

2   Q.  And what is your job title with the FBI?

3   A.  I'm a supervisory special agent.

4   Q.  What does it mean to be a supervisory special agent with

03:55:48   5   the FBI?

6   A.  It means you supervise other FBI employees.

7   Q.  And do you in fact supervise employees in your position?

8   A.  Yes, I do.

9   Q.  How long have you worked for the Federal Bureau of

03:56:00   10   Investigation?

11   A.  17 years.

12   Q.  And what current office are you assigned to?  Where do you

13   work?

14   A.  I work in Quantico Virginia.  I'm assigned TICTU,

03:56:12   15   T-I-C-T-U.

16   Q.  What does -- could you tell the jury what TICTU stands for?

17   A.  It's an acronym for the Telecommunications Intercept and

18   Collection Technology Unit.

19   Q.  And is your unit part of a larger division within the FBI?

03:56:27   20   A.  Yes, it is.

21   Q.  And what is that division called?

22   A.  It's called OTD, which is the Operational Technology

23   Division.

24   Q.  And is that located, that division located in a specific

03:56:40   25   building in Quantico, Virginia?

MICHAEL P. SNYDER, Official Court reporter

Bowens - direct by Recker

1   A.   Yes.

2   Q.   What is that location called?

3   A.   It's called ERF, acronym, Engineer Research Facility.

4   Q.   Okay.  What does your unit generally do for the FBI?

03:56:54   5   A.   We make it possible and make sure we supply equipment for

6   all of the telephone intercepts throughout the bureau.

7   Q.   Okay.  What are your current responsibilities within your

8   unit?

9   A.   I have administrative oversight for the collection, which

03:57:12   10   is intercept of telephones, collection of telephone.

11   Q.   Of telephone calls?

12   A.   Calls, that's correct.

13   Q.   Okay.  Where did you work prior to working in Quantico,

14   Virginia?

03:57:24   15   A.   I was in Washington, D.C. at the Washington field office.

16   Q.   And what types of matters did you work on in the Washington

17   field office?

18   A.   I was there for 11 years.  I was first with the applicants

19   division, applicants squad for like a year and a half.  Then I

03:57:40   20   went to SOG, which is Special Operations Group, which is

21   physical surveillance.  Then D.C. public corruption and fraud,

22   I was there for almost five years.  And then I became a tech

23   agent for the last three years.

24   Q.   Okay.  You mentioned you were a tech agent.  Could you

03:57:57   25   explain for the jury what that means.

MICHAEL P. SNYDER, Official Court reporter

Bowens - direct by Recker

1    A.  Yes, a tech agent is a special agent who after some time in

2    the bureau decides to pursue the technical aspects of

3    investigations, the electronic surveillance, whether it be

4    video, audio, things of that nature.

03:58:14    5    Q.  Is there any special training that FBI agents take to

6    become tech agents?

7    A.  Yes.  FBI agents take several courses that are one week to

8    two weeks long.  There's a certain basic process for that.

9    It's all of the equipment that the FBI deploys for their

03:58:31    10   technical investigations.

11   Q.  What is an example of a FBI technical investigation?

12   A.  Intercept of telephone calls.

13   Q.  Okay.  Is there also on-the-job training for, to become a

14   tech agent or while you're initially a tech agent?

03:58:47    15   A.  Yes, there's on-the-job training for sometimes a year and a

16   half, two and a half years.

17   Q.  Where did you work prior to joining the Federal Bureau of

18   Investigation?

19   A.  I was in North Carolina.  I was in law enforcement for nine

03:59:02    20   years.  I was a deputy sheriff for two years in North Carolina

21   and a police officer for four years in Greensboro and also a

22   detective for three years in Greensboro, North Carolina.

23   Q.  And could you summarize your education for the jury.

24   A.  Yes, I have a Bachelor of Science degree in criminal

03:59:23    25   justice and a minor in military science.

MICHAEL P. SNYDER, Official Court reporter

Bowens - direct by Recker

194

1    Q.  Are you familiar with the procedures that the FBI uses to

2    intercept telephone calls?

3    A.  Yes, sir, I am.

4    Q.  Telephone calls pursuant to a lawful court order?

03:59:39    5    A.  Yes.

6    Q.  Intercept calls pursuant to a lawful court order?

7    A.  Yes, sir, I am.

8    Q.  I want to ask you a little bit about the FBI's interception

9    of wireless communications.

03:59:51    10    Can you describe what wireless communications are?

11    A.  A good example would just be a cell call, cell telephone

12    call.

13    Q.  In front of you should be what's marked as Government's

14    Demonstrative Exhibit 1.  Do you see that?

04:00:04    15    A.  Yes, sir, I do.

16    Q.  Can you explain what, just explain what that is?

17    A.  Yes, it's a wireless CALEA intercept.

18    Q.  Just generally what the document is.

19    A.  It's an exhibit of how phone calls are made and how they

04:00:22    20    are intercepted.

21    Q.  Would this diagram help you in explaining your testimony

22    today?

23    A.  Yes, sir, it would.

24    MR. JONAS:  Your Honor, I move to publish Government's

04:00:33    25    Demonstrative Exhibit 1 to the jury.

MICHAEL P. SNYDER, Official Court reporter

Bowens - direct by Recker

1        MR. TUNICK:  No objection.

2        THE COURT:  Okay.

3  BY MR. RECKER:

4  Q.  Could you read the title of this document.

04:00:47  5  A.  Yes, sir, it says "Wireless CALEA intercepts."

6  Q.  What is CALEA?

7  A.  CALEA stands for the Communications Assistance For Law

8  Enforcement Act.

9  Q.  And just generally, what is that?

04:00:57  10  A.  It was enacted back in 1994, and it mandated or ordered

11  phone companies, telecommunications providers to assist law

12  enforcement with the intercept of telephone calls, lawfully

13  intercepted telephone calls.

14  Q.  Does that include wireless communications as well?

04:01:16  15  A.  Yes, sir, it does.

16  Q.  I want to refer you to the left-hand side of this diagram.

17  Can you just explain how a wireless call makes its way through

18  a telephone system.

19  A.  Yes, sir.  Any time you have a telephone call, you see the

04:01:35  20  cell phone, outdated telephone there, it goes to a tower.  The

21  tower then goes to the telephone switch, the telephone

22  provider's switch.  The switch routes the call to the intended

23  designation.

24  Q.  What is a telephone switch?  What does it do?

04:01:52  25  A.  The telephone switch routes the call to the destination.

MICHAEL P. SNYDER, Official Court reporter

Bowens - direct by Recker

1  Q.  And on the left-hand side of this diagram, do you see where

2  it says "Target cell phone"?

3  A.  Yes, sir.

4  Q.  What is a target cell phone?

04:02:10  5  A.  That is the person that the FBI is investigating.

6  Q.  All right.  Let's talk about the actual interception of

7  wireless communications that the FBI conducts.  Referring to

8  the right side of this diagram, can you first explain where the

9  interception occurs of a wireless communication or a cell phone

04:02:37  10  call?

11  A.  Yes, sir.  It occurs at the telephone switch there in the

12  center.

13  Q.  Okay.  And once it's intercepted, what happens to the

14  telephone call?

04:02:47  15  A.  Okay.  The carrier provision and function down in the

16  middle of the chart, any time that there has been a court order

17  delivered and served in this case, any call that goes from the

18  target cell phone to the intended destination is intercepted by

19  the telephone company.  That information, when I say

04:03:14  20  "intercepted," it's not like you intercept a football pass.  It

21  continues to go through, but it's also routed to the FBI, and

22  we are a silent third party.

23  Q.  Now, again looking at the side of this diagram, does the

24  whole call in one piece go to the FBI or is it split into

04:03:32  25  pieces?

MICHAEL P. SNYDER, Official Court reporter

Bowens - direct by Recker

1    A.  It is split into pieces.  Every phone call has two parts to

2    it.

3    Q.  Okay.  On the top part it says, can you read what the

4    yellow line on the top right part of the diagram says.

04:03:45    5    A.  It says, "Call data."

6    Q.  So what is call data?

7    A.  Call data, you can think of it as being like your phone

8    bill.  It's the date of the call, the time of the call,

9    duration of the call, who was called or who is calling you,

04:04:01    10    things of that nature.

11    Q.  Okay.  Where does that information go?

12    A.  That goes to my building, the Engineering Research Facility

13    and actually to my unit, and then it is sent to the field

14    office that requested the intercept in the first place.

04:04:15    15    Q.  And is that sort of an automatic process or does it require

16    personnel to, you know, operate certain systems to cause that

17    to happen?

18    A.  It's done by the phone company through their switch, and

19    that is automatic after setup.

04:04:31    20    Q.  So once the call data information is received by the FBI at

21    your facility, the picture of which is there, does somebody at

22    that facility need to do anything to route the call data

23    information to the field office?

24    A.  No.  Once it's set up, it's automatic.

04:04:48    25    Q.  Okay.  Let's talk a little bit about the green information

Bowens - direct by Recker

1  in the lower part.  What does that say?  Can you describe that

2  part of it?

3  A.  Yes, that's the second part of the call.  It's called the

4  call content channel.

04:05:02  5  Q.  And what is call content?

6  A.  It's voice, it's the actual conversation between the two

7  parties.

8  Q.  Okay.  And once the telephone communication -- telephone

9  company intercepts the call and splits off the call content

04:05:18  10  information, where does that information go?

11  A.  That goes directly to the field office.

12  Q.  And what's an example of an FBI field office or location?

13  A.  The Chicago field office.

14  Q.  Okay.  What happens to the call data information and the

04:05:36  15  call content information at the FBI field office?

16  A.  Okay.  As I talked about earlier, it's temporarily split.

17  When it gets to the FBI field office, it's married back up in a

18  location called the CMP, which is the Central Monitoring Plant.

19  Q.  Okay.  Is that a secure area within an FBI field office?

04:05:59  20  A.  Yes, it is.  There is controlled access in and out of that

21  area.

22  Q.  And do only certain personnel with the FBI have access to

23  that facility?

24  A.  That's correct.

04:06:07  25  Q.  And is there like a badge control to that facility?

MICHAEL P. SNYDER, Official Court reporter

Bowens - direct by Recker

1  A.  Yes, sir, there is controlled access.  If you're not an

2  administrative person working in that particular part of the

3  building, they have to badge you and allow you to come in.

4  Q.  Okay.  So once the call data information and the call

04:06:27   5  content information is married back up at the FBI field office,

6  for example, here in Chicago, is that put into any sort of

7  electronic FBI system?

8  A.  Yes.  It goes into a system called Red Tiger.

9  Q.  And how long are calls retained in this Red Tiger system?

04:06:47  10  A.  It's indefinite.

11  Q.  Okay.  So if an FBI case agent, for example, in a field

12  office wants to listen to telephone calls, wireless telephone

13  calls that have been intercepted by the FBI, how do they go

14  about doing that in the field office?

04:07:04  15  A.  If they have been assigned to the case and have access,

16  then it is sent from that CMP to a location where other audio

17  work stations, and they can log onto that audio work station a

18  part of the Red Tiger system and listen to the call.

19  Q.  So the audio work stations you mentioned, are those outside

04:07:23  20  of the Central Monitoring Plant?

21  A.  Yes, sir, they are.

22  Q.  Okay.  Do FBI case agents have access to all wireless

23  telephone calls or telephone calls that the FBI intercepts?

24  A.  Absolutely not.

04:07:36  25  Q.  Can you explain the process, what they have access to and

MICHAEL P. SNYDER, Official Court reporter

Bowens - direct by Recker

200

1   approvals they would need?

2   A.  It is generally assigned by the supervisory special agent

3   of that squad through our, through the case agent by the

4   administrator that's in the CMP, and they will give them access

04:07:57   5   to the cases.  It's not, you can't go to anybody's cases.  It's

6   very case specific.  You have to be on that case itself.

7   Q.  So does an FBI case agent need supervisory approval for

8   access to individual cases and calls that relate to those

9   cases?

04:08:13   10   A.  The supervisor assigns the cases in the first place, yes.

11   Q.  When case agents are listening to calls on the Red Tiger

12   system at the FBI field office, can they change the content of

13   the calls?

14   A.  No, they cannot.

04:08:28   15   Q.  So it's basically just a listening station?

16   A.  That's correct.

17   Q.  Can an FBI case agent download calls from the Red Tiger

18   system and put them onto a disk?

19   A.  At the CMP, yes.

04:08:44   20   Q.  In the Central --

21   A.  Central Monitoring Plant, yes, sir.

22   Q.  And for the calls that are stored in the Red Tiger system,

23   are they marked with any kind of unique identifier?

24   A.  Yes, sir, they are.

04:08:58   25   Q.  And could you describe what that identifier is.

MICHAEL P. SNYDER, Official Court reporter

Bowens - cross by Tunick

201

A.  It's called a digital signature.  Digital signature
receives call, and once the call comes in, there's an algorithm
that compares what is received from the phone company to the
storage area network.  When it's recorded to that, it compares
it to make sure that what is received is what was actually
recorded.  It then assigns a digital signature which is
equivalent to a digital fingerprint, it's unique, unique to
that particular call.

Q.  What does that identifier assist you to determine?

A.  It insures that the phone call has not been tampered with
in any way, shape or form.  If it has been tampered with, it
will not receive a digital signature or digital fingerprint.

THE COURT:  Is that it?

MR. RECKER:  That's it.  Sorry, Your Honor.

THE COURT:  Go ahead.

MR. TUNICK:  Thank you, Your Honor.

CROSS-EXAMINATION

BY MR. TUNICK:

Q.  Are you familiar with any of the calls that were
intercepted in this case, sir?

A.  No, I am not.

Q.  Are you familiar with any of the phone numbers that were
intercepted in this case?

A.  I am not.

Q.  In fact, the Red Tiger program, you said it stores

MICHAEL P. SNYDER, Official Court reporter

Case: 1:13-cr-00572 Document #: 251 Filed: 04/16/15 Page 202 of 232 PageID #:1769
Bowens - cross by Tunick
202

1    telephone data indefinitely, correct?

2    A.  That's correct.

3    Q.  It lets the FBI go back in time and listen to phone calls,

4    correct?

04:10:37    5    A.  Yes, absolutely.

6    Q.  And that does that for an indefinite period of time,

7    correct?

8    A.  Unless the case is disposed of, yes.

9    Q.  Well, there isn't -- you don't know anything about this

04:10:51    10    case, do you?

11    A.  No, I do not.

12    Q.  And when you say "indefinite," indefinite means that it can

13    store it for ten years, correct?

14    A.  That's correct.

04:11:01    15    Q.  20 years, correct?

16    A.  Correct.

17    Q.  And, in fact, the Red Tiger program, does the FBI listen to

18    the calls while they are occurring?

19    A.  Sometimes yes and sometimes no.

04:11:19    20    Q.  In this case -- well, sometimes yes and sometimes no.  In

21    this case, do you know if the FBI listened to any of the calls

22    while they were occurring?

23    A.  I do not know that.

24    Q.  Do you know how many calls were listened to?

04:11:37    25    A.  In this case?

MICHAEL P. SNYDER, Official Court reporter

Bowens - redirect by Recker

203

1   Q.  Yes.

2   A.  No, I don't.

3   Q.  Do you know the agent in charge of who was monitoring the

4   Red Tiger program at the time these calls were recorded, sir?

04:12:13   5   A.  No, I do not.

6   Q.  And you're the supervisor, is that correct?

7   A.  Supervisor at Quantico, Virginia, TICTU, that's correct.

8   Q.  Do you know where these calls got recorded, what database

9   they got recorded to?

04:12:29   10   A.  I know they went into the Red Tiger system.  No, I do not.

11   Q.  But they go into different FBI databases, correct?

12   A.  Yes.

13   Q.  You said they get stored in different locations, right?

14   A.  That's correct.

04:12:41   15   Q.  Do you know where the calls in this case were stored?

16   A.  It should have been on the storage area network in Chicago.

17   Q.  But do you know?

18   A.  I do not know that.

19          THE COURT:  Anything further?

04:13:21   20          MR. TUNICK:  No, Your Honor.  Thank you.

21          THE COURT:  Anything further from the government?

22          MR. JONAS:  Yes, Your Honor.

23                     REDIRECT EXAMINATION

24   BY MR. RECKER:

04:13:30   25   Q.  Referring you again back to this diagram, Government

                   MICHAEL P. SNYDER, Official Court reporter

Bowens - recross by Tunick

1    Demonstrative 1.

2         Is this a diagram that essentially describes standard

3    operating procedure for the FBI in intercepting telephone

4    calls?

04:13:42    5    A.  Yes, sir, it does.

6    Q.  Does it also depict how the FBI intercepts, standard

7    procedures that the FBI utilizes to intercept wireless

8    communications?

9    A.  Yes, sir, it does.

04:13:53    10   Q.  Okay.  The systems at your building in Quantico, Virginia,

11   and at field offices around the United States, are they the

12   same in each field office, the same type of system that these

13   calls are stored into?

14        MR. TUNICK:  Objection, foundation.

04:14:13    15        THE COURT:  He may answer.

16   BY THE WITNESS:

17   A.  Yes, they are the same system.

18   BY MR. RECKER:

19   Q.  Are you aware of any other procedures the FBI uses to

04:14:21    20   intercept wireless communications?

21   A.  No, I'm not.

22        MR. RECKER:  Nothing further.

23             FURTHER RECROSS-EXAMINATION

24   BY MR. TUNICK:

04:14:30    25   Q.  So you testified that you're familiar with all the storage

                MICHAEL P. SNYDER, Official Court reporter

Johnson - direct by Gallo

205

1  areas the FBI has, correct?  They all have the same procedures,

2  correct?

3  A.  Same procedures, that's correct.

4  Q.  And how many different ones are there?

04:14:45  5  A.  There's 14 regional hubs.

6  Q.  And how many different storage locations for these phone

7  calls?

8  A.  There's 14, should be 14 regional hubs.

9  Q.  And you don't know where the phone calls in this case are

04:14:59  10  stored, correct?

11  A.  No, I don't.

12          MR. TUNICK:  Nothing else.

13          THE COURT:  Anything further?

14          MR. RECKER:  Nothing further, Your Honor.

04:15:09  15          THE COURT:  All right.  You're excused.  Thank you.

16      (Witness excused.)

17          THE COURT:  Please call your next witness.

18          MR. JONAS:  Your Honor, the United States calls Susan

19  Johnson.

04:15:18  20          And as we discussed the other day, we are going to

21  have our intern Sarah Gallo question her.

22          SUSAN JOHNSON, PLAINTIFF'S WITNESS, SWORN

23          THE COURT:  Please be seated.

24          Go ahead.

04:15:45  25                  DIRECT EXAMINATION

                MICHAEL P. SNYDER, Official Court reporter

Johnson - direct by Gallo

206

BY MS. GALLO:

Q. Please state and spell your name for the Court.

A. Susan Johnson, S-u-s-a-n J-o-h-n-s-o-n.

Q. Where do you work?

04:15:55    A. T-Mobile.

Q. What's T-Mobile?

A. A cellular telephone company.

Q. Miss Johnson, how long have you worked at T-Mobile?

A. 17 years.

04:16:04    Q. What is your title at T-Mobile?

A. I am a senior specialist.

Q. What are your duties as senior specialist?

A. We respond to subpoenas from various law enforcement

agencies across the United States as well as testify in court

04:16:18    across the United States as the custodian of those records.

Q. How long have you had those duties as senior specialist?

A. 17 years.

        THE COURT:  You could probably move back a little from

microphone.  Okay.

04:16:31    BY MS. GALLO:

Q. Miss Johnson, as a result of your work experience at

T-Mobile, have you become familiar with its business

activities?

A. Yes, I have.

04:16:39    Q. Describe T-Mobile's principal business activities.

        MICHAEL P. SNYDER, Official Court reporter

Johnson - direct by Gallo

1  A.  Everything is kept electronically.  We store subscriber

2  information as well as call detail records.

3  Q.  Does T-Mobile compile records in connection with its

4  business activity?

04:16:53  5  A.  Yes, we do.

6  Q.  Does T-Mobile collect and maintain information about its

7  subscribers?

8  A.  Yes.

9  Q.  What kind of information?

04:17:02  10  A.  The accountholders, the date the account was established,

11  the address, date of birth, Social Security number and the

12  telephone number assigned to that subscriber.

13  Q.  Does it also record the end, the date where the service

14  ended?

04:17:16  15  A.  Yes.

16  Q.  Have you become familiar with those records?

17  A.  Yes, I have.

18  Q.  When someone wants T-Mobile service, do they submit an

19  application form?

04:17:26  20  A.  Yes.

21  Q.  What type of information does a prospective subscriber

22  submit?

23  A.  Their name, date of birth, the address and their Social

24  Security number and any contact phone numbers.

04:17:39  25  Q.  When a person becomes a subscriber of T-Mobile, does

MICHAEL P. SNYDER, Official Court reporter

Johnson - direct by Gallo

208

1  T-Mobile assign them a phone number?

2  A.  Yes.

3  Q.  Does T-Mobile assign subscribers an account number?

4  A.  Yes.

04:17:52   5  Q.  Thereafter does T-Mobile prepare and maintain records

6  relating to a subscriber's accounts?

7  A.  Yes.

8  Q.  What type of records?

9  A.  The subscriber information again would be the name of the

04:18:06   10  subscriber, the address, date of birth, Social Security number,

11  account number and the date that the account was established.

12  Q.  Where are these records kept?

13  A.  In our computer database.

14  Q.  Does T-Mobile prepare those records on a regular basis?

04:18:24   15  A.  Yes.

16  Q.  Describe in general terms how those records are maintained.

17  A.  Everything is maintained electronically.

18  Q.  Can this data be retrieved at a later time?

19  A.  Yes.

04:18:36   20  Q.  Can it be printed?

21  A.  Yes.

22  Q.  For what purpose does T-Mobile create and maintain those

23  records?

24  A.  For billing purposes.

04:18:44   25  Q.  Did T-Mobile receive a subpoena calling for the subscriber

MICHAEL P. SNYDER, Official Court reporter

Johnson - direct by Gallo

209

1   information of C. Gregory Turner?

2   A.  Yes.

3        MS. GALLO:  Your Honor, permission to approach the

4   witness?

04:18:54    5        THE COURT:  Yes, go ahead.

6   BY MS. GALLO:

7   Q.  Miss Johnson, do you recognize this document?

8   A.  Yes, I do.

9   Q.  What is it?

04:19:09    10  A.  Subscriber information.

11  Q.  Was this information provided by T-Mobile in response to a

12  grand jury subpoena?

13  A.  Yes, it was.

14  Q.  Is this a printed version of a subscription information

04:19:21    15  maintained by T-Mobile for the phone number (773) 744-6592?

16  A.  Yes.

17       MS. GALLO:  Your Honor, the government moves to offer

18  T-Mobile Exhibit into evidence.

19       THE COURT:  Any objection?

04:19:34    20       MR. LEONARD:  No objection.

21       THE COURT:  It's admitted.

22     (Government Exhibit T-Mobile Exhibit received in

23   evidence.)

24       MS. GALLO:  Permission to publish, Your Honor?

04:19:41    25       THE COURT:  Yes, you may publish.

        MICHAEL P. SNYDER, Official Court reporter

Johnson - direct by Gallo

210

BY MS. GALLO:

Q.  Miss Johnson, on what date did T-Mobile provide this document in response to the subpoena?

A.  September 8, 2010.

Q.  According to T-Mobile's records that you have reviewed, what phone number did T-Mobile provide Mr. Turner?

A.  (773) 744-6592.

Q.  What type of service did T-Mobile provide Mr. Turner?

A.  A cellular telephone service, a flex-pay account.

Q.  What is a flex-pay account?

A.  A flex-pay account is based on the individual's credit.  If they don't have a good credit history, what will happen is we'll assign them a line of credit, for example, a $100 line of credit.  If they reach that hundred dollars within the month, the phone would shut down.  The subscriber then either has the option to pay up that balance of $100 or they can go and purchase prepaid minutes on the account and redeem those minutes so that they can still use their phone.

Q.  On what date did T-Mobile service begin for this account?

A.  January 27, 2010.

Q.  On what date did it end?

A.  August 28, 2011.

Q.  What is the address of this T-Mobile subscriber?

A.  8917 South Colfax, Chicago, Illinois 60617.

          MS. GALLO:  No further questions, Your Honor.

          MICHAEL P. SNYDER, Official Court reporter

Case: 1:13-cr-00572 Document #: 251 Filed: 04/16/15 Page 211 of 232 PageID #:1778
Morton - direct by Alexakia
211

1      MR. LEONARD:  Nothing based upon that, Judge.

2      THE COURT:  All right.  You're excused.

3      THE WITNESS:  Thank you.

4   (Witness excused.)

04:21:25   5      THE COURT:  Please call your next witness.

6      MS. ALEXAKIS:  Your Honor, the government calls Marsha

7   Morton.

8      THE COURT:  Come on up here, please.

9      Raise your right hand.

04:21:47   10      MARSHA MORTON, PLAINTIFF'S WITNESS, SWORN

11      THE COURT:  Please be seated.

12                    DIRECT EXAMINATION

13   BY MS. ALEXAKIS:

14   Q.  Could you please state your name for the record.

04:21:58   15   A.  Marsha Morton.

16   Q.  Could you please spell it?

17   A.  M-a-r-s-h-a M-o-r-t-o-n.

18   Q.  Miss Morton, where do you work?

19   A.  Yahoo.

04:22:08   20   Q.  How long have you worked at Yahoo?

21   A.  Four years.

22   Q.  What is your job title at Yahoo?

23   A.  Custodian of records and paralegal.

24   Q.  And what are your duties as a custodian of records and a

04:22:19   25   paralegal at Yahoo?

MICHAEL P. SNYDER, Official Court reporter

Morton - direct by Alexakia

1    A.  I respond to government requests for information such as
2    search warrants, subpoenas.
3    Q.  Did Yahoo receive a subpoena for information from an email
4    account known as theafricanenvoy at Yahoo.com?
04:22:39    5    A.  Yes.
6    Q.  Did Yahoo respond to that subpoena?
7    A.  Yes.
8    Q.  What information did Yahoo provide in response to that
9    subpoena?
04:22:47   10    A.  We produced internet address logs and the account
11   management profile.
12   Q.  What do you mean by the account management profile?
13   A.  It's a tool we use to capture information when a user signs
14   up for an account, and it contains information they input.
04:23:06   15   Q.  So it's information that the user has provided?
16   A.  Correct.
17            MS. ALEXAKIS:  Your Honor, may I approach the witness?
18            THE COURT:  Yes.
19   BY MS. ALEXAKIS:
04:23:14   20   Q.  Miss Morton, I've handed you what has been marked as
21   Government Exhibit Yahoo Profile.  Do you have that in front of
22   you?
23   A.  Yes.
24   Q.  Do you recognize it?
04:23:29   25   A.  Yes, I do.

            MICHAEL P. SNYDER, Official Court reporter

Morton - direct by Alexakia

213

1  Q.  Can you generally describe it.

2  A.  It's a printout, this is a printout of our account

3  management tool, and it's the information captured when a user

4  signs up for an account.

04:23:39  5  Q.  And is it the information capture for a particular email

6  account?

7  A.  Yes, I'm sorry, for theafricanenvoy email account.

8  Q.  Is the information in the user profile reported by Yahoo at

9  or about the time that a user provides it?

04:23:54  10  A.  Yes.

11  Q.  Does Yahoo make the user profile as part of its regular

12  course of business?

13  A.  Yes.

14  Q.  Does Yahoo keep and maintain the user profile as part of

04:24:03  15  its regular course of business?

16  A.  Yes.

17          MS. ALEXAKIS:  Your Honor, at this time the government

18  moves to admit Government Exhibit Yahoo Profile into evidence.

19          THE COURT:  Any objection?

04:24:13  20          MR. TUNICK:  No, Your Honor.

21          THE COURT:  It's admitted.

22     (Government Exhibit Yahoo Profile received in evidence.)

23          MS. ALEXAKIS:  May we publish?

24          THE COURT:  Yes.

04:24:19  25  BY MS. ALEXAKIS:


          MICHAEL P. SNYDER, Official Court reporter

Morton - direct by Alexakia

214

1  Q.  Miss Morton, looking at Government Exhibit Yahoo Profile,

2  what is the name of the user associated with the email account

3  theafricanenvoy@yahoo.com?

4  A.  The full name given was Mr. Gregory Turner.

04:24:32  5  Q.  Miss Morton, did Yahoo also receive a search warrant in

6  connection with this email account?

7  A.  Yes.

8  Q.  What did Yahoo do in response to that search warrant?

9  A.  We provided email contents, IP address logs and an account

04:24:47  10  profile, paper copy.

11  Q.  How did Yahoo provide its response to the search warrant?

12  A.  We copied it onto a DVD.

13  Q.  Miss Morton, I've handed you what's been marked as

14  Government Exhibit Yahoo Disk.  Do you have that in front of

04:25:10  15  you?

16  A.  Yes.

17  Q.  Do you recognize that exhibit?

18  A.  Yes.

19  Q.  What is it?

04:25:14  20  A.  It's the disk that we put the email content on and the IP

21  address on.

22  Q.  And this is the email content from what email account?

23  A.  From theafricanenvoy@yahoo.com.

24  Q.  How do you know that that's the disk that Yahoo provided in

04:25:31  25  response to the search warrant?

MICHAEL P. SNYDER, Official Court reporter

1  A.  It's labeled consistent with our labeling process for disks

2  when we respond to search warrants.

3  Q.  Is there a particular reference number on that disk?

4  A.  Yes.

5  Q.  And prior to coming to testify today, did you confirm that

6  the reference number on that disk matches the reference number

7  assigned to the search warrant by Yahoo?

8  A.  Yes.

9       MS. ALEXAKIS:  At this time, Your Honor, the

10 government has no further questions.

11      THE COURT:  All right.  Any questions?

12      MR. TUNICK:  No questions.

13      THE COURT:  All right.  You're excused.

14    (Witness excused.)

15      THE COURT:  Please call your next witness.

16      MR. JONAS:  Your Honor, may we have a very quick

17 sidebar?

18    (Proceedings at sidebar.)

19      MR. JONAS:  This is it.  He's ready to go.  I can put

20  him on.  He's going to be like four to five hours.  Given the

21  time, I don't know if you want to start.

22      THE COURT:  Yes, I do.

23      MR. JONAS:  That's fine.  Okay.

24      THE COURT:  I think it's important that the jury know

25 that we are going ahead.


       MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

216

1        MR. JONAS:  Okay.

2          (End of discussion at sidebar.)

3        MR. JONAS:  Your Honor, at this time the government

4   calls Steve Noldin to the stand.

04:27:11   5        THE COURT:  Raise your right hand, please.

6        STEVEN D. NOLDIN, PLAINTIFF'S WITNESS, SWORN

7        THE COURT:  Please be seated.

8                    DIRECT EXAMINATION

9   BY MR. JONAS:

04:27:24   10  Q.  Would you please state and spell your name.

11  A.  Steven D. Noldin, S-t-e-v-e-n N-o-l-d-i-n.

12  Q.  Mr. Noldin, what do you do for a living?

13  A.  I'm an FBI special agent.

14  Q.  What's a special agent?

04:27:39   15  A.  It's a term given to agents within the FBI.

16  Q.  What do you do as an FBI agent?

17  A.  Work on matters of white collar crime matters, generally

18  public corruption, fraud against the government matters.

19  Q.  How long have you been an FBI agent?

04:27:53   20  A.  Since about June of 2008.

21  Q.  Where are you based?

22  A.  Here in Chicago.

23  Q.  Have you always been an FBI agent in Chicago since you

24  first became an agent?

04:28:04   25  A.  No.  I was in Richmond, Virginia, for four years.

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1  Q.  Are you familiar with the investigation of the defendant

2  Greg Turner?

3  A.  Yes, I am.

4  Q.  Have you reviewed any of the material gathered during the

04:28:14  5  course of your investigation?

6  A.  I have.

7  Q.  Of the material that you reviewed by category, can you tell

8  us what you've looked at.

9  A.  Telephone calls, emails.

04:28:24  10  Q.  Whose telephone calls and emails?

11  A.  Mr. Turner's.

12  Q.  Focusing on the emails, how were the emails obtained?

13  A.  Through a court order.

14  Q.  Is that a search warrant?

04:28:34  15  A.  Yes.

16  Q.  Where was the search warrant issued to?

17  A.  Yahoo.

18  Q.  And did Yahoo respond?

19  A.  They did.

04:28:41  20       MR. JONAS:  One moment, Your Honor?

21       (Pause.)

22  BY MR. JONAS:

23  Q.  Agent Noldin, in front of you, you should have what's been

24  marked but not admitted as Government's Exhibit Yahoo.

04:28:55  25  A.  Yes.


                MICHAEL P. SNYDER, Official Court reporter

Case: 1:13-cr-00572 Document #: 251 Filed: 04/16/15 Page 218 of 232 PageID #:1785
Noldin - direct by Jonas
218

1  Q.  Are you familiar with that disk?

2  A.  I am, yes.

3  Q.  Is this a disk that Yahoo provided in response to the email

4  search warrant?

04:29:02   5  A.  It is.

6  Q.  And what account was the email search warrant for?

7  A.  Theafricanenvoy@yahoo.com.

8  Q.  Whose account was that?

9  A.  Mr. Turner's.

04:29:12  10  Q.  Did you identify emails to discuss in court today that were

11  on that disk?

12  A.  I did, yes.

13  Q.  And before you --

14         MR. JONAS:  Your Honor, may I approach?

04:29:25  15         THE COURT:  Yes.

16  BY MR. JONAS:

17  Q.  I'm going to give you a binder.  I think it may be a little

18  easier to discuss.

19         Are you familiar with the items that are in that

04:29:34  20  binder?

21  A.  Yes, I am.

22  Q.  What are they?

23  A.  They are emails from the account of Gregory Turner.

24  Q.  Theafricanenvoy?

04:29:43  25  A.  Theafricanenvoy@yahoo.com.

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

1  Q.  Approximately how many emails were provided to the FBI on

2  that disk?

3  A.  Approximately 6,000.

4  Q.  Were they all in the inbox, sent box, outbox?

04:29:56  5  A.  They were all from the sent box.

6  Q.  Were there any in the inbox?

7  A.  No, there were not.

8  Q.  Is that -- are the emails in that binder from that disk?

9  A.  Yes, they are.

04:30:05  10  Q.  Did you verify that?

11  A.  I have, yes.

12  Q.  Are there 6,000 emails in that binder?

13  A.  No, there are not.

14  Q.  Are you going to testify about 6,000 emails?

04:30:12  15  A.  No, I'm not.

16  Q.  How long would we be here if you did?

17  A.  A long time.

18       MR. JONAS:  Your Honor, I just want to clarify for the

19  record.

04:30:22  20  BY MR. JONAS:

21  Q.  In that binder, it's just the emails from

22  theafricanenvoy@yahoo.com?

23  A.  That's correct.

24       MR. JONAS:  Your Honor, at this time I would offer

04:30:30  25  into evidence Government's Exhibits GT Emails 1 through 123

Noldin - direct by Jonas

220

1   less the numbers 15, 18, 19, 22, 71, 77 and 99.

2          THE COURT:  Any objection?

3          MR. TUNICK:  I have no objection to the foundation, to

4   the admission, but before publication there might be

04:30:56   5   objections.

6          THE COURT:  Okay.

7          MR. TUNICK:  So for purposes of today, no objection.

8          THE COURT:  All right.  They are admitted, I guess.

9          (Said Government Exhibit GT Emails received in evidence.)

04:31:08   10          THE COURT:  If you want to publish one, refer to which

11   it is and see if he has an objection, and I'll see what it

12   would be.

13          MR. JONAS:  Okay, Judge.  I'm going to publish a large

14   number of them, but we'll go one by one.

04:31:18   15          THE COURT:  Well, when we finish today, we probably

16   can go over those and find out which ones he has an objection

17   to.

18          MR. JONAS:  Yes, Judge.

19   BY MR. JONAS:

04:31:27   20   Q.  Agent Noldin, are you familiar with the emails in that

21   binder?

22   A.  Yes.

23   Q.  Just very briefly, can you just tell us what they are

24   about?

04:31:35   25   A.  Generally speaking, the emails contain letters and

              MICHAEL P. SNYDER, Official Court reporter

Case: 1:13-cr-00572 Document #: 251 Filed: 04/16/15 Page 221 of 232 PageID #:1788
Noldin - direct by Jonas
221

1   correspondence from theafricanenvoy @yahoo.com email account

2   arranging for trips for various political officials and others

3   to travel to Zimbabwe.

4           MR. TUNICK:  Objection.  The emails speak for

04:31:51   5   themselves.

6           MR. JONAS:  Your Honor, he can give an overview of

7   what he's about to testify about.

8           THE COURT:  That's right.

9   BY MR. JONAS:

04:31:59   10   Q.  Agent Noldin, are there emails where the defendant

11   discusses his resume, who he is?

12   A.  Yes, there are.

13          MR. JONAS:  Your Honor, at this time I'd like to

14   publish Government's Exhibit GT Email 1.

04:32:11   15          THE COURT:  Any objection to that one, the

16   publication?

17          MR. TUNICK:  No, Your Honor.

18          THE COURT:  All right.  Go ahead with that one, and

19   with that we'll probably stop.

04:32:18   20          MR. JONAS:  If we can put it on the screen?

21          THE COURT:  Yes, go ahead.

22          MR. JONAS:  Thank you, Judge.

23   BY MR. JONAS:

24   Q.  Agent Noldin, can you tell us the date of this email?

04:32:25   25   A.  July 27, 2006.


            MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

```
           1    Q.  And just so we are clear, you're familiar with the time

           2    frame of the charges that have been brought against the

           3    defendant?

           4    A.  Yes, I am.

04:32:33   5    Q.  What's that time frame?

           6    A.  Generally 2008 to 2010.

           7    Q.  Okay, so this predates that?

           8    A.  Correct.

           9    Q.  And who is it to?

04:32:41  10    A.  To paullin@sunsun.com.

          11    Q.  Do you know who that is?

          12    A.  I don't.

          13         MR. JONAS:  Can we enlarge that first full paragraph.

          14         MR. TUNICK:  Judge, I'm going to object to the

04:32:52  15    relevancy then of this email.

          16         MR. JONAS:  Your Honor, in the body of the email the

          17    defendant discusses the conduct which he has been charged with.

          18         THE COURT:  All right.  I'm going to go ahead and stop

          19    for the day, and we'll figure out, we'll go through these

04:33:07  20    without the jury.  It will be more efficient.

          21         So I have a few instructions.  One, I can see that a

          22    couple of you do come from a long distance, so at least

          23    tomorrow and probably every day we will start right at 9:30.

          24    That means that you need to figure out what your transportation

04:33:33  25    is coming down here.  Probably most of you are taking a train
```

MICHAEL P. SNYDER, Official Court reporter

Noldin - direct by Jonas

223

1   or something, so please be careful about the schedule that you

2   can get here.

3        I will tell you that by 8:30 or so in the jury room,

4   there will be coffee, tea, bagels, doughnuts, so you're welcome

04:33:54   5   to come as early as you want.

6        By the way, you probably noticed that that door going

7   into the hallway area actually isn't locked, so you don't have

8   to buzz it.  There must have been a time when they actually had

9   it locked.  But you can just walk in there, and we will make

04:34:09   10   sure that we have it open for you by 8:30 or very soon after

11   that.

12        The only other thing I want to just remind you that

13   you may not talk about the case.

14        And I'll see you tomorrow.  Okay, thank you.

04:34:36   15        Oh, please don't take your notebooks home.  If you

16   want, you can just put your name on the back of it or something

17   and leave it in the jury room.  Nobody will look at it.  Okay.

18        (Jury out.)

19        THE COURT:  All right.  I'll see you in the morning.

04:35:34   20        (Witness temporarily excused.)

21        THE COURT:  Let's try to figure out all of this so

22   that we know what we are doing.

23        Okay, the first objection was relevance to this

24   particular -- let me find them.

04:35:48   25        MR. TUNICK:  Judge what I'd also say --

MICHAEL P. SNYDER, Official Court reporter

1          THE COURT:  This should be 1?

2          MR. JONAS:  Yes, Judge.

3          MR. TUNICK:  We have got to understand how these

4     emails have progressed.  They keep growing, and so we haven't

04:35:59    5     really -- but at any rate --

6          THE COURT:  No, finish your sentence.  What are you

7     saying?

8          MR. TUNICK:  Well, first it was 95, then it was 126

9     and like two days before the trial.  So I'm not sure exactly --

04:36:12   10     but with respect, I don't want to get into that.  It's silly.

11          You know, we are prepared to deal with whatever issue

12     comes before the Court.  So with respect to this email --

13          THE COURT:  Where do I find this email?  Do I find it

14     in one of these things?

04:36:25   15          MR. JONAS:  Judge, I think one binder is everything

16     else and the other binder is all other emails.  I think it's

17     the other binder.

18          THE COURT:  All right.

19          MR. TUNICK:  It's all 404(b) evidence.  They are

04:36:40   20     trying to show he violated the economic sanctions.  It's

21     another bad act.  They have never given any notice of 404(b)

22     type evidence.  It predates the conspiracy, goes back to 2006.

23     All they are trying to do is basically dirty him up with

24     additional bad act evidence, and it's a classic case of 404(b).

04:37:02   25          THE COURT:  Let me find out whether I need to read

MICHAEL P. SNYDER, Official Court reporter

1    anything beyond the first paragraph.

2         MR. JONAS:  Yes, it's the first two paragraphs, Judge,

3    essentially.  And it's a statement of the defendant.  It goes

4    directly to the conduct that he's been charged with.  It's not

04:37:14  5    404(b).  It shows where he's acknowledging that he's a

6    lobbyist, that he's embracing Zimbabwe and functions at the

7    highest level in both the private and government sectors.

8         THE COURT:  Give me a chance to read it.

9         MR. JONAS:  Sorry, Judge.

04:37:28  10         THE COURT:  No, I asked you the question, but let me

11    just now go ahead and read it.

12         Okay.  Tell me what it is, why you want this in.

13         MR. JONAS:  Because the defendant is acknowledging

14    that he's actively working in lobby, he talks about working in

04:38:44  15    African states, he talks about being an aid to several

16    Congressmen.  Further on down he says he's based in Zimbabwe

17    and functions at the highest level with both private and

18    government sectors.

19         He's been charged with lobbying on behalf of specially

04:38:57  20    designated nationals, who are Zimbabwe government officials at

21    the highest level.

22         It's a foundation for the conduct that he's charged

23    with two years later.  This shows that he's been doing this and

24    has had these contacts for a period of time prior to 2008 when

04:39:11  25    he engages in the charged conduct.

MICHAEL P. SNYDER, Official Court reporter

1       MR. TUNICK:  Judge, they can't identify the person

2   that the email was sent to, they can't lay a foundation as to

3   that person.

4       But the subject is tobacco exports from Zimbabwe.  It

5   really shows that he's violating the, to the jury, the economic

6   sanctions, which is uncharged conduct.  It's not -- that

7   wouldn't even be a criminal violation, it would most likely be

8   a civil violation.

9       THE COURT:  I don't think they are saying he was being

10  charged with anything here.  As I understood it, it's just to

11  show that he had been, that he knew these, that he knew or at

12  least he's saying he knew Zimbabwean officials.

13      MR. JONAS:  He's also talking about the lobbying work,

14  Your Honor.

15      And we are not saying he's violating the other

16  economic sanctions, because, frankly, I don't know if this does

17  violate the other economic sanctions.  I'm assuming Mr. Tunick

18  is referring to ZDERA.

19      MR. TUNICK:  Correct.

20      MR. JONAS:  Well, ZDERA, Your Honor, which is not what

21  the defendant has been charged with, essentially instructs the

22  US representatives and the IMF and the world bank not to

23  authorize loans to Zimbabwe.  It has nothing to do with imports

24  or exports to Zimbabwe.  So we are not saying he's violating

25  any law in particular in this email.  What we are saying is

MICHAEL P. SNYDER, Official Court reporter

1   he's admitting that he's a lobbyist, he's admitting that he's

2   in Zimbabwe and that he functions at the highest level.  From

3   there the case builds with the later emails.  It's the

4   defendant's own statement, his own admission.

04:40:48   5   MR. TUNICK:  Judge, as far as we are concerned, given

6   the date of the email and the issues in the email which talks

7   about, you know, tobacco exports from Zimbabwe and, you know,

8   the jury's confusion about economic sanctions and what it is, I

9   think it should really relate to -- it doesn't really relate to

04:41:10   10   the conspiracy.  We've made our objection.

11   MR. JONAS:  Your Honor, how about this.  We'll

12   withdraw it if the defense agrees not to introduce a video of

13   Joe Biden from the same time period.

14   MR. TUNICK:  No, we'll go ahead.

04:41:20   15   MR. JONAS:  If he's talking about introducing evidence

16   outside the time period of the conspiracy.

17   MR. TUNICK:  There's a difference between going to

18   someone's state of mind.

19   MR. JONAS:  This does go to his state of mind.

04:41:30   20   MR. TUNICK:  Okay.  We made our objection.

21   THE COURT:  Your defense in this case is -- I guess it

22   would be helpful to me to understand what your defense is in

23   terms of knowing whether this is relevant, because it is

24   outside the time period.

04:41:56   25   MR. TUNICK:  Well, could I talk to my co-counsel about

MICHAEL P. SNYDER, Official Court reporter

1    this issue?

2         THE COURT:  Yes.

3         (Pause.)

4         MR. TUNICK:  Judge, we are going to withdraw our

5    objection.

6         THE COURT:  Okay.  I don't want to do this in front of

7    the jury tomorrow.  Let's deal with all 120-some.

8         MR. TUNICK:  Wow.  Can we have a list of any

9    objections that we have by, for tomorrow?

10        THE COURT:  No.  We'll deal with them right now.  I

11   mean, this is -- I mean, you're the one that said you agreed

12   that they were admissible, and then you said you may have a

13   specific objection, really actually --

14        MR. TUNICK:  Well, we agreed that they laid the proper

15   foundation for them.

16        THE COURT:  Okay, I agree.  That's what you said.

17        He's just told you which ones he's seeking to

18   introduce.  It will double or triple the time.

19        MR. TUNICK:  Can you repeat the ones that you're

20   seeking to introduce at this time?

21        MR. JONAS:  To introduce or to publish?  Because my

22   understanding is they --

23        MR. TUNICK:  To publish or introduce.

24        MR. JONAS:  Your Honor, we offered into evidence, my

25   understanding they have been accepted in evidence.  I have my

          MICHAEL P. SNYDER, Official Court reporter

1  list.  Here it is.

2      THE COURT:  1 through --

3      MR. JONAS:  1 through 123 with the exception of seven

4  of them that we pulled.  And those numbers that we've pulled

5  that are not in evidence are 15, 18, 19, 22, 71, 77 and 99.  So

6  in our exhibit list they are just blank.

7      Of the remaining 116, if I'm doing my math right, I

8  plan on publishing not all 116 but probably a large number of

9  them.  This is a significant part of the government's case is

10  going to come in through this agent.

11      MR. TUNICK:  So if I'm correct, you plan on

12  introducing 116 of the emails; before it was 95, right?

13      MR. JONAS:  Mr. Tunick, Judge, we gave, we gave

14  defense counsel our exhibits about a week and a half ago.  We

15  then gave them a new binder on Friday, and we said, I told him

16  there were additional emails in there, approximately 20.  It's

17  not a lot, Judge.  I think it's enough that they could have

18  read through them over the weekend.

19      You can laugh, Mr. Tunick, but you're the one that's

20  complaining about this.

21      MR. TUNICK:  All right.

22      THE COURT:  If you want to look at them over the next,

23  whatever, okay, but I'm not going to leave here today until

24  we've ruled on them.

25      MR. TUNICK:  I got it, Judge.  So the 116 are -- there

MICHAEL P. SNYDER, Official Court reporter

1    was 123 here, and you --

2            MR. JONAS:  There are seven that are not in there.

3            MR. TUNICK:  You're not introducing, correct?

4            MR. JONAS:  Correct.

04:45:54   5            MR. TUNICK:  Okay.

6            THE COURT:  Well, the next one -- do we need to go

7    through each one, or do you want a few minutes?

8            MR. LEONARD:  Why don't we take a little time and put

9    on the record our objections on relevance and 404(b) primarily.

04:46:12   10           THE COURT:  All right.

11           MR. LEONARD:  Just because there's foundation doesn't

12   mean they're relevant.

13           THE COURT:  I agree, but he certainly I assume doesn't

14   think they are 404(b); otherwise he would have been required to

04:46:25   15  tell you that, but you could have told him if you thought that

16   they were.

17           All right.  I'm not going to argue with it.  I just

18   want to deal with it and not have to send the jury out every

19   exhibit.

04:46:36   20           MR. TUNICK:  I understand, Judge.  I absolutely

21   understand.

22           THE COURT:  Well, I'll come back in a little bit.

23   We'll all take a, we'll come back in a few minutes.

24           MR. TUNICK:  Can our client leave?

04:46:52   25           THE COURT:  Sure, if he wants to.  Okay.

MICHAEL P. SNYDER, Official Court reporter

1    (Recess.  Jury out.)

2         MR. LEONARD:  We are withdrawing our objections,

3    Judge.  We are going to cross on portions of the emails that

4    we think need to be addressed.

05:03:19    5         THE COURT:  Okay.  Go home and -- well, I guess nobody

6    gets to go home when you're on trial.  Okay, we'll see you in

7    the morning.  We are going to begin right at 9:30, so just in

8    case you've thought of something overnight, please be here

9    before then.

05:03:35    10         MR. TUNICK:  And, Judge, I just, I know Barry was

11    still the lineup tomorrow who we expect.

12         MR. JONAS:  I can put it on the record.

13         THE COURT:  Yes, please.

14         MR. JONAS:  After Agent Noldin, we'll be calling a

05:03:46    15    representative from PNC Bank, whose name escapes me.

16         MS. ALEXAKIS:  Alex Ligarretta.

17         MR. JONAS:  And then Darcella Smith, formerly of

18    the --

19         MS. ALEXAKIS:  Formerly of National City Bank.

05:03:59    20         MR. JONAS:  And also Amy Hewitt, also formerly of the

21    bank.

22         I expect Agent Noldin will be on the stand at lest

23    through lunch.

24         MR. TUNICK:  And then cross.

05:04:08    25         MR. JONAS:  And then cross.  He could be on the stand

MICHAEL P. SNYDER, Official Court reporter

1   all day tomorrow.  I don't know how long cross will be, but I
2   wouldn't be surprised.
3             MR. TUNICK:  I'm not crossing.
4             THE COURT:  Okay.  We'll see you tomorrow.
05:04:17   5   MR. JONAS:  Thank you, Judge.
6             MR. TUNICK:  Thank you, Judge.
7             MS. ALEXAKIS:  Thanks.
8        (Proceedings adjourned from 5:00 p.m. until 9:30 a.m.,
9    September 30, 2014.)
10                  C E R T I F I C A T E
11        I, Michael P. Snyder, do hereby certify that the
12   foregoing is a complete, true, and accurate transcript of the
13   proceedings had in the above-entitled case before the Honorable
14   ELAINE E. BUCKLO, one of the judges of said Court, at Chicago,
15   Illinois, on September 29, 2014.
16
17                       */s/ Michael P. Snyder*
18                       Official Court Reporter
19                       United States District Court
20                       Northern District of Illinois
21                       Eastern Division
22
23
24
25

        MICHAEL P. SNYDER, Official Court reporter